IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **L.H., et al.,** | No. 2:06-cv-02042 LKK GGH |
| Plaintiffs, | **ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On October 4, 2006, defendants sought an extension to time of 60 days from October 9, 2006, to and including December 8, 2006, in which to file a responsive pleading.

Good cause appearing, defendants' request is granted.

Dated: October 6, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order

1