UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                          O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
_____/

    The court is in receipt of plaintiffs' request for a scheduling conference in the above captioned case. Accordingly, a scheduling conference is SET for February 23, 2007 at 10:00 a.m. in Courtroom 4.

    IT IS SO ORDERED.

    DATED: January 24, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT