| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>KAREN KENNARD – 141925<br>KRISTEN A. PALUMBO – 215857<br>BRIANA MORGAN – 239977<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY CROSTHWAIT GRUNFELD – 121944<br>MEGHAN R. LANG – 221156<br>MARIA V. MORRIS – 223903<br>SARAH M. LAUBACH – 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, Suite 300<br>San Francisco, CA 94104<br>Telephone (415)543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>       Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, and CHUCK SUPPLE, Commissioners of the BPH assigned to hear juvenile matters; CDCR; DIVISION OF JUVENILE JUSTICE; and BOARD OF PAROLE HEARINGS,<br><br>       Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**ORDER REMOVING INADVERTENTLY FILED DOCUMENT FROM COURT'S DOCKET**<br><br>Date:     February 23, 2007<br>Time:    10:00 a.m.<br>Courtroom: 4<br>Judge:   Hon. Lawrence K. Karlton<br>          Senior District Court Judge |

PDF created with pdfFactory trial version www.pdffactory.com

1

**ORDER**

2      It is hereby ORDERED that a declaration inadvertently filed in connection with

3  Plaintiffs' Motion for Class Certification, document 49 in the docket of the above-captioned

4  case, shall be stricken from the docket.  It shall not be made public, and it shall not be read or

5  considered by Court personnel or counsel.

6

7      **IT IS SO ORDERED.**

8

9  Dated:  February 21, 2007

10

11

12                    LAWRENCE K. KARLTON
                    SENIOR JUDGE

13                    UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

PDF created with pdfFactory trial version www.pdffactory.com