| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>KAREN KENNARD – 141925<br>KRISTEN A. PALUMBO – 215857<br>BRIANA MORGAN – 239977<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY CROSTHWAIT GRUNFELD – 121944<br>MEGHAN R. LANG – 221156<br>MARIA V. MORRIS – 223903<br>SARAH M. LAUBACH – 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, Suite 300<br>San Francisco, CA 94104<br>Telephone (415)543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, and CHUCK SUPPLE, Commissioners of the BPH assigned to hear juvenile matters; CDCR; DIVISION OF JUVENILE JUSTICE; and BOARD OF PAROLE HEARINGS,<br><br>    Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**ORDER ALLOWING REPLY DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION TO BE FILED UNDER SEAL**<br><br>Date:    February 23, 2007<br>Time:    10:00 a.m.<br>Courtroom: 4<br>Judge:    Hon. Lawrence K. Karlton<br>            Senior District Court Judge |

PDF created with pdfFactory trial version www.pdffactory.com

1   Pursuant to Eastern District Local Rule 39-141, the Court, having reviewed the Motion
2  to File Under Seal and Reply Declaration of Gay Crosthwait Grunfeld in Support Thereof, and
3  good cause appearing, hereby finds:

4   The declaration and its exhibits that Plaintiffs seek to file under seal consist of excerpts
5  and information from plaintiffs' medical and central files.  The exhibits contain medical
6  reports, psychological evaluations and records, educational assessments, and other intensely
7  private and personal information related to disabilities and medical conditions.  In light of the
8  importance of limiting disclosure of information from medical records and about juvenile
9  cases, recognized by federal and California law, and Defendants' agreement not to object to the
10 filing of information from wards' files, such as the Exhibits to the Grunfeld Declaration, under
11 seal, the Court concludes that filing of the declaration under seal is proper.

**ORDER**

13  Now, therefore, it is hereby ORDERED that the Declaration of Gay Crosthwait
14 Grunfeld In Support of Motion for Class Certification and Motion to Seal, shall be filed under
15 seal by the Clerk of the Court and made available only to the Court or counsel.

17  **IT IS SO ORDERED.**

19 Dated:  February 23, 2007.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

1   [Proposed] Order Allowing Reply Declaration of Gay Crosthwait
    Grunfeld In Support of Plaintiffs' Motion for Class Certification to be
    Filed Under Seal – Case No. 2:06-CV-02042-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com