| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>KAREN KENNARD – 141925<br>KRISTEN A. PALUMBO – 215857<br>BRIANA LYNN MORGAN – 239977<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY C. GRUNFELD – 121944<br>MEGHAN R. LANG – 221156<br>MARIA V. MORRIS – 223903<br>SARAH M. LAUBACH – 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, CA 94104<br>Telephone (415)543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, and CHUCK SUPPLE, Commissioners of the BPH assigned to hear juvenile matters; CDCR; DIVISION OF JUVENILE JUSTICE; and BOARD OF PAROLE HEARINGS,<br><br>    Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:     April 19, 2007<br>Time:    10:00 a.m.<br>Courtroom: 24<br>Judge:   Hon. Gregory G. Hollows<br>              Magistrate Judge |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THE ABOVE-ENTITLED ACTION:

PLEASE TAKE NOTICE that on April 19, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard, the Plaintiff Class will and hereby does move this Court to compel Defendants to produce certain documents responsive to Plaintiffs' January 16, 2007 Notice of Deposition of Defendant John Monday and Request for Production of Documents. Plaintiffs make this motion under Federal Rules of Civil Procedures 26 and 34 on the grounds that Defendants have waived the privileges asserted by using blanket objections, failing to describe the basis for the privilege in detail, and failing to make specific objections as to each document request; and on the further grounds that the documents withheld are not privileged and/or the privileges asserted do not apply or support withholding the responsive documents. The Plaintiff Class further moves under Federal Rules of Civil Procedure 30 and 34 to extend John Monday's deposition to a second day to enable plaintiffs to examine him regarding documents withheld prior to his deposition of March 27, 2007.

The Motion will be supported by this Notice of Motion and Motion, the Joint Statement Regarding Discovery Disagreements, the Declaration of Gay C. Grunfeld In Support of the Joint Statement Regarding Discovery Disagreements, the exhibits attached thereto, the papers and pleadings on file in this action, and other such pleadings, and evidence and arguments as may come before the Court upon the hearing of this matter.

DATED: March 22, 2007        Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By:   /s/ Gay Crosthwait Grunfeld

Gay Crosthwait Grunfeld
Attorneys for Plaintiffs

-1-   NOTICE OF MOTION AND MOTION TO COMPEL, No. 2:06-CV-02042-LKK-GGH