| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>KAREN KENNARD – 141925<br>KRISTEN A. PALUMBO – 215857<br>BRIANA MORGAN – 239977<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY CROSTHWAIT GRUNFELD – 121944<br>MEGHAN R. LANG – 221156<br>MARIA V. MORRIS – 223903<br>SARAH M. LAUBACH – 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, CA 94104<br>Telephone (415)543-3379 |

Attorneys for Plaintiffs

**PRIORITY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, and CHUCK SUPPLE, Commissioners of the BPH assigned to hear juvenile matters; CDCR; DIVISION OF JUVENILE JUSTICE; and BOARD OF PAROLE HEARINGS,<br><br>Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**STIPULATION AND PROPOSED ORDER RE CONTINUING HEARING ON MOTION TO COMPEL ENTRY OF A PROTECTIVE ORDER**<br><br>Date:  April 5, 2007<br>Time:  10:00 a.m.<br>Courtroom: 24<br>Judge:  Hon. Gregory G. Hollows<br>           Magistrate Judge |

1  WHEREAS, on March 14, 2007, plaintiffs filed a motion to compel the entry of a
2  protective order; and
3
4  WHEREAS, the hearing on plaintiffs' motion is currently scheduled to be heard on
5  April 5, 2007; and
6  WHEREAS, the parties are now in negotiation over the terms of a protective order;
7  The parties, by and through their counsel, agree that the hearing on the motion to
8
9  compel the entry of a protective order should not be held on April 5, 2007 and request that it
10  be continued to April 19, 2007 at 10:00 a.m.
11
12  IT IS SO STIPULATED.
13  DATED: March 30, 2007                                    ROSEN, BIEN & GALVAN LLP
14
15
                                                            By: /s/ Maria V. Morris
16                                                              MARIA V. MORRIS
                                                                Attorneys for Plaintiffs
17
    DATED: March 30, 2007                                    OFFICE OF THE ATTORNEY
18                                                           GENERAL of the STATE OF
                                                             CALIFORNIA
19
20
                                                            By: /s/ Michelle Angus
21                                                              MICHELLE ANGUS
                                                                Deputy Attorney General
22
                                                            Attorneys for Defendants
23
24  IT IS SO ORDERED.
25  Date: April 2, 2007
                                                            GREGORY G. HOLLOWS
26                                                          ───────────────────────────
                                                            Honorable Gregory G. Hollows
27                                                          Magistrate Judge
28

-1-
STIPULATION AND PROPOSED ORDER RE CONTINUING HEARING ON MOTION TO COMPEL ENTRY OF
A PROTECTIVE ORDER