IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and all
other similarly situated juvenile
parolees in California,

       Plaintiffs,                   No. CIV S-06-2042 LKK GGH

   vs.

ARNOLD SCHWARZENEGGER, et al.,

       Defendants.                <u>ORDER</u>

_____/

        Defendants have requested an extension of time to file and serve discovery responses. Plaintiffs have filed an opposition. The seven sets of discovery requests were initially due by February 21, 2007. Defendants' request was filed on March 29, 2007, the day before their responses were due. The March 30, 2007 response date was provided by plaintiffs after previously granting defendants a thirty day extension and then a seven day extension of time. Defendants have therefore had 67 days in which to respond to five sets of interrogatories, one set of requests for admissions, and one set of requests for production of documents.

        Defendants argue that the discovery requests are broad in scope and large in number. This may well be the case.

1

However, counsel should have sought a discovery conference in this type of case (many defendants and general state policies at issue with many affected persons) with the court so that all discovery problems could be anticipated and aired rather than file ex parte for an extension of time on the day before voluminous discovery is due.  If there are going to be logistical problems in responding to discovery, these problems need to be resolved one time rather than piecemeal.  Otherwise, filing for extensions of time at the eleventh hour have all the earmarks of counsel attempting to grant himself a unilateral extension of time, i.e., there is the thought that the court will automatically grant these requests, or the thought that what is the court going to be able to do with so little notice in any event.

The ex parte request for extension of time is denied.  Defendants shall have until April 9, 2007 in which to answer the discovery requests.  With the exception of attorney-client privilege, bona fide privacy privilege assertions, and work product immunity, all objections are waived.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' March 29, 2007 request for an extension of time is denied; and

2. Defendants shall produce the responses as ordered herein.

DATED: 4/2/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076
L.H.2042.36.wpd