BINGHAM McCUTCHEN LLP
KAREN KENNARD – 141925
KRISTEN A. PALUMBO – 215857
BRIANA LYNN MORGAN – 239977
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

PRISON LAW OFFICE
DONALD SPECTER – 83925
General Delivery
San Quentin, CA 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
MEGHAN R. LANG – 221156
MARIA MORRIS – 223903
SARAH LAUBACH – 240526
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

YOUTH LAW CENTER
SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
CORENE KENDRICK – 226642
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

Attorneys for Plaintiffs, individually and on behalf of all other similarly situated juvenile parolees in California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**STIPULATION AND ORDER RE CONTINUING APRIL 19, 2007 HEARING ON DISCOVERY MOTIONS**<br><br>Date: April 19, 2007<br>Time: 10:00 a.m.<br>Courtroom: 24<br>Before: Hon. Gregory G. Hollows<br>          Magistrate Judge |

WHEREAS, plaintiffs filed the following motions:

(1) on March 14, 2007, a motion to compel entry of a protective order;

(2) on March 22, 2007, a motion to compel the production of certain documents responsive to Plaintiffs' January 16, 2007 Notice of Deposition of Defendant John Monday and Request for Production of Documents;

(3) on March 29, 2007, a motion to compel, requesting an order compelling Defendants to permit the observations and videotaping of and to provide relevant documents for DJJ parole revocation proceedings as set forth in Plaintiffs' First Request for Inspection; and

WHEREAS, plaintiffs' motions are currently scheduled to be heard on April 19, 2007;

WHEREAS, the parties are now in negotiation over the production of the documents responsive to Plaintiffs' January 16, 2007 Notice of Deposition of Defendant John Monday and Request for Production of Documents re these documents and defendants' assertion of privileges; and

WHEREAS, the parties are now in negotiation over the videotaping, observation, and inspection of documents requested in Plaintiffs' First Request for Inspection,

The parties, by and through their counsel, agree that the hearing on the motions to compel documents, for inspection, and for a protective order should not be held on April 19, 2007 and request that it be continued to April 26, 2007 at 10:00 a.m.  Per Order of the Court, dated March 27, 2007, all joint Status Conference Statements will be due by April 19, 2007.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: April 10, 2007 | BINGHAM MCCUTCHEN LLP |

By: ____/s/ Briana Lynn Morgan____
Briana Lynn Morgan
Attorneys for Plaintiffs, individually and
on behalf of all other similarly situated
juvenile parolees in California

DATED: April 11, 2007          OFFICE OF THE ATTORNEY GENERAL of the
                               STATE OF CALIFORNIA

By /s/ Katherine Nelson (as authorized on
          April 11, 2007)
Katherine Kylin Nelson
Deputy Attorney General
Attorneys for Defendants

IT IS SO ORDERED.
Dated: 4/17/07                 /s/ Gregory G. Hollows
                               Honorable Gregory G. Hollows
                               Magistrate Judge

LHeot.ord

SF/21709290.1/0999995-2960011906                                    2:06-CV-02042-LKK-GGH

STIPULATION AND PROPOSED ORDER RE CONTINUING APRIL 19, 2007 HEARING ON DISCOVERY MOTIONS