BINGHAM McCUTCHEN LLP
KAREN KENNARD – 141925
KRISTEN A. PALUMBO – 215857
BRIANA MORGAN – 239977
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
MEGHAN R. LANG – 221156
MARIA V. MORRIS – 223903
SARAH M. LAUBACH – 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone (415) 433-6830

PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

YOUTH LAW CENTER
SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
CORENE KENDRICK – 226642
200 Pine Street, 3rd Floor
San Francisco, CA 94104
Telephone (415)543-3379

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, and CHUCK SUPPLE, Commissioners of the BPH assigned to hear juvenile matters; CDCR; DIVISION OF JUVENILE JUSTICE; and BOARD OF PAROLE HEARINGS,<br><br>　　　　Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**STIPULATION AND ORDER RE DEPOSITION OF DEFENDANT JOHN MONDAY**<br><br>Date:　　April 19, 2007<br>Time:　　10:00 a.m.<br>Courtroom: 24<br>Judge:　　Hon. Gregory G. Hollows<br>　　　　　Magistrate Judge |

WHEREAS, on January 16, 2007, plaintiffs served a Notice of Deposition of Defendant John Monday and Request for Production of Documents, noticing the deposition for February 22, 2007 and the production of documents for February 15, 2007; and

WHEREAS, defendants requested an extension of time for the deposition and production; and

WHEREAS, the deposition of John Monday was continued to March 27, 2007, by agreement of the parties; and

WHEREAS, defendants asserted privilege over, and accordingly withheld, some of the requested documents; and

WHEREAS, the parties have a dispute regarding the withholding of documents over which Mr. Monday has asserted privileges; and

WHEREAS, on March 22, 2007, plaintiffs filed a motion to compel the production of these documents; and

WHEREAS, plaintiffs' motion to compel the withheld documents has not yet been heard by the Court; and

WHEREAS, on March 23, 2007, defendants refused to produce John Monday for his deposition until resolution of the issue regarding defendants' claims of privilege regarding the withheld documents; and

WHEREAS, on March 29, 2007, plaintiffs filed a motion to compel the deposition of Mr. Monday; and

WHEREAS the parties seek to resolve this dispute informally;

The parties, by and through their counsel, agree as follows:

1. The deposition of John Monday will go forward on the later of the following, with the understanding that Mr. Monday's deposition will not be scheduled between May 10, 2007 and May 20, 2007:

    a. May 8, 2007;

    b. Within one week of any ordered production of documents pursuant to the motion to compel production of documents filed on March 22, 2007; or

    c. Within one week of the Court's order denying the motion to compel production of documents filed on March 22, 2007.

2. Following the entry of this stipulation and proposed order by the Court, plaintiffs will withdraw their Motion to Compel Deposition and Obtain Expenses and Attorneys' Fees, filed with this Court on March 29, 2007 and currently set for hearing on April 19, 2007.

//
//
//
//
//
//
//
//

//
//

IT IS SO STIPULATED.
DATED:  April 12, 2007                           ROSEN, BIEN & GALVAN LLP


By: /s/ *Maria V. Morris*
MARIA V. MORRIS
Attorneys for Plaintiffs

DATED:  April 12, 2007                           OFFICE OF THE ATTORNEY GENERAL of the STATE OF CALIFORNIA


By: /s/ *James Sobolewski*
JAMES SOBOLEWSKI
Deputy Attorney General

Attorneys for Defendants

IT IS SO ORDERED.
Date: 4/17/07                                    /s/ Gregory G. Hollows

_____
Honorable Gregory G. Hollows
Magistrate Judge