| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>KAREN KENNARD – 141925<br>KRISTEN A. PALUMBO – 215857<br>BRIANA LYNN MORGAN – 239977<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY C. GRUNFELD – 121944<br>MEGHAN R. LANG – 221156<br>MARIA V. MORRIS – 223903<br>SARAH M. LAUBACH – 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, CA 94104<br>Telephone (415)543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, and CHUCK SUPPLE, Commissioners of the BPH assigned to hear juvenile matters; CDCR; DIVISION OF JUVENILE JUSTICE; and BOARD OF PAROLE HEARINGS,<br><br>    Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH THE COURT'S APRIL 2, 2007 ORDER**<br><br>Date: May 10, 2007<br>Time: 10:00 a.m.<br>Courtroom: 24<br>Judge: Hon. Gregory G. Hollows<br>           Magistrate Judge |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THE ABOVE-ENTITLED
2  ACTION:

3       PLEASE TAKE NOTICE that on May 10, 2007, at 10:00 a.m., or as soon thereafter as
4  the matter may be heard, the Plaintiff Class will and hereby does move this Court to compel
5  Defendants' compliance with this Court's Order of April 2, 2007 to produce the responses to
6  Plaintiff Class's January 22, 2007 discovery requests.   Plaintiffs make this motion under
7  Federal Rules of Civil Procedures 26 and 37 on the grounds that, in direct violation of this
8  Court's April 2, 2007 Order denying Defendants' request for an extension of time, Defendants
9  have (1) asserted objections that this Court held to be waived, (2) failed to respond to
10 discovery requests, (3) responded to discovery requests subject to the objections that this Court
11 held to be waived, and (4) failed to produce any documents in response to the requests for the
12 production of documents.  The Plaintiff Class further will and hereby does move for sanctions
13 for Defendants' failure to comply with the Court's Order, including all fees related to the
14 bringing of this motion and other sanctions the Court may deem appropriate.

15      The Motion will be supported by this Notice of Motion and Motion, the Joint Statement
16 Regarding Discovery Disagreements, the Declaration of Maria V. Morris In Support of the
17 Motion to Compel Compliance, the exhibits attached thereto, the papers and pleadings on file
18 in this action, and other such pleadings, and evidence and arguments as may come before the
19 Court upon the hearing of this matter.

20 DATED:     April 19, 2007          Respectfully submitted,

21                                     ROSEN, BIEN & GALVAN, LLP

23                                     By:   */s/ Maria V. Morris*

24                                       Maria V. Morris
                                      Attorneys for Plaintiffs