| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, and CHUCK SUPPLE, Commissioners of the BPH assigned to hear juvenile matters; CDCR; DIVISION OF JUVENILE JUSTICE; and BOARD OF PAROLE HEARINGS,<br><br>　　　　Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**STIPULATION AND PROPOSED ORDER RE CONTINUING HEARING ON MOTION TO COMPEL COMPLIANCE WITH THE COURT'S APRIL 2, 2007 ORDER**<br><br>Date:　　May 10, 2007<br>Time:　　10:00 a.m.<br>Courtroom: 24<br>Judge:　　Hon. Gregory G. Hollows<br>　　　　　Magistrate Judge |

WHEREAS, on January 22, 2007, plaintiffs served discovery requests on defendants; and

WHEREAS, on March 29, 2007, following extensions from plaintiffs of the date for responses to the discovery requests, defendants filed a request for an extension of time to respond to the discovery requests; and

WHEREAS, on April 2, 2007, the Court denied the request, held that objections other than certain privileges were waived, and ordered defendants to respond to the discovery requests by April 9, 2007; and

WHEREAS, in their April 5 and 9, 2007 responses to the discovery requests, defendants asserted objections held to be waived and did not produce any responsive documents; and

WHEREAS, on April 19, 2007, plaintiffs filed a request for a discovery conference and a motion to compel compliance with the Court's April 2, 2007 Order; and

WHEREAS, the motion to compel compliance is currently scheduled to be heard on May 10, 2007; and

WHEREAS, on April 27, 2007, defendants represented to plaintiffs that they will try to provide the majority of the responsive documents and responses to plaintiffs' interrogatories by May 4, 2007; and

WHEREAS, on May 2, 2007, defendants again represented to plaintiffs that they would produce some documents to plaintiffs on May 4, 2007;

//
//
//
//
//
//
//
//

The parties, by and through their counsel, agree that the hearing on the motion to compel compliance with the April 2, 2007 Order should not be held on May 10, 2007. The parties request that the hearing be continued to May 17, 2007 at 10:00 a.m., with the joint statement due on May 10, 2007.

IT IS SO STIPULATED.

DATED: May 3, 2007            ROSEN, BIEN & GALVAN LLP

By: */s/ Maria V. Morris*
MARIA V. MORRIS
Attorneys for Plaintiffs

DATED: May 3, 2007            OFFICE OF THE ATTORNEY GENERAL of the STATE OF CALIFORNIA

By: */s/ Katherine Nelson*
KATHERINE NELSON
Deputy Attorney General
Attorneys for Defendants

IT IS SO ORDERED.
Date: May 7, 2007

/s/ Gregory G. Hollows
Honorable Gregory G. Hollows
Magistrate Judge