IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R., on behalf of
themselves and all other similarly situated
juvenile parolees in California,

      Plaintiffs,　　　　　　　　　　No. CIV S-06-2042 LKK GGH

  vs.

ARNOLD SCHWARZENEGGER,　　　PROTECTIVE ORDER RE
Governor, State of California, et al.,　　CONFIDENTIALITY OF WARD/PAROLEE
　　　　　　　　　　　　　　　　　　　　FILES
      Defendants.
_____/

      This Protective Order is entered into by and between the plaintiff Class and the defendants in this matter, by and through their respective counsel of record.

      The parties hereby agree, and the Court hereby orders that the following provisions shall apply to all central/master, educational, medical, psychiatric, living unit and field files (collectively, "Ward/Parolee Files") produced by defendants in response to discovery propounded in this action and/or the orders of Magistrate Judge Gregory G. Hollows:

      1. All Ward/Parolee Files obtained in this action and the information contained in those files shall be regarded as confidential and subject to this protective order.

      2. Ward/Parolee Files and the information contained in those files may be disclosed only to the following persons:

        a. Counsel of record;

        b. Paralegal, stenographic, clerical and secretarial personnel employed by counsel of record;

        c. Court personnel, stenographic reporters, and videographers engaged in such proceedings that are incidental to preparation for the trial in this action;

        d. Any outside expert or consultant retained by the parties for purposes of this litigation; and

        e. Witnesses to whom Ward/Parolee Files and the information contained in those files may be disclosed during a deposition taken in this matter and during trial only, provided that the witness shall be informed of and shall agree to be bound by the terms of this order.  Witnesses may not retain documents.  If a deposition is filed, documents are to be sealed.

      3. Each person to whom disclosure of Ward/Parolee Files and the information contained in those files is made shall, prior to the time of disclosure, be provided a copy of this order and shall agree that they have read this order, understand and agree to be bound by its provisions, and consent to be subject to the jurisdiction of the United States District Court for the Eastern District of California with respect to any proceeding relating to the enforcement of this order, including, without limitation, any proceeding for contempt.

      4. At the conclusion of this litigation, all Ward/Parolee Files, including copies, shall be destroyed or returned to defendants, as directed by defendants' counsel.

      5. All Ward/Parolee Files and the information contained in those files shall be used solely in connection with this litigation and not for any other purpose, including other litigation.

      6. All Ward/Parolee Files and/or documents from those files that are filed with the Court shall be filed under seal, labeled with a cover sheet bearing the case name along with the following statement: "This document is subject to a protective order issued by the Court and shall not be examined or copied except in compliance with that order."  Upon failure of the filing

party to file Ward/Parolee Files under seal, any party may request that the Court place the document under seal.

7. Central/master, educational, medical, psychiatric, living unit and field files shall be made available for copying by plaintiffs' counsel in a complete and unredacted form.

8. Plaintiffs' counsel and their legal assistants, and their consultants shall not make copies of Ward/Parolee Files or documents from those files except as necessary for purposes of this litigation. All Ward/Parolee Files shall be stored and kept in a secure location.

9. Defendants shall not be permitted to use any Ward/Parolee Files at trial in this case that should have been provided to plaintiffs in accordance with discovery requests, applicable disclosure rules, or Court orders, unless permitted by the Court upon a finding of good cause.

10. No person who has been afforded access to Ward/Parolee Files shall disclose or discuss this information to or with any person, except in accordance with this order.

11. The information or documents in the Ward/Parolee File of one ward or parolee shall not be disclosed to or discussed with any other present or former ward or parolee.

12. Nothing in this order is intended to prevent officials or employees of the State of California or other authorized government officials from having access to Ward/Parolee Files to which they have access in the normal course of their official duties.

13. Plaintiffs shall not contact victims or fact witnesses listed in Ward/Parolee Files without prior agreements from defendants, unless permitted by the Court upon a finding of good cause.

14. Nothing in this order is intended to prevent plaintiffs from contacting class members' families, contact persons, or character witnesses when such contact is made independent of any protected disclosure. This order is also not intended to prevent plaintiffs from contacting class members whose names plaintiffs learn through avenues other than through the production of Ward/Parolee files by defendants.

15. The provisions of this order are without prejudice to the right of any party to: (1) apply to the Court for a further protective order relating to any Ward/Parolee File or relating to discovery in this litigation; (2) to object to a discovery request; or (3) to apply to the Court for an order compelling production of documents, or modification of this Order, or for any order permitting disclosure of Ward/Parolee Files beyond the terms of this Order.

16. This Protective order shall be binding on the parties as of the date it is entered by the Court and supersedes the minute order filed on May 3, 2007. The provisions of this Order shall remain in full force and effect until further order of this Court.

DATED: 5/14/07

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:jv:035
LHpo.conf