| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>GEOFFREY HOLTZ – 191370<br>KRISTEN A. PALUMBO – 215857<br>BRIANA MORGAN – 239977<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY CROSTHWAIT GRUNFELD – 121944<br>MEGHAN R. LANG – 221156<br>MARIA V. MORRIS – 223903<br>SARAH M. LAUBACH – 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, CA 94104<br>Telephone (415)543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>   Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, and CHUCK SUPPLE, Commissioners of the BPH assigned to hear juvenile matters; CDCR; DIVISION OF JUVENILE JUSTICE; and BOARD OF PAROLE HEARINGS,<br><br>   Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**STIPULATION AND ORDER RE: PROVIDING NOTICE OF CLASS CERTIFICATION** |

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, on February 28, 2007, this Court certified a class consisting of all "juvenile parolees in or under the jurisdiction of California, including all juvenile parolees with disabilities as that term is defined in Section 504 of the Rehabilitation Act and the ADA, who are: (i) in the community under parole supervision or who are at large; (ii) in custody in California as alleged parole violators, and who are awaiting revocation of their parole; or (iii) in custody, having been found in violation of parole and returned to custody;" and

WHEREAS, on May 11, 2007, plaintiffs requested that defendants consent to provide notice of class certification pursuant to Federal Rule of Civil Procedure 23(C)(2)(a), and provided defendants with a sample notice poster for defendants' approval; and

WHEREAS, on May 18, 2007, defendants notified plaintiffs that they agreed to cooperate with plaintiffs' request by displaying the notice posters in all Division of Juvenile Justice (DJJ) facilities, housing units, and visiting rooms, and in all Parole Offices visited by class members; and

WHEREAS the parties wish to resolve this issue in an expeditious manner;

The parties, by and through their counsel, therefore stipulate and agree that notice of class certification will be provided to class members according to the following terms:

1. Plaintiffs agree to bear the cost of initially producing and providing to defendants the notice posters, sized 11 and ½ inches by 17 inches, in English and Spanish versions. A copy of the notice poster is attached hereto as **Exhibit A**. The number of posters provided will be sufficient to permit initial posting of notice posters in all locations described below, as well as a sufficient reserve to replace posters that are removed or are damaged.

2. Defendants agree to, within 15 days of receipt of these posters, display English and Spanish notice posters in readily visible locations in all DJJ facilities, housing units, and visiting rooms, and in all DJJ Parole Offices visited by class members.

3. Defendants agree to maintain the posters in readable fashion and replace any posters that are removed or are damaged. These notice posters will be maintained by defendants until further order of this Court.

PDF created with pdfFactory trial version www.pdffactory.com

-2-

1  IT IS SO STIPULATED.

2  DATED: May 30, 2007                          ROSEN, BIEN & GALVAN LLP

3

4                                                 By: */s/ Sarah M. Laubach*
                                                  SARAH M. LAUBACH
5                                                 Attorneys for Plaintiffs

6  DATED: May 30, 2007                          OFFICE OF THE ATTORNEY
                                                  GENERAL of the STATE OF
7                                                 CALIFORNIA

8

9                                                 By: */s/ Katherine Nelson*
                                                  KATHERINE NELSON
10                                                Deputy Attorney General
                                                  Attorneys for Defendants
11

12  Date: _June 4, 2007._

13
    //
14
    //                                          LAWRENCE K. KARLTON
15                                              SENIOR JUDGE
    //                                          UNITED STATES DISTRICT COURT
16
    //
17
    //
18
    //
19
    //
20
    //
21
    //
22
    //
23
    //
24
    //
25
    //
26
    //
27

28

PDF created with pdfFactory trial version www.pdffactory.com