BINGHAM McCUTCHEN LLP
GEOFFREY HOLTZ – 191370
KRISTEN A. PALUMBO – 215857
BRIANA MORGAN – 239977
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
MEGHAN R. LANG – 221156
MARIA V. MORRIS – 223903
SARAH M. LAUBACH – 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone (415) 433-6830

PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

YOUTH LAW CENTER
SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
CORENE KENDRICK – 226642
200 Pine Street, 3rd Floor
San Francisco, CA 94104
Telephone (415)543-3379

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**STIPULATION AND ORDER REGARDING TREATMENT OF CONFIDENTIAL DOCUMENTS** |

　　WHEREAS, on May 14, 2007, the Court entered a protective order governing the treatment of Ward/Parolee files; and

　　WHEREAS, the parties will be producing other documents that identify individual wards and parolees or may implicate security of defendants facilities; and

　　WHEREAS, plaintiffs are serving a confidential mediation brief on defendants and the agreed-upon mediator; and

　　WHEREAS, the parties will negotiate the terms of a comprehensive protective order in

this case;

The parties, by and through their counsel, agree that the all documents produced, filed, or served prior to the entry of a comprehensive protective order and identified by the originating party as confidential shall be treated as confidential, and shall not be disclosed to anyone other than:

a. Counsel of record;
b. Paralegal, stenographic, clerical and secretarial personnel employed by counsel of record;
c. Court personnel, the mediator and mediator personnel, stenographic reporters, and videographers engaged in such proceedings that are incidental to preparation for the trial in this action;
d. Any outside expert or consultant retained by the parties for purposes of this litigation; and
e. Witnesses to whom Ward/Parolee Files and the information contained in those files may be disclosed during a deposition taken in this matter or otherwise during the preparation for trial and during trial, provided that the witness shall be informed of and shall agree to be bound by the terms of the comprehensive protective order.

IT IS SO STIPULATED.

1
2  DATED:  June 8, 2007
3
4                                                                              ROSEN, BIEN & GALVAN LLP
                                                                            By: */s/ Maria V. Morris*
5                                                                              MARIA V. MORRIS
                                                                               Attorneys for Plaintiffs
6  DATED:  June 8, 2007
7
                                                                               OFFICE OF THE ATTORNEY
8                                                                              GENERAL of the STATE OF
                                                                               CALIFORNIA
9                                                                           By: */s/ William Kwong*
                                                                               W<small>ILLIAM</small> K<small>WONG</small>Deputy Attorney General
10                                                                             Attorneys for Defendants
11  IT IS SO ORDERED.
    Date: 6/12/07                                                              /s/ Gregory G. Hollows
12                                                                             _____
                                                                               Honorable Gregory G. Hollows
13                                                                             Magistrate Judge
14  LH.conf
15
...
28
                                                                        -3-   STIPULATION AND PROPOSED
                                                                              ORDER REGARDING TREATMENT OF
                                                                              CONFIDENTIAL DOCUMENTS