IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and all
other similarly situated juvenile
parolees in California,

    Plaintiffs,                      No. CIV S-06-2042 LKK GGH

  vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Presently before the court is defendants' request for extension of time to comply with this court's May 21, 2007 order. Plaintiffs do not object to the granting of extra time to June 25, 2007, but do object to the language of the proposed order as based on defendants' schedule for production of outstanding discovery, filed May 21, 2007, which plaintiffs believe does not provide for full compliance with the May 21, 2007 order.

        The court's intent, as set forth in its May 21, 2007 order, was that *all* outstanding discovery be produced in thirty days. Defendants' schedule appears at first glance to comply with that order; however, on closer reading it appears to permit discovery to be produced beyond the time allowed by the order. For example, although the order requires all discovery, including electronic discovery to be produced within thirty days, defendants concede that their schedule

1  does not include all possible sources of electronic data.  Plaintiffs are also concerned that
2  although not stated in their schedule, defendants have represented that they intend to amend their
3  responses.  Therefore, defendants' schedule is approved only insofar as it complies with the
4  court's May 21, 2007 order.
5        Defendants have also belatedly requested a discovery conference for electronic
6  discovery.  The court will hold a conference on July 12, 2007 at 10:00 a.m. to determine why it
7  appears that serious electronic discovery efforts have only recently commenced to date and, if
8  appropriate, determine a remedy, or further schedule.
9        Accordingly, IT IS HEREBY ORDERED that:
10       1.  Defendants shall have until June 25, 2007 to comply with this court's May 21,
11 order, and produce *all* outstanding discovery.
12       2.  Defendants' schedule for production of outstanding, filed May 21, 2007, is
13 approved only insofar as it complies with the May 21, 2007 order.
14       3.  Defendants' request for a discovery conference regarding electronic discovery
15 is granted as set forth above.

16 DATED: 6/19/07                           /s/ Gregory G. Hollows
17                                          UNITED STATES MAGISTRATE JUDGE
18
   GGH:076
19 L.H.2042.eot

2