BINGHAM McCUTCHEN LLP
GEOFFREY HOLTZ – 191370
KRISTEN A. PALUMBO – 215857
BRIANA LYNN MORGAN – 239977
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 96891
GAY C. GRUNFELD – 121944
MEGHAN R. LANG – 221156
MARIA V. MORRIS – 223903
SARAH M. LAUBACH – 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone (415) 433-6830

YOUTH LAW CENTER
SUSAN L. BURRELL – 74204
CAROLE SHAUFFER – 100226
CORENE KENDRICK – 226642
200 Pine Street, 3rd Floor
San Francisco, CA 94104
Telephone (415)543-3379

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**STIPULATION AND ORDER RE SCHEDULING MEET AND CONFER OVER OBSERVATION AND VIDEOTAPING OF PROCEEDINGS** |

WHEREAS on April 20, 2007, the parties filed with the Court a Stipulation and Proposed Order re Request for Inspection and the Court entered the Order on April 23, 2007; and

WHEREAS Paragraph 5 of the Stipulation and Order requires the parties to meet and confer agree upon the number or percentage of parole proceedings to be observed and videotaped on or before June 29, 2007; and

WHEREAS the parties have agreed that the requirements of Paragraph 5 shall be met no later than July 10, 2007;

THEREFORE, the parties, by and through their counsel, agree as follows:

The requirements of Paragraph 5 of the April 23, 2007 Stipulation and Order to meet and confer and agree upon a number or percentage of parole proceedings shall be completed by July 10, 2007.

IT IS SO STIPULATED.

DATED: June 27, 2007                ROSEN, BIEN & GALVAN LLP

By: */s/ Maria V. Morris*
MARIA V. MORRIS
Attorneys for Plaintiffs

DATED: June 27, 2007                OFFICE OF THE ATTORNEY GENERAL of the STATE OF CALIFORNIA

By: */s/ Timothy McDonough*
TIMOTHY MCDONOUGH
Deputy Attorney General
Attorneys for Defendants

IT IS SO ORDERED.

-2- STIPULATION AND [PROPOSED] ORDER RE SCHEDULING MEET AND CONFER OBSERVATION AND VIDEOTAPING OF PROCEEDINGS

1

2   Date: 7/2/07                                              /s/ Gregory G. Hollows
3                                                             _____
                                                              Honorable Gregory G. Hollows
4                                                             Magistrate Judge

5            LH.ord2

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26