| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>GEOFFREY HOLTZ – 191370<br>KRISTEN A. PALUMBO – 215857<br>BRIANA LYNN MORGAN – 239977<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone:  (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 96891<br>GAY C. GRUNFELD – 121944<br>MEGHAN R. LANG – 221156<br>MARIA V. MORRIS – 223903<br>SARAH M. LAUBACH – 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone:  (415) 457-9144 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 74204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, CA  94104<br>Telephone (415)543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, and CHUCK SUPPLE, Commissioners of the BPH assigned to hear juvenile matters; CDCR; DIVISION OF JUVENILE JUSTICE; and BOARD OF PAROLE HEARINGS,<br><br>    Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**PLAINTIFFS' NOTICE OF FILING SEALED DOCUMENT IN HARD COPY ONLY**<br><br>Date:           July 30, 2007<br>Time:          10:00 a.m.<br>Courtroom:  4<br>Judge:         Hon. Lawrence K. Karlton<br>                    Senior District Court Judge |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs today filed and hand-served the Declaration of Gay Crosthwait Grunfeld in Support of Plaintiffs' Motions for Partial Summary Judgment and for Leave to File Under Seal, filed under seal in hard-copy only. This notice is being provided pursuant to Local Rule 39-141.

Dated:  July 2, 2007

ROSEN, BIEN & GALVAN, LLP

Respectfully Submitted,

By:  */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld
Attorneys for Plaintiffs