| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>GEOFFREY HOLTZ – 191370<br>KRISTEN A. PALUMBO – 215857<br>BRIANA LYNN MORGAN – 239977<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 96891<br>GAY C. GRUNFELD – 121944<br>MEGHAN R. LANG – 221156<br>MARIA V. MORRIS – 223903<br>SARAH M. LAUBACH – 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 74204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, CA 94104<br>Telephone (415)543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, and CHUCK SUPPLE, Commissioners of the BPH assigned to hear juvenile matters; CDCR; DIVISION OF JUVENILE JUSTICE; and BOARD OF PAROLE HEARINGS,<br><br>    Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**ORDER ALLOWING DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT TO BE FILED UNDER SEAL**<br><br>Date:      July 30, 2007<br>Time:      10:00 a.m.<br>Courtroom: 4<br>Judge:     Hon. Lawrence K. Karlton<br>           Senior District Court Judge |

Pursuant to Eastern District Local Rule 39-141, the Court, having reviewed the Motion to File Under Seal and the Declaration of Gay Crosthwait Grunfeld in Support of Plaintiffs' Motions for Partial Summary Judgment, and good cause appearing, hereby finds:

The Declaration and attached Exhibits and For Leave to File Under Seal, which Plaintiffs seek to file under seal consist of documents from Ward/Parolee files and other information designated confidential by Defendants. Pursuant to the May 14, 2007 Protective Order and June 12, 2007 Confidentiality Order filed in this case, the Court concludes that filing of the Declaration and Exhibits under seal is proper.

## ORDER

Now, therefore, it is hereby ORDERED that the Declaration of Gay Crosthwait Grunfeld In Support of Plaintiffs' Motions for Partial Summary Judgment and to File Under Seal, and Exhibits thereto, shall be filed under seal by the Clerk of the Court and made available only to the Court or counsel.

**IT IS SO ORDERED.**

Dated: July 3, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1- PROPOSED] ORDER ALLOWING DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT TO BE FILED UNDER SEAL)