UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

          NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                    O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
                              /

The hearing on plaintiffs' motion for partial summary judgment, currently set for July 30, 2007, is hereby CONTINUED to August 3, 2007 at 1:30 p.m.  Defendants' opposition brief remains due on July 16, 2007, and plaintiffs' reply brief remains due on July 23, 2007.

    IT IS SO ORDERED.

    DATED: July 3, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT