IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., AND D.R.,
on behalf of themselves and all
other similarly situated juvenile
parolees in California,

    Plaintiffs,　　　　　　　　　　CIV. NO. S-06-2042 LKK GGH

  vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.　　　　　　　　　　SUMMARY ORDER
_____/

        Previously pending on this court's law and motion calendar for July 12, 2007, was a discovery conference regarding electronic discovery, as requested by defendants. Maria Morris appeared for plaintiffs. William Kwong and Monica Anderson appeared for defendants. Having heard oral argument, the court issues the following summary order.

        With respect to all electronic discovery concerning requests for production, including privilege logs, except for "office tech" computer searches, the deadline for production is August 11, 2007.[1] Within ten days of August 11, 2007, plaintiffs' counsel shall conduct a cursory review of produced electronic discovery, and either agree with defendants' counsel that a

---

[1] August 11th is a Saturday; if production cannot take place on that date, it must take place on Friday, August 10, 2007.

1  search for "office tech" discovery is not necessary, or make an emergency request which will be
2  placed on the court's next law and motion calendar.
3      The court takes under submission the appropriate remedies for the belated
4  commencement of electronic discovery searches by defendants.
5      Defendants represented in court that previously propounded interrogatories and
6  requests for production have been finally answered/responded to.
7      Should plaintiffs have a motion to make regarding completed discovery, they may
8  file it forthwith.
9      IT IS SO ORDERED
10 DATED: 7/13/07                    /s/ Gregory G. Hollows
                                     _____
11                                   U.S. Magistrate Judge
   L.H.2042.edsy