1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DAVID S. CHANEY
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE C. EAST
    Supervising Deputy Attorney General
5   WILLIAM C. KWONG, State Bar No. 168010
    Deputy Attorney General
6     455 Golden Gate Avenue, Suite 11000
      San Francisco, CA  94102-7004
7     Telephone:  (415) 703-5724
      Fax:  (415) 703-5843
8     Email:  William.Kwong@doj.ca.gov

9   Attorneys for Defendants Schwarzenegger, California
    Department of Corrections and Rehabilitation, Tilton,
10  Prunty, Warner, Monday, Dulay, Davis, Arredondo,
    Chabot, Compton, Melanson and Supple

11

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE EASTERN DISTRICT OF CALIFORNIA

14                     SACRAMENTO DIVISION

15

| | |
|---|---|
| **L.H., et al.,** | 2:06-cv-2042-LKK-GGH |
| Plaintiffs, | PROTECTIVE ORDER RE CONFIDENTIALITY OF DOCUMENTS ORDERED PRODUCED BY ORDER DATED JULY 6, 2007 |
| **v.** | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

21      This Protective Order is entered into by and between the plaintiff Class and the defendants

22  in this matter, by and through their respective counsel of record.

23      The parties hereby agree, and the Court hereby orders that the following provisions shall

24  apply to all documents produced by defendants as ordered by the Court in its Order dated July 6,

25  2007 ("Document" or "Documents").

26      1.    All Documents and the information contained in the Documents shall be regarded as

27  confidential and subject to this protective order.

28      2.    The Documents and the information contained in the Documents may be disclosed

only to the following persons:

  a. Counsel of record;

  b. Paralegal, stenographic, clerical and secretarial personnel employed by counsel of record;

  c. Court personnel, stenographic reporters, and videographers engaged in such proceedings that are incidental to preparation for the trial in this action;

  d. Any outside expert or consultant retained by the parties for purposes of this litigation; and

  e. Witnesses to whom the Documents and the information contained in the Documents may be disclosed during a deposition taken in this matter or otherwise during the preparation for trial and during trial, provided that the witness shall be informed of and shall agree to be bound by the terms of this order.

3. Each person to whom disclosure of Documents and the information contained in the Documents is made shall, prior to the time of disclosure, be provided a copy of this order and shall agree that they have read this order, understand and agree to be bound by its provisions, and consent to be subject to the jurisdiction of the United States District Court for the Eastern District of California with respect to any proceeding relating to the enforcement of this order, including, without limitation, any proceeding for contempt.

4. At the conclusion of this litigation, all Documents, including copies, shall be destroyed or returned to defendants, as directed by defendants' counsel.

5. All Documents and the information contained in the Documents shall be used solely in connection with this litigation and not for any other purpose, including other litigation.

6. All Documents that are filed with the Court shall be filed under seal, labeled with a cover sheet bearing the case name along with the following statement:  "This document is subject to a protective order issued by the Court and shall not be examined or copied except in compliance with that order."  Upon failure of the filing party to file Documents under seal, any party may request that the Court place the document under seal.

7. Plaintiffs' counsel and their legal assistants, and their consultants shall not make copies

1  of Documents except as necessary for purposes of this litigation.  All Documents shall be stored

2  and kept in a secure location.

3      8.    Defendants shall not be permitted to use any Document at trial in this case that should

4  have been provided to plaintiffs in accordance with this Court's Order dated July 6, 2007, unless

5  permitted by the Court upon a finding of good cause.

6      9.    No person who has been afforded access to Documents shall disclose or discuss this

7  information to or with any person, except in accordance with this order.

8      10.   The provisions of this order are without prejudice to the right of any party to: (1) apply

9  to the Court for a further protective order relating to any Document or relating to discovery in

10  this litigation; (2) object to a discovery request; or (3) apply to the Court for an order compelling

11  production of documents, or modification of this Order, or for any order permitting disclosure of

12  Documents beyond the terms of this Order.

13      11.   This Protective Order shall be binding on the parties as of the date it is signed by the

14  parties.  The provisions of this Order shall remain in full force and effect until further order of

15  this Court.

16  Date: 7/13/07                              /s/ Gregory G. Hollows
                                               Honorable Gregory C. Hollows
17  LHstip                                     United States Magistrate Judge

18  Submitted By:

19  DATED:  July 12, 2007                      ROSEN, BIEN & GALVAN LLP

20

21                                             By:   /S/  GAY GRUNFELD
                                                    GAY GRUNFELD
22                                                  Attorneys for Plaintiffs

23  DATED:  July 12, 2007                      OFFICE OF THE ATTORNEY GENERAL
                                               of the STATE OF CALIFORNIA
24

25
                                               By:  /S/  WILLIAM C. KWONG
26                                                  WILLIAM C. KWONG
                                                    Deputy Attorney General
27                                                  Attorneys for Defendants
    LHstip.wpd
28  SA2006303236

[Proposed] Protective Order re Confidentiality of Documents Ordered Produced by Order Dated July 6, 2007

3