IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and all
other similarly situated juvenile
parolees in California,

       Plaintiffs,                No. CIV S-06-2042 LKK GGH

   vs.

ARNOLD SCHWARZENEGGER, et al.,

       Defendants.              <u>ORDER</u>

_____/

        The parties engaged in a telephonic conference on August 8, 2007. Monica Anderson and William Kwong appeared for defendants. Maria Morris appeared for plaintiffs. After discussion of the difficulties involved in creating an adequate privilege log, (approximately 35 lawyers reviewing more than 17,000 documents), and after ascertaining from plaintiffs' counsel that there were no strong objections to extending the service deadline for the privilege log, the court determined to extend the privilege log service date to August 17, 2007.

\\\\\

\\\\\

\\\\\

1

1  Accordingly, IT IS HEREBY ORDERED that defendants may have until August
2  17, 2007, to serve their privilege log.
3  DATED: 8/8/07

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:076
L.H.2042.tel.wpd