| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>GEOFFREY HOLTZ – 191370<br>KRISTEN A. PALUMBO – 215857<br>BRIANA MORGAN – 239977<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY CROSTHWAIT GRUNFELD – 121944<br>MARIA V. MORRIS – 223903<br>SARAH M. LAUBACH – 240526<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, CA 94104<br>Telephone: (415)543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>   Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, and CHUCK SUPPLE, Commissioners of the BPH assigned to hear juvenile matters; CDCR; DIVISION OF JUVENILE JUSTICE; and BOARD OF PAROLE HEARINGS,<br><br>   Defendants. | Case No. 2:06-CV-02042-LKK-GGH<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS**<br><br>Date:  September 6, 2007<br>Time:  10:00 a.m.<br>Courtroom: 24<br>Judge:  Hon. Gregory G. Hollows<br>     Magistrate Judge |

WHEREAS, on August 23, 2007, Plaintiffs e-filed a motion for discovery sanctions, with a hearing noticed for September 6, 2007; and

WHEREAS, in compliance with Local Rule 37-251, the parties have agreed that the hearing on the motion should be continued to September 13, 2007;

The parties, by and through their counsel, agree that the hearing on Plaintiffs' Motion for Discovery Sanctions for Inadequate and Improper Interrogatory Responses should not be held on September 6, 2007. The parties request that the hearing be continued to September 13, 2007 at 10:00 a.m., with the opposition to the motion due on September 6, 2007 and the reply in support of the motion due on September 10, 2007.

IT IS SO STIPULATED.
DATED: August 28, 2007                            ROSEN, BIEN & GALVAN LLP

By: /s/*Maria V. Morris*
MARIA V. MORRIS
Attorneys for Plaintiffs

DATED: August 28, 2007                            OFFICE OF THE ATTORNEY GENERAL of the STATE OF CALIFORNIA

By: /s/ *William Kwong*
WILLIAM KWONG
Deputy Attorney General

Attorneys for Defendants

IT IS SO ORDERED.
Date: 8/29/07                                     /s/ Gregory G. Hollows
                                                  _____
                                                  Honorable Gregory G. Hollows
                                                  Magistrate Judge

1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS - Case No. 2:06-CV-02042-LKK-GGH