| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>GEOFFREY HOLTZ – 191370<br>KRISTEN A. PALUMBO – 215857<br>BRIANA LYNN MORGAN – 239977<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 96891<br>GAY C. GRUNFELD – 121944<br>MEGHAN R. LANG – 221156<br>MARIA V. MORRIS – 223903<br>SARAH M. LAUBACH – 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 74204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, CA 94104<br>Telephone (415)543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, and CHUCK SUPPLE, Commissioners of the BPH assigned to hear juvenile matters; CDCR; DIVISION OF JUVENILE JUSTICE; and BOARD OF PAROLE HEARINGS,<br><br>    Defendants. | No. 2:06-CV-02042-LKK-GGH<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, REPLY DECLARATION OF GAY CROSTHWAIT GRUNFELD, AND REPLY DECLARATION OF CORENE KENDRICK PURSUANT TO CIVIL L.R. 39-141(D)**<br><br>Date: September 10, 2007<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton<br>        Senior District Court Judge |

1 | Pursuant to Eastern District Local Rule 39-141, the Court, having reviewed Plaintiffs'
2 | Notice of Motion and Motion to File Under Seal Plaintiffs' Reply to Defendants' Opposition to
3 | Plaintiffs' Motion for Partial Summary Judgment ("Plaintiffs' Reply"); the Reply Declaration
4 | of Gay C. Grunfeld in Support of Plaintiffs' Motions for Partial Summary Judgment and for
5 | Leave to File Under Seal, and the Reply Declaration of Corene Kendrick in Support of
6 | Plaintiffs' Motions for Partial Summary Judgment and for Leave to File Under Seal, pursuant
7 | to Civil Local Rule 39-141(d), and the Protective Orders in this case, and good cause
8 | appearing, hereby finds:

Plaintiffs' Reply, the Grunfeld Reply Declaration and attached Exhibits thereto, and the Kendrick Reply Declaration that Plaintiffs seek to file under seal consist of documents and information covered by the terms of Protective Orders filed in this case. Accordingly, the Court concludes that filing of Plaintiffs' Reply, the Reply Declarations, and the Exhibits thereto, under seal, is proper.

**ORDER**

Therefore, it is hereby ORDERED that the Grunfeld Reply Declaration and Exhibits thereto, the Kendrick Reply Declaration, and Plaintiffs' Reply, shall be filed under seal by the Clerk of the Court and made available only to the Court or counsel.

**IT IS SO ORDERED.**

Dated: August 28, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1- [PROP] ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 39-141(D)
No. 2:06-CV-02042-LKK-GGH