UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

                              NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

    v.                                      O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
_____/

The court is in receipt of the defendant's proposed remedial plan, filed with the court on October 18, 2007. The plaintiff is ordered to file a response, if any, no later than fifteen days after the date of this order.

IT IS SO ORDERED.

DATED: October 23, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT