UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                                      <u>O R D E R</u>

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
                              /

    Pursuant to the telephone conference held on October 25, 2007, the court VACATES the previous dates and establishes the following schedule:

    1.    The deadline to designate experts and produce their written reports is continued to February 12, 2008;

    2.    The date by which discovery must be completed is continued to April 30, 2008;

    3.    The date by which law and motion must be completed is

1

1      continued to June 30, 2008;
2   4. The final pretrial conference is continued to September
3      29, 2008;
4   5. The trial is continued to January 6, 2009. The parties
5      represent that the trial will take approximately eight
6      (8) days.
7   IT IS SO ORDERED.
8   DATED: October 26, 2007.

                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

2