UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor, State of California, et al,

        Defendants.

NO. CIV. S-06-2042 LKK/GGH

O R D E R

The court is in receipt of the defendants' proposed remedial plan and the plaintiffs' objections thereto. It is clear to the court that certain proposals included in the proposed remedial plan are inadequate to remedy the constitutional violations identified in the court's September 19, 2007 order. The court ORDERS that the parties are given sixty (60) days from the date of this order to meet and confer, for the purpose of developing an adequate remedial plan that all parties find satisfactory. If in thirty (30) days the

1

1  parties conclude that it is impossible to reach an agreement as to
2  the remedial plan, the court will consider the appointment of Chase
3  Riveland to act as a settlement judge.
4      IT IS SO ORDERED.
5      DATED: November 28, 2007.

                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

2