| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>GEOFFREY HOLTZ – 191370<br>KRISTEN A. PALUMBO – 215857<br>BRIANA LYNN ROSENBAUM – 239977<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY C. GRUNFELD – 121944<br>MEGHAN R. LANG – 221156<br>MARIA V. MORRIS – 223903<br>SHIRLEY HUEY – 224114<br>SARAH M. LAUBACH – 240526<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, CA 94104<br>Telephone: (415)543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, THOMAS MARTINEZ, ASKIA ABULMAJEED, and CHUCK SUPPLE, Commissioners and Board Representatives, CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>        Defendants. | Case No. 2:06-CV-02042-LKK-GGH<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF IMPROPERLY WITHHELD DOCUMENTS AND ADEQUATE PRIVILEGE LOG**<br><br>Date: April 3, 2008<br>Time: 10:00 a.m.<br>Courtroom: 24<br>The Honorable Magistrate Gregory G. Hollows |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THE ABOVE-
2  ENTITLED ACTION:

3  PLEASE TAKE NOTICE that on April 3, 2008 at 10:00 a.m., or as soon thereafter as the matter may be heard, the Plaintiff Class will and hereby does move this Court to compel Defendants to produce documents improperly withheld and to produce an adequate privilege log.  Plaintiffs make this Motion pursuant to Federal Rules of Civil Procedure 26, 34, and 37,  E.D. Local Rule 37-251, and this Court's Summary Order of July 13, 2007, on the grounds that Defendants have improperly withheld documents by asserting privilege over documents that are not privileged or over which the privilege has been waived, and have, in asserting privileges, failed to adequately describe the nature of documents and communications in a manner that enables the assessment of the claimed privilege.

This Motion will be supported by this Notice of Motion and Motion, the Joint Statement Regarding the Motion to Compel Production of Improperly Withheld Documents and Adequate Privilege Log, the Declaration Maria V. Morris in Support of the Motion to Compel Production of Improperly Withheld Documents and Adequate Privilege Log, the exhibits attached thereto, the papers and pleadings on file in this action, and other such pleadings, evidence and arguments as may come before the Court upon the hearing of this matter.

Dated:  March 13, 2008

Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: */s/ Maria V. Morris*
    Maria V. Morris
    Attorneys for Plaintiffs