| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>GEOFFREY HOLTZ – 191370<br>KRISTEN A. PALUMBO – 215857<br>BRIANA LYNN ROSENBAUM – 239977<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY C. GRUNFELD – 121944<br>MEGHAN R. LANG – 221156<br>MARIA V. MORRIS – 223903<br>SHIRLEY HUEY – 224114<br>SARAH M. LAUBACH – 240526<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, CA 94104<br>Telephone: (415)543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, THOMAS MARTINEZ, ASKIA ABULMAJEED, and CHUCK SUPPLE, Commissioners and Board Representatives, CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>    Defendants. | Case No. 2:06-CV-02042-LKK-GGH<br><br>**STIPULATION AND ORDER RE CONTINUING HEARING ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ADEQUATE PRIVILEGE LOG**<br><br>Date:    April 3, 2008<br>Time:    10:00 a.m.<br>Courtroom: 24<br>Judge:    Hon. Gregory G. Hollows<br>             Magistrate Judge |

WHEREAS, on March 13, 2007, plaintiffs filed a motion to compel the production of improperly withheld documents and an adequate privilege log; and

WHEREAS, the joint statement regarding the motion to compel is currently due to be filed on March 27, 2008; and

WHEREAS, the hearing on plaintiffs' motion is currently scheduled to be heard on April 3, 2008; and

WHEREAS, defendants have represented that they are currently revising the privilege log and will be producing some of the previously withheld documents as well as a privilege log with more information;

The parties, by and through their counsel, agree that

(1) defendants will provide a letter to plaintiffs no later than noon on April 1, 2008, detailing the progress of the review of the privilege log to that time, including the number of previously withheld documents that will be produced, the number of withheld documents that have been reviewed, and what is being done to improve the quality of information provided in the privilege log about the documents that defendants assert to be privileged;

(2) regardless of the discovery cut-off date, defendants acknowledge the jurisdiction of the Court to enforce any orders that issue as a result of the Motion to Compel the Production of Improperly Withheld Documents and an Adequate Privilege Log;

(3) the Joint Statement Regarding the Motion to Compel the Production of Improperly Withheld Documents and an Adequate Privilege Log shall not be filed on March 27, 2008, but instead shall be filed, if necessary, on April 3, 2008; and

//////

(4) the hearing, if necessary, on the Motion to Compel the Production of Improperly Withheld Documents and an Adequate Privilege Log shall not be held on April 3, 2008, but instead shall be continued to April 10, 2008 at 10:00 a.m., or to a date that is acceptable to the Court.

IT IS SO STIPULATED.
DATED:  March 26, 2008

                                      ROSEN, BIEN & GALVAN LLP
                               By: /s/ *Maria V. Morris*
                                      MARIA V. MORRIS
                                      Attorneys for Plaintiffs

DATED:  March 26, 2008

                                      OFFICE OF THE ATTORNEY GENERAL of the STATE OF CALIFORNIA
                               By: */s/ William C. Kwong*
                                      WILLIAM C. KWONG Deputy Attorney General
                                      Attorneys for Defendants

IT IS SO ORDERED.
Date: 04/01/08

                                      /s/ Gregory G. Hollows
                                      Magistrate Judge

    LH.eot3