IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| L.H., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 2:06-cv-2042-LKK-GGH <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S ORDER DATED MARCH 20, 2008 |

Defendants request for an extension of time to comply with this Court's order dated March 20, 2008, was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants have to and including April 3, 2008, within which to comply with this Court's discovery order dated March 20, 2008.

DATED March 31, 2008

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

40233695.wpd
SA2006303236

[Proposed] Order

*L.H., et al. v. Schwarzenegger, et al.*
2:06-cv-2042-LKK-GGH

1