IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R., on behalf of
themselves and all other similarly situated
juvenile parolees in California,

      Plaintiffs,                      No. CIV S-06-2042 LKK GGH

    vs.

ARNOLD SCHWARZENEGGER,      ORDER
Governor, State of California, et al.,

      Defendants.
_____/

        The parties have met and conferred regarding the further production of documents previously identified as privileged, and have requested that the court postpone the hearing (scheduled for April 10, 2008) regarding production of these documents. The request is a reasonable one but for one provision. The parties "agree that: [r]egardless of the discovery cut-off date, defendants acknowledge the jurisdiction of the court to enforce orders related to the Motion to Compel the Production of Improperly Withheld Documents and an Adequate Privilege Log." Stipulation filed April 2, 2008 at 2. Presently, discovery cut-off is set for April 30, 2008.

        The quoted provision is essentially a party acquiesced extension of discovery cut-off previously ordered by Judge Karlton on October 29, 2007. While the undersigned has no problem with the parties' request, the undersigned also has no authority to modify the order of

1 the district judge. The parties must seek an extension of discovery cut-off with Judge Karlton for
2 the purpose of satisfying privilege log and production obligations.
3     Accordingly, the Stipulation filed April 2, 2008 cannot be signed.
4 DATED: 04/08/08
5                                         /s/ Gregory G. Hollows
                                           _____
                                           UNITED STATES MAGISTRATE JUDGE
6 GGH:gh:035
  LH.ord