BINGHAM McCUTCHEN LLP
GEOFFREY HOLTZ – 191370
KRISTEN A. PALUMBO – 215857
BRIANA LYNN ROSENBAUM – 239977
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
MEGHAN R. LANG – 221156
MARIA V. MORRIS – 223903
SHIRLEY HUEY – 224114
SARAH M. LAUBACH – 240526
315 Montgomery Street, Tenth Floor
San Francisco, California 94104
Telephone: (415) 433-6830

PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

YOUTH LAW CENTER
SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
CORENE KENDRICK – 226642
200 Pine Street, 3rd Floor
San Francisco, CA 94104
Telephone: (415)543-3379

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, THOMAS MARTINEZ, ASKIA ABULMAJEED, and CHUCK SUPPLE, Commissioners and Board Representatives, CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>    Defendants. | Case No. 2:06-CV-02042-LKK-GGH<br><br>**AMENDED STIPULATION AND PROPOSED ORDER RE CONTINUING HEARING ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ADEQUATE PRIVILEGE LOG**<br><br>Date: April 10, 2008<br>Time: 10:00 a.m.<br>Courtroom: 24<br>Judge: Hon. Gregory G. Hollows Magistrate Judge |

WHEREAS, on March 13, 2008, plaintiffs filed a Motion to Compel the Production of Improperly Withheld Documents and an Adequate Privilege Log; and

WHEREAS, on March 26, 2008, in light of progress in resolving the issue, the parties filed a Stipulation and Proposed Order to continue the briefing and the hearing on the motion to compel to April 3, 2008 and April 10, 2008 respectively; and

WHEREAS, on April 1, 2008, the Court entered the Order continuing the briefing and hearing on plaintiffs' motion to compel to April 3, 2008 and April 10, 2008 respectively; and

WHEREAS, defendants have represented that they are currently re-reviewing the previously withheld documents and revising the privilege log; and

WHEREAS, on April 1, 2008, defendants produced 2,909 previously withheld documents; and

WHEREAS, on April 1, 2008, defendants represented that of approximately 18,000 previously withheld documents that have been reviewed, more than 10,000 will be produced, and that the privilege log entries are being revised to include more information; and

WHEREAS, on April 2, 2008, defendants represented that most of the remaining documents that have been determined to be discoverable will likely be produced on April 4 or April 7, 2008; and

WHEREAS, on April 2, 2008, defendants represented that the final documents that have been determined to be discoverable will be produced on April 9 or April 10, as will the privilege log; and

WHEREAS, on April 2, 2008, the parties filed a stipulation and proposed order seeking to continue the briefing and hearing on the Motion to Compel the Production of Improperly Withheld Documents and an Adequate Privilege Log, which the Court declined to enter for the reasons stated in the Order filed on April 8, 2008; and

WHEREAS, on April 8, 2008, defendants represented that additional documents are

1

AMENDED STIPULATION AND PROPOSED ORDER RE CONTINUING HEARING ON MOT. TO COMPEL PRODUCTION OF DOCS. AND ADEQUATE PRIVILEGE LOG - Case No. 2:06-CV-02042-LKK-GGH

being produced on April 8, 2008;

The parties, by and through their counsel, agree that:

1. The Joint Statement Regarding the Motion to Compel the Production of Improperly Withheld Documents and an Adequate Privilege Log shall not be filed on April 3, 2008, but shall instead be filed, if necessary, on April 17, 2008; and

2. The hearing, if necessary, on the Motion to Compel the Production of Improperly Withheld Documents and an Adequate Privilege Log shall not be held on April 10, 2008, but shall instead be continued to April 24, 2008 at 10:00 a.m., or to a date that is acceptable to the Court.

IT IS SO STIPULATED.
DATED: April 8, 2008

        ROSEN, BIEN & GALVAN LLP
By: /s/ *Maria V. Morris*
    MARIA V. MORRIS
    Attorneys for Plaintiffs

DATED: April 8, 2008

    OFFICE OF THE ATTORNEY GENERAL of the STATE OF CALIFORNIA
By: */s/ William C. Kwong*
    WILLIAM C. KWONGDeputy Attorney General
    Attorneys for Defendants

IT IS SO ORDERED.

Date: 04/10/08    /s/ Gregory G. Hollows
    Honorable Gregory G. Hollows
    Magistrate Judge

LH.cont