IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and all
other similarly situated juvenile
parolees in California,

      Plaintiffs,               No. CIV S-06-2042 LKK GGH

   vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.          ORDER

_____/

      After hearing on April 24, 2008, the court issues the following interim order.[1] For reasons set forth at the hearing, IT IS ORDERED that:

    1. By April 30, 2008, defendants shall produce all documents listed on their privilege log, objections for which were deliberative process, official information, and/or privacy, to the extent that these claims of privilege were the sole basis for documents being listed on the privilege log.

    2. All documents which have not heretofore been produced in their native format or other reasonably usable form, shall be produced in one of those formats by April 30, 2008. Defendants

---

[1] An explanatory order resolving matters not resolved by this order will issue shortly.

1

1 are directed to apply the definition of "reasonably usable form" as explained in the Advisory

2 Committee Notes to Rule 34, subdivision (b).[2]

3   3.  Any documents not yet produced in response to plaintiffs' third request for production

4 of documents shall be produced by April 30, 2008.

5   4.  Defendants shall produce a *final* omnibus privilege log by April 30, 2008; documents

6 which have been produced shall not be listed on this log.

DATED: 04/25/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076
L.H.2042.int

---

[2] The rule does not require a party to produce electronically stored information in the form it which it is ordinarily maintained, as long as it is produced in a reasonably usable form. But the option to produce in a reasonably usable form does not mean that a responding party is free to convert electronically stored information from the form in which it is ordinarily maintained to a different form that makes it more difficult or burdensome for the requesting party to use the information efficiently in the litigation. If the responding party ordinarily maintains the information it is producing in a way that makes it searchable by electronic means, the information should not be produced in a form that removes or significantly degrades this feature.