UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                            O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
_____/

In light of the court's May 22, 2008 order appointing a Special Master, which, *inter alia*, created a procedure by which the Special Master may resolve disputes between the parties, the court ORDERS the plaintiffs to inform the court within five (5) days of the date of this order whether they intend to withdraw any or all of their pending motions and seek their resolution by the Special Master, or whether the motions are of a nature that requires resolution by the court, see Order of Reference to Special Master

1

Chase Riveland ¶ III.10.

IT IS SO ORDERED.

DATED: May 23, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2