| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>GEOFFREY HOLTZ – 191370<br>KRISTEN A. PALUMBO – 215857<br>BRIANA LYNN ROSENBAUM – 239977<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY C. GRUNFELD – 121944<br>MEGHAN R. LANG – 221156<br>MARIA V. MORRIS – 223903<br>SHIRLEY HUEY – 224114<br>SARAH M. LAUBACH – 240526<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, CA 94104<br>Telephone: (415)543-3379 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>      Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, JAMES E. TILTON, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); KINGSTON "BUD" PRUNTY, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; JOE MONTES, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; JOHN MONDAY, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, THOMAS MARTINEZ, ASKIA ABULMAJEED, and CHUCK SUPPLE, Commissioners and Board Representatives, CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>      Defendants. | Case No. 2:06-CV-02042-LKK-GGH<br><br>**ORDER REFERRING MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND A PERMANENT INJUNCTION REGARDING ATTORNEY APPOINTMENT FOR JUVENILE PAROLEES, AND FOR PARTIAL SUMMARY JUDGMENT AND FOR PERMANENT INJUNCTION FOR DISABILITY ACCOMMODATIONS AND EFFECTIVE COMMUNICATION IN ALL PAROLE REVOCATION PROCEEDINGS TO SPECIAL MASTER RIVELAND FOR INFORMAL MEET AND CONFER DISPUTE RESOLUTION AND CONTINUING HEARINGS ON THE MOTIONS TO JULY 25, 2008** |

PDF created with pdfFactory trial version www.pdffactory.com

1 | The Court, having reviewed Plaintiffs' Response to the Court's Order Of May 27,
2 | 2008, and based upon the Order of Reference to Special Master Chase Riveland of
3 | May 22, 2008, and good cause appearing, hereby ORDERS that the Motions For Partial
4 | Summary Judgment And A Permanent Injunction Regarding Attorney Appointment For
5 | Juvenile Parolees, and For Partial Summary Judgment And For Permanent Injunction For
6 | Disability Accommodations And Effective Communication In All Parole Revocation
7 | Proceedings (the "Motions") shall be referred, and hereby are referred, to Special Master
8 | Riveland for informal meet and confer dispute resolution, to be completed no later than
9 | June 30, 2008.  The Motions shall be taken off the Court's June 16, 2008 calendar and
10 | continued to a new hearing date of July 25, 2008, with opposition and reply briefs filed
11 | and served in accordance with Local Rule 78-230, unless the parties inform the Court that
12 | the Motions have been resolved.
13 | IT IS SO ORDERED.

15 | Dated:  June 2, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com