UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                        O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
_____/

    Pending before the court are three motions (docket nos. 384, 378, 374) set to be heard on June 16, 2008. The court hereby CONTINUES the hearings on all of the motions to June 30, 2008. The briefing schedule remains in accordance with Local Rule 78-230.

    IT IS SO ORDERED.

    DATED: June 3, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT