1  ROSEN, BIEN & GALVAN, LLP
   MICHAEL W. BIEN (SBN 096891)
2  GAY C. GRUNFELD (SBN 121944)
   MEGHAN R. LANG (SBN 221156)
3  MARIA V. MORRIS (SBN 223903)
   SHIRLEY HUEY (SBN 224114)
4  NURA MAZNAVI (SBN 232008)
   SARAH M. LAUBACH (SBN 240526)
5  315 Montgomery Street, Tenth Floor
   San Francisco, California 94104
6  Telephone: (415) 433-6830

7  BINGHAM McCUTCHEN LLP
   GEOFFREY T. HOLTZ (SBN 191370)
8  KRISTEN A. PALUMBO (SBN 215857)
   BRIANA LYNN ROSENBAUM (SBN 239977)
9  Three Embarcadero Center
   San Francisco, CA  94111-4067
10 Telephone:  415.393.2000

11 Attorneys for Plaintiffs

12 EDMUND G. BROWN JR.
   DAVID S. CHANEY
13 FRANCES T. GRUNDER
   ROCHELLE C. EAST
14 WILLIAM C. KWONG (SBN 168010)
   455 Golden Gate Avenue, Suite 11000
15 San Francisco, CA 94102-7004
   Telephone: (415) 703-5724
16 Fax: (415) 703-5843
   Email: William.Kwong@doj.ca.gov
17
   Attorneys for Defendants
18

YOUTH LAW CENTER
SUSAN L. BURRELL (SBN 074204)
CAROLE SHAUFFER (SBN 100226)
CORENE KENDRICK (SBN 226642)
200 Pine Street, 3rd Floor
San Francisco, CA 94104
Telephone: (415) 543-3379

PRISON LAW OFFICE
DONALD SPECTER (SBN 83925)
SARA NORMAN (SBN 189536 )
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20 L.H., A.Z., D.K., D.R., M.N. and R.C., on behalf of<br>21 themselves and all other similarly situated juvenile<br>parolees in California,<br>22<br>Plaintiffs,<br>23  v.<br>24<br>25<br>26 ARNOLD SCHWARZENEGGER, Governor, State<br>of California, MATTHEW L. CATE, Secretary (A),<br>27 California Department of Corrections and<br>Rehabilitation ("CDCR"); DAVID RUNNELLS,<br>28 Undersecretary, CDCR; BERNARD WARNER, | Case No. 2:06-CV-02042-LKK-GGH<br><br>**ORDER GRANTING<br>STIPULATED MOTION FOR<br>PRELIMINARY APPROVAL OF<br>CLASS ACTION SETTLEMENT,<br>AND SCHEDULING HEARING<br>ON FINAL SETTLEMENT<br>APPROVAL**<br><br>**HEARING**<br><br>Date:      June 16, 2008<br>Time:     10:00 a.m. |

A/72562929.5/0999995-2960011906

PDF created with pdfFactory trial version www.pdffactory.com

Chief Deputy Secretary of the Division of Juvenile
Justice; CAROLINA GARCIA, Director, Division of
Juvenile Parole;  DENNIS DULAY, Acting Deputy
Director of the Division of Juvenile Parole
Operations; MARTIN HOSHINO, Executive
Director of the Board of Parole Hearings ("BPH");
JAMES DAVIS, Chair of the BPH; JOYCE
ARREDONDO, PAUL CHABOT, JOSEPH
COMPTON, SUSAN MELANSON, THOMAS
MARTINEZ, ASKIA ABULMAJEED, and CHUCK
SUPPLE, Commissioners and Board
Representatives, CDCR; DIVISION OF JUVENILE
JUSTICE; BOARD OF PAROLE HEARINGS; and
the JUVENILE PAROLE BOARD,

              Defendants.

          Whereas, this Court has presided over the proceedings in the above-captioned

action (the "Class Action") and has reviewed all of the pleadings, records, and papers on the file

herein;

          Whereas, the parties have entered into a Stipulated Order for Permanent

Injunctive Relief, which was lodged with the Court on June 13, 2008;

          Whereas, the Court has reviewed the Stipulated Order for Permanent Injunctive

Relief, and has heard from the parties with respect to the proposed settlement of this action;

          Whereas, the Court has determined that inquiry should be made as to the fairness

and adequacy of this proposed settlement; and

          Whereas, the Court has conducted a hearing with respect to the reasonableness of

proceeding with this proposed settlement, and good cause appearing therefore, now finds and

orders as follows:

## FINDINGS

          1.       The Court finds that the proposed settlement falls within the range of

possible approval and is sufficiently fair to warrant the dissemination of notice to the proposed

class members apprising them of the settlement, and finds that the proposed class, as defined in

Paragraph 5 below, is proper.

PDF created with pdfFactory trial version www.pdffactory.com

2.      The proposed settlement is the product of arm's-length, serious, informed and non-collusive negotiations between experienced and knowledgeable counsel who have actively prosecuted and defended this litigation.

3.      The Stipulated Order for Permanent Injunctive Relief is granted preliminary approval and incorporated herein by this reference, and has the full force and effect of an order of the Court.

4.      A hearing is appropriate to consider whether this Court should grant final approval to this settlement, and to allow adequate time for members of the class, or their counsel, to support or oppose this settlement.

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED:

5.      This action is determined to be properly maintained as a class action pursuant to Rule 23(b)(2), Federal Rules of Civil Procedure, with a class consisting of: Juvenile Parolees in or under the jurisdiction of California, including all Juvenile Parolees with Disabilities, as that term is defined in Section 504 of the Rehabilitation Act and the ADA, who are: 1) in the community under parole supervision or who are at large; 2) in custody in California as alleged parole violators, and who are awaiting revocation of their parole; or 3) in custody, having been found in violation of parole and returned to custody.  The fact that they have attained majority does not exclude them from the Class.  They remain Class members until they are discharged from the jurisdiction of the DJJ.

6.      A short and long written notice attached hereto shall be disseminated to the class.

7.      Within **35 days** after the Court orders Preliminary Approval, or as soon thereafter as practicable, the Notice shall be disseminated to the Class, substantially in the forms attached hereto by the following means:

(1) For California juvenile parolees who are at large (all California juvenile parolees who are not in custody), a written notice shall be posted in all parole field offices.  Copies of the Stipulated Order for Permanent Injunctive Relief, and large print and audio copies of the written notice shall be available in all parole field offices.  Parolees who are not required to report to the parole office during the notice period shall be sent the written notice by first class mail to their last known address, or shall be provided with the notice in person by their parole

PDF created with pdfFactory trial version www.pdffactory.com

1    agent.

2    (2) For members of the class who are California juvenile parolees in custody as alleged parole violators, the written notice shall be (a) posted in all California Division of Juvenile Justice facilities, reception centers and camps, and all California prisons and reception centers, in such a manner as to make the notice visible to all parolees in custody; (b) sent to all county jails, juvenile halls and other facilities where juvenile parolees are held that are not under the direct control of Defendants with instructions to post the written notice in such a manner as to make the notice visible to all parolees in custody; (c) posted in each room where revocation serves and hearings take place; (d) served on parolees who are being served with revocation charges and/or screening offers during the notice period as part of their revocation documents; and (e) served on parolees who appear for parole revocation hearings.  Copies of the Stipulated Order for Permanent Injunctive Relief, and large print and audio copies of the written notice shall be made available in each facility, in locations such as prison libraries, where Defendants require parolees to be held.

10    (3) For members of the class who are California juvenile parolees in custody, having been found in violation of parole and returned to custody, the written notice shall be (a) posted in all California Division of Juvenile Justice facilities, reception centers, prisons, and camps, in such a manner as to make the notice visible to all parolees in custody; and (b) sent to all community group homes, county jails, or other facilities where juvenile parolees are held that are not under the direct control of Defendants with instructions to post the written notice in such a manner as to make the notice visible to all parolees in custody. Copies of the Stipulated Order for Permanent Injunctive Relief, and large print and audio copies of the written notice shall be made available in each facility, in locations such as prison libraries, where Defendants require parolees to be held.

16    (4) The Notice and the Stipulated Order for Permanent Injunctive Relief shall be posted on the DJJ web site and made available for public review and downloading.

18    8.    The expense of giving notice to the class members shall be paid by the

19    Defendants.  Dissemination of the Notice as provided above is hereby authorized and approved,

20    and satisfies the notice requirement of Rule 23(e), Federal Rules of Civil Procedure, the

21    Constitution of the United States, due process and any other applicable rule(s) of this Court.

22    9.    No later than **July 28, 2008**, Defendants must file and serve on Plaintiffs'

23    counsel an affidavit affirming that they published notice as required in this order.

24    10.    Any member of the class may enter an appearance on their own behalf in

25    this action through that class member's own attorney (at their own expense), but need not do so.

26    Class members who do not enter an appearance through their own attorneys will be represented

27    by the Plaintiffs as class representatives and their counsel.  Alternatively, any member of the

28    class may write to the federal court about whether the settlement is fair.  The federal court will

PDF created with pdfFactory trial version www.pdffactory.com

consider written communications when deciding whether to approve the settlement. Comments regarding the fairness of the settlement MUST include at the top of the first page the case name (L.H. v. Schwarzenegger) and case number (2:06-CV-02042-LKK-GGH). Comments must be postmarked by **September 12, 2008** and must be sent to the following address:

> Clerk of the Court
> United States District Court
> Eastern District of California
> 501 "I" Street
> Sacramento, CA 95814

11.     A final approval hearing pursuant to Rule 23(e), Federal Rules of Civil Procedure, will be in the Courtroom of undersigned on **October 6, 2008**, at 10:00 a.m. in the United States District Court for the Eastern District of California, to determine whether the proposed settlement is fair, reasonable and adequate, and whether it should be finally approved by the Court. The hearing may be continued from time to time without further notice.

12.     Briefs in support of final approval shall be filed on or before **September 22, 2008**.

13.     Plaintiffs' motion for reasonable attorneys' fees and expenses shall be filed and served no later than **October 20, 2008**. Defendants' response to the fees motion shall be filed and served no later than **November 10, 2008**. Plaintiffs' reply shall be filed and served no later than **November 24, 2008**. A hearing on the motion for attorneys' fees and expenses shall be held on **December 5, 2008**.

14.     The Pretrial Conference currently set for September 29, 2008 and Trial currently set for January 6, 2009 are VACATED.

15.     All motion hearings currently set for June 30, 2008 and July 25, 2008 are VACATED.

IT IS SO ORDERED.

DATED:  June 16, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A/72562929.5/0999995-2960011906                        6

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT - CASE NO. 2:06-CV-02042-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com