1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

12

EASTERN DISTRICT OF CALIFORNIA

13

L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,

Case No. 2:06-CV-02042-LKK-GGH

14

Plaintiffs,

**ORDER FOR SPECIAL MASTER COMPENSATION**

15

vs.

16

ARNOLD SCHWARZENEGGER, Governor, State of California, MATTHEW L. CATE, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); DAVID RUNNELLS, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; CAROLINA GARCIA, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, THOMAS MARTINEZ, ASKIA ABULMAJEED, and CHUCK SUPPLE, Commissioners and Board Representatives, CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,

17
18
19
20
21
22
23
24

Defendants.

25

On May 21, 2008, this Court ordered that a special master be appointed in this case and

26

issued an Order of Reference defining the duties of the special master. This Court appointed

27
28

Chase Riveland as special master and Virginia Morrison as deputy special master.

PDF created with pdfFactory trial version www.pdffactory.com

It is further ordered that Special Master Chase Riveland shall be compensated at the rate of $200 per hour for services performed in accordance with the Order of Reference, except that he shall be compensated at the rate of $90 per hour for travel time. Deputy Special Master Virginia Morrison shall be compensated at the same rates as Mr. Riveland. All reasonable expenses incurred by the special master in performing the duties under the Order of Reference shall be reimbursed as costs of the mastership.

Pursuant to the Order of Reference, the special master's fees and expenses shall be borne by the Defendants. Defendants are hereby ordered to deposit, within 30 days of the date of this Order, the sum of $500,000 with the clerk of this court as an interim payment of costs, which shall be invested in an interest-bearing account. All interest earned in the account shall accrue to the benefit of Defendants. The special master shall periodically submit to the Clerk of the Court, with a copy to Defendants' designated representatives, an itemized statement of the special master's and deputy special master's fees and expenses, which shall be payable upon receipt. When the above sum is substantially drawn down, the court may order Defendants to deposit additional sums with the Clerk of the Court.

IT IS SO ORDERED.

Dated: June 20, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

Dated: June 12, 2008

/s/ Gay Crosthwait Grunfeld
GAY CROSTHWAIT GRUNFELD
Rosen Bien & Galvan
Attorneys for Plainitffs

ORDER FOR SPECIAL MASTER COMPENSATION - Case No. 2:06-CV-02042-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1

2    Dated:

3                                             /s/ William C. Kwong
                                              WILLIAM KWONG
4                                             Deputy Attorney General
                                              Attorneys for Defendant
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

PDF created with pdfFactory trial version www.pdffactory.com