IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **L.H., et al.,**<br><br>                              Plaintiffs,<br><br>        v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | 2:06-cv-2042-LKK-GGH<br><br>**ORDER GRANTING DEFENDANTS' EX-PARTE REQUEST FOR MODIFICATION OF ORDER FOR SPECIAL MASTER COMPENSATION** |

On July 2, 2008, Defendants filed an ex-parte request that this Court modify its June 20, 2008 Order regarding compensation for the Special Master in this case.  Specifically, Defendants requested that in lieu of depositing $500,000 with the clerk of the Court, that they be allowed to make an initial deposit of $250,000 by July 18, 2008.  Defendants have discussed this proposal with the Special Master Riveland and he is in agreement.  Defendants and Special Master Riveland also agreed that when the account is drawn down to $125,000, Defendants will have 30 days to replenish the account to $250,000.  Should the Defendants fail to replenish the account within the thirty days, they will be required to ensure that the account has the full balance of $500,000 and that it would be due immediately.

///

///

///

[Proposed] Order Granting Defs' Ex-parte Request to Modify Order for Special Master Compensation

1

1 | Upon reading and considering the Defendant' Ex-Parte Request and good cause appearing,

2 |     IT IS ORDERED that Defendants' Ex-parte Request for Modification of Order For Special

3 | Master Compensation is granted.

4 |     Dated: July 2, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT