UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

    NO. CIV. S-06-2042 LKK/GGH

  Plaintiffs,

 v.         O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

  Defendants.
_____/

  Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of July, 2008. Good cause appearing, it is ORDERED that:

  1.  The Clerk is directed to pay to:

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

1

the amount of $18,744.57 in accordance with the attached statement; and

2.  A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: August 4, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

**Chase Riveland**
**Office of the Special Master**
*L.H. v. Schwarzenegger*

5714 Deer Harbor Rd.
Box 367
Deer Harbor, WA 98243
Tel: (360) 376-2870
Fax: (360) 376-2879
E-mail:
riveland@rockisland.com

August 4, 2008

Judge Lawrence Karlton
U.S. District Court for the
Eastern District of California
501 I Street, Room 4-200
Sacramento, CA 95814-7300

Re: *L.H. et al. v. Schwarzenegger et al.*
No. CIV S-06-2042 LKK/GGH

Dear Judge Karlton:

Enclosed for review and payment is a bill for services provided by the Special Master team in the above-captioned case for May through July 2008.

Sincerely yours,

/s/ Chase Riveland
Chase Riveland
Special Master


Enclosure
cc: William Kwong Esq. (w/enc.) electronically submitted
    Gay Grunfeld, Esq. (w/enc.) electronically submitted

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
    Plaintiffs,

v.                                                  No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of May 29 through July 31, 2008.

Chase Riveland, Special Master
    Services                                  $ 11,880.00
    Disbursements                 $   2,321.39

            Total amount due                           **$ 14,231.39**

Virginia Morrison, Deputy Special Master
    Services                                  $   4,341.50
    Disbursements                 $     176.68
            Total amount due                           **$   4,513.18**

      TOTAL AMOUNT TO BE REIMBURSED           **$ 18,744.57**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                                 August 4, 2008
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

FROM:    /S/ Chase Riveland
          Chase Riveland, Special Master, *L.H.*

Date:    August 4, 2008

RE:     Reimbursement for fees and disbursements expended during the period ending July 31, 2008.

Please send the check to the following individual for the amount indicated.

    Chase Riveland
    Valdivia Special Master
    5714 Deer Harbor Road
    Box 367
    Deer Harbor, WA  98243

                  Amount to be reimbursed: **$ 18,744.57**

*L.H. et al. v. Schwarzenegger et al.*         No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

### Fees for May 2008

| | | |
|---|---|---|
| 5/29/08 | Telephone: Kwong, Bien, Grundfield | .7 |
| 5/30/08 | Telephone: Rice, Bien, Grunfeld, Kwong, Nelson | 1.3 |
| 5/31/08 | Correspondence: Nelson, Bien | .2 |
| | | 2.2 |

Total fees: 2.2 X $200 = **$ 440**


*L.H. et al. v. Schwarzenegger et al.*         No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

### Fees for June 2008

| | | |
|---|---|---|
| 6/1/08 | Telephone: Kwong, Bien | .3 |
| 6/2/08 | Telephone: Warner, Rice, Grunfeld, Bien, Kwong; review Defendants most recent draft agreements | 2.6 |
| 6/3/08 | Telephone: Morrison, Grunfeld; correspondence: Kwong | .8 |
| 6/5/08 | Telephone: Kwong; review stipulation; arrange meet and confer | .8 |
| 6/6/08 | Review final stipulation; review timelines driven by the date of signature | 1.7 |
| 6/9/08 | Correspondence: Brady, Grunfield, Renteria | .2 |
| 6/12/08 | Telephone: Grundfeld; Correspondence: Bien, Riveland, Kwong | 1.1 |

| Date | Description | Hours |
|---|---|---|
| 6/13/08 | Telephone: Kwong; review court filings including final stipulation, flow chart, etc. | 1.2 |
| 6/16/08 | Meet: Warner, Defendants, all parties; meet w/ Morrison | 6.6 |
| 6/19/08 | Communication: Kwong, Court, Morrison; Review correspondence: Burrel, Renteria, Morrison, Brady; conference call: Defendants | 1.4 |
| 6/20/08 | Review communication: Grunfield, Brady, Renteria | .8 |
| 6/24/08 | Conference call: Defendants, Morrison | .7 |
| 6/27/08 | Telephone: Morrison, Brady | .5 |
| | | 18.7 |

Total Fees: 18.7 hours X $ 200/hr. **$ 3,740**

### Fees for July 2008

| Date | Description | Hours |
|---|---|---|
| 7/1/08 | Review: Defendant and Plaintiff correspondence | .3 |
| 7/2/08 | Telephone: McDonough, review ex-parte draft, correspondence: Brady, McDonough, Brorby | .5 |
| 7/9/08 | Travel: Deer Harbor to San Francisco | 7.0 * |
| 7/10/08 | Meet: Morrison, Morrison and Brorby, All parties, Plaintiffs | 8.5 |
| 7/11/08 | Travel: San Francisco to Deer Harbor | 7.0 * |
| 7/11/08 | Review Defendants revised ADA policies, notes from all parties meeting | 1.1 |
| 7/15/08 | Correspondence: Brady, Burrell; preparation for Sacramento trip | .6 |
| 7/16/08 | Travel: Deer Harbor to Sacramento | 7.0 * |
| 7/17/08 | Interview/observe: Supple, CalPAP attorney, hearing examiner, PCH's at Chad; Sacramento DJJ parole staff | 8.0 |

| Date | Description | Hours |
|---|---|---|
| 7/18/08 | Observe/interview: Warner, Task Force, court | 2.5 |
| 7/18/08 | Travel: Sacramento to Deer Harbor | 7.0 * |
| 7/19/08 | Review Materials from task force, CalPAP case closed documents, Renteria | 1.1 |
| 7/22/08 | Review: Little Hover Commission Report; correspondence: Huey, Brady,. | 1.6 |
| 7/23/08 | Correspondence: Grunfield, Brady | .2 |
| 7/31/08 | Telephone, Morrison, Grunfield, Brady, | 1.4 |
| | | 25.9 |
| | | 28.0 * |

Total fees for July: 25.9 hrs X $200/hr. = $ 5,180
　　　　　　　　　*28.0 hrs X $ 90/hr. = $ 2,520
　　　　　　　　　　　　　　　　　　　　　$ 7,700

### Expenses for July 2008

| Date | Description | Amount |
|---|---|---|
| 7/9/08 | Roundtrip Seaplane from Deer Harbor to Seattle and return | 245.00 |
| 7/9/08 | Shuttle to Seattle Airport | 10.00 |
| 7/9/08 | Roundtrip airfare: Seattle/ San Francisco | 269.00 |
| 7/9/08 | Taxi: San Francisco Airport to Hotel | 42.00 |
| 7/9/08 | Lunch and dinner | 37.68 |
| 7/10/08 | Breakfast, dinner | 39.66 |
| 7/11/08 | Taxi: SF hotel to SF airport | 40.00 |
| 7/11/08 | Hotel: 2 nights | 308.46 |
| 7/11/08 | Taxi: Seatac to Seaplane site | 40.00 |
| 7/11/08 | Breakfast and lunch | 26.98 |
| 7/16/08 | Airfare: Roundtrip Deer Harbor to Lake Union/Seattle | 248.00 |

| Date | Description | Amount |
|---|---|---|
| 7/16/08 | Taxi to airport | 42.00 |
| 7/16/08 | Airfare: Roundtrip: Seattle/ Sacramento and return | 382.00 |
| 7/16/08 | Lunch and dinner | 28.98 |
| 7/17/08 | Breakfast, lunch, dinner | 59.89 |
| 7/18/08 | Rental car: 2days | 115.96 |
| 7/18/08 | Hotel: 2 nights | 322.56 |
| 7/18/08 | breakfast, lunch | 21.22 |
| 7/18/08 | Taxi: Seatac to Lake Union seaplanes | <u>42.00</u> |
| | | 2,321.39 |

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
Services rendered by Virginia Morrison
Tax #:  51-0433003

**Fees for June 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 06/01/08 | Review order of reference and other case documents | 1.4 |
| 06/03/08 | Telephone conferences w/C. Riveland re: case status | 0.6 |
| 06/08/08 | Review stipulation | 0.25 |
| 06/09/08 | Review parties' email communication | 0.2 |
| 06/10/08 | Telephone conference w/C. Riveland | 0.2 |
| 06/16/08 | Travel from Kentfield to Sacramento (time split between this matter and *Valdivia*) | 0.95* |
| 06/16/08 | Participate in defendants' briefing, all-parties' meeting, and conferences w/C. Riveland | 5.6 |
| 06/17/08 | Travel from Sacramento to Kentfield (time split between this matter and *Valdivia*) | 0.9* |
| 06/19/08 | Telephone conferences w/C. Riveland and defendants | 0.25 |

| Date | Activity | Hours |
|---|---|---|
| 06/23/08 | Telephone conference w/C. Riveland | 0.2 |
| 06/24/08 | Telephone conference w/C. Riveland and defendants re: plans for the mentally ill | 0.5 |
| 06/30/08 | Review proposed monitoring agreement | 0.2 |

Total..........................................................................................

9.4   X $200/hour = $ 1,880
1.85  X $ 90/hour = $  166.50
               **$ 2,046.50**

\* denotes travel time at lower rate

## Disbursements/Expenses for June 2008

| Date | Activity | Amount |
|---|---|---|
| 06/17/08 | Mileage and tolls between Kentfield and Sacramento -- 190 miles at 50.5 cents per mile (split between this matter and *Valdivia*) | 49.97 |
| 06/17/08 | Hotel for Sacramento meetings (split between this matter and *Valdivia*) | 69.50 |

Total.....................................................................................$ **119.47**

**Total Fees and Expenses:   $ 2,165.97**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

<u>Fees for July 2008</u>

| Date | Activity | Time/Hours |
|---|---|---|
| 07/06/08 | Telephone conference w/C. Riveland; review parties' recent communications | 0.6 |
| 07/08/08 | Telephone conference w/defendants | 0.5 |
| 07/09/08 | Telephone conference w/plaintiffs; review defendants' monitoring proposal | 0.2 |
| 07/10/08 | Travel from Kentfield to San Francisco for parties' meeting | 1.5* |
| 07/10/08 | Conference w/C. Riveland and D. Brorby; participate in meetings w/the parties re: monitoring and key issues | 7.8 |
| 07/22/08 | Email communication w/C. Riveland re: site visits; review parties' communication re: Medicaid, ADA P&Ps and objection, and July 8 memo | 0.8 |
| 07/24/08 | Review parties' email communication | 0.5 |
| 07/31/08 | Telephone conferences w/C. Riveland and defendants re: case status, staffing, viewing hearings | 0.4 |

Total……………………………………………………………………………..

10.8 X $200/hour = $ 2,160

$$1.5 \quad \text{X } \$90/\text{hour} = \$ \ 135$$
$$\$ 2,295$$

\* denotes travel time at lower rate

**Disbursements/Expenses for July 2008**

| Date | Activity | Amount |
|---|---|---|
| 07/10/08 | Mileage and tolls between Kentfield and San Francisco -- 42 miles at 50.5 cents per mile | 26.21 |
| 07/10/08 | Parking for San Francisco meetings | 31.00 |

Total.................................................................................................$ 57.21

**Total Fees and Expenses: $2,352.21**