UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

        Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of August, 2008. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

    Chase Riveland
    <u>L.H.</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

1

1  the amount of $10,171.90 in accordance with the attached statement;
2  and
3      2.  A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED:  September 2, 2008.
7
8                                  LAWRENCE K. KARLTON
                                   SENIOR JUDGE
9                                  UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
    Plaintiffs,
        v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of August 1 through August 31, 2008.

Chase Riveland, Special Master
    Services          $ 6,140.00
    Disbursements  $ 1,223.84.

        Total amount due    **$ 7,363.84**

Virginia Morrison, Deputy Special Master
    Services          $ 2,425.00
    Disbursements  $   383.06
        Total amount due    **$ 2,808.06**

    TOTAL AMOUNT TO BE REIMBURSED    **$ 10,171.90**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                          September 1, 2008
Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ Chase Riveland
Chase Riveland, Special Master, *L.H.*

Date: September 1, 2008

RE: Reimbursement for fees and disbursements expended during the period ending August 31, 2008.

Please send the check to the following individual for the amount indicated.

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA 98243

Amount to be reimbursed: **$ 10,171.90**

*L.H. et al. v. Schwarzenegger et al.*     No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for August 2008**

| Date | Description | Hours |
|---|---|---|
| 8/1/08 | Review draft ADA policies, telephone: Morrison, Bien | 1.9 |
| 8/7/08 | Telephone: Kwong; review seven draft policies and correspondence from Renteria, Lang, | 3.6 |
| 8/8/08 | Telephone: Brady, Kwong; review correspondence: Renteria, Lang, Bien | 1.3 |
| 8/11/08 | Review correspondence: Renteria, Brady, Burrell, Mania; review Plaintiffs comments on Defendants draft of Parole Revocation process and draft Interim ADA policies | 2.7 |
| 8/13/08 | Travel: Deer Harbor to Sacramento | 7.0 * |
| 8/14/08 | Travel: Sacramento to Preston and return | 2.0 * |
| 8/14/08 | Observe PC revocation hearings @ Ione; all parties meet and confer; meet w/ Brady, meet w/ Morrison | 8.2 |
| 8/15/08 | Travel: Sacramento to Deer Harbor | 7.0 * |
| 8/16/08 | Review: Correspondence and | |
| 8/18/08 | Review: Plaintiff response to draft of rev extension; review draft rev extension; telephone: Court, Morrison | 1.6 |
| 8/19/08 | Review correspondence: Morrison, Brady, Lang, Kendrick: Plaintiff response to draft re: dual commitments | 1.2 |
| 8/20/08 | Discussion: Plaintiffs, Morrison | .6 |

| | | |
|---|---|---|
| 8/24/08 | Review Plaintiff comments regarding Transportation and Omitted Policies and CalPAP drafts; telephone Morrison | 1.5 |
| 8/30/08 | Review correspondence: Brady, Grunfield: DCPA Instructional Manual Redline copy; listen to tapes of Revocation gearings | 2.4 |
| | | 25.0 |
| | | 16.0 * |

FEES: 25hrs. X $200/hr. = $5,000.00
16hrs. X $ 90/hr. = $1,140.00
**$6,140.00**

\* denotes travel time @ $90/hr.

### Expenses for August

| | | |
|---|---|---|
| 8/13/08 | Roundtrip air: Deer Harbor to Seattle | $ 252.00 |
| 8/13/08 | Roundtrip air: Seattle to Sacramento | 368.00 |
| 8/13/08 | Van to airport | 10.00 |
| 8/13/08 | Lunch and dinner | 39.88 |
| 8/13/08 | Night parking | 18.00 |
| 8/14/08 | 3 meals (dinner for Morrison) | 78.99 |
| 8/14/08 | night parking | 18.00 |
| 8/15/08 | Hotel: 2 nights | 268.00 |
| 8/15/08 | Breakfast/lunch | 21.99 |
| 8/15/08 | Rental car: 2 days | 106.98 |
| 8/15/08 | Taxi: Seattle airport to Lake Union | 42.00 |
| | | $1,223.84 |

**Fees and expenses for Riveland: $ 7,363.84**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for August 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 08/01/08 | Review recent email communication among parties | 0.3 |
| 08/04/08 | Email and telephone communication w/defendants | 0.2 |
| 08/06/08 | Email communication w/defendants | 0.2 |
| 08/07/08 | Telephone conference w/defendants | 0.1 |
| 08/08/08 | Review parties' email communication | 0.2 |
| 08/11/08 | Review parties' email communication | 0.1 |
| 08/13/08 | Travel from San Anselmo to Ione for hearings (less time spent on another matter) | 1.7* |
| 08/14/08 | Observe hearings at Preston; confer w/C. Riveland; review documents; participate in monthly information meeting; meet w/defendants | 6.3 |

| Date | Activity | Hours |
|---|---|---|
| 08/14/08 | Travel from Ione to Sacramento | 0.5* |
| 08/15/08 | Observe Task Force meeting | 2.1 |
| 08/15/08 | Travel within Sacramento and from Sacramento to San Anselmo (time divided between this matter and *Valdivia*) | 1.3* |
| 08/16/08 | Email communication among parties re: policy and procedures and mentally ill parolees | 0.3 |
| 08/18/08 | Review commentary on policies and procedures; email communication w/C. Riveland | 0.4 |
| 08/20/08 | Review email communication re: public defender notice | 0.1 |
| 08/29/08 | Review interim procedures memo and related email communication | 0.25 |

Total………………………………………………………………………..

    10.55  X $200/hour = $ 2,110
     3.5   X $ 90/hour = $   315
                        $  2,425

* denotes travel time at lower rate

### Disbursements/Expenses for August 2008

| Date | Activity | Amount |
|---|---|---|
| 08/15/08 | Hotels for Ione visit and Sacramento meetings | 219.00 |
| 08/15/08 | Mileage and tolls between San Anselmo, Ione and Sacramento -- 210 miles at 58.5 cents per mile (split between this matter and *Valdivia*) | 130.85 |

08/15/08   Meals during meetings                                                                33.21


Total.....................................................................................$   383.06

**Total Fees and Expenses:   $2,808.06**