UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor, State of California, et al,

    Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of September, 2008. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

1

the amount of $4,483.68 in accordance with the attached statement; and

2. A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: October 2, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA


L.H. et al.,
    Plaintiffs,
        v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of September 1 through September 30, 2008.

Chase Riveland, Special Master
    Services                          $2,960.00
    Disbursements             $ 0.00

        Total amount due                     **$ 2,960.00**

Virginia Morrison, Deputy Special Master
    Services                          $1,394.00
    Disbursements             $ 129.68
        Total amount due                     **$1,523.68**

    TOTAL AMOUNT TO BE REIMBURSED      **$ 4,483.68**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                    October 2, 2008
Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO:      Ms. Susan Peterson, Financial Administrator

FROM:   /S/ Chase Riveland
Chase Riveland, Special Master, *L.H.*

Date:   October 2, 2008

RE:     Reimbursement for fees and disbursements expended during the period ending September 30, 2008.

Please send the check to the following individual for the amount indicated.

     Chase Riveland
     Valdivia Special Master
     5714 Deer Harbor Road
     Box 367
     Deer Harbor, WA   98243

                 Amount to be reimbursed: **$ 4,483.68**

*L.H. et al. v. Schwarzenegger et al.*        No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for September 2008**

| Date | Description | Hours |
|---|---|---|
| 9/2/08 | Review correspondence: Kendrick, Morrison, Renteria, Simone Telephone: Grunfield | 1.6 |
| 9/5/08 | Review correspondence: Grunfield, Brady, Draft comm. policy | 1.8 |
| 9/6/08 | Correspondence review: Morrison, Brady, Renteria, Grunfield | .8 |
| 9/9/08 | Review psych draft policy; conference call all parties | 1.9 |
| 9/10/08 | Review correspondence: Renteria, psych suspension policy | .9 |
| 9/12/08 | Consult w/Morrison; correspondence, Lang, Renteria, Simone | .6 |
| 9/15/08 | Review: Plaintiff response re: Revocation matrix, et al | .7 |
| 9/16/08 | Review Plaintiff notes re: Parole and Dual Commitment Policies, | |
| 9/22/08 | Review court L.H. Documents; Renteria, Lang | .9 |
| 9/24/08 | Review Defendants draft P and P's, correspondence: Renteria Review correspondence: Lang | 2.1 |
| 9/25/08 | Review: Parole P and P's; Morrison; Renteria | 1.2 |
| 9/29/08 | Review correspondence: Renteria (charge codes and matrix), Plaintiff response re: MIO P & P | .8 |
| 9/30/08 | Review correspondence: Brady, Lang, Grunfield; telephone: Morrison | .5 |
| | | 14.8 |

14.8 hrs. @ $200 = **$2,960**

**Expenses for September 2008**

**$ 0.0**

**Fees and expenses for Riveland: $2,960.00**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
Services rendered by Virginia Morrison
Tax #: 51-0433003

**Fees for September 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 09/02/08 | Telephone conference w/C. Riveland; conference w/M. Swanson; review parties' email communication | 0.25 |
| 09/05/08 | Telephone conference w/defendants | 0.1 |
| 09/09/08 | Travel between San Anselmo and Sacramento | 3.6* |
| 09/09/08 | Review documents; conference w/defendants; participate in meeting w/all parties | 4.4 |
| 09/12/08 | Conference w/C. Riveland; review parties' email communication | 0.3 |
| 09/23/08 | Telephone conference w/defendants | 0.1 |
| 09/24/08 | Telephone conference w/defendants | 0.2 |

Total............................................................................................

$$5.35 \times \$200/\text{hour} = \$ 1,070$$
$$3.6 \times \$ 90/\text{hour} = \$ 324$$
$$\$ 1,394$$

\* denotes travel time at lower rate

**Disbursements/Expenses for September 2008**

| Date | Activity | Amount |
|---|---|---|
| 09/09/08 | Mileage and tolls between San Anselmo and Sacramento -- 208 miles at 58.5 cents per mile | 129.68 |
| Total | | $ 129.68 |

**Total Fees and Expenses: $ 1,523.68**