1  BINGHAM McCUTCHEN LLP                ROSEN, BIEN & GALVAN, LLP
   GEOFFREY HOLTZ – 191370              MICHAEL W. BIEN – 096891
2  KRISTEN A. PALUMBO – 215857         GAY C. GRUNFELD – 121944
   BRIANA LYNN ROSENBAUM – 239977      MEGHAN R. LANG – 221156
3  Three Embarcadero Center            MARIA V. MORRIS – 223903
   San Francisco, California 94111-4067   SHIRLEY HUEY – 224114
4  Telephone:  (415) 393-2000          315 Montgomery Street, Tenth Floor
                                       San Francisco, California  94104
5                                      Telephone:  (415) 433-6830

6  PRISON LAW OFFICE                    YOUTH LAW CENTER
   DONALD SPECTER – 83925              SUSAN L. BURRELL – 074204
7  SARA NORMAN – 189536                CAROLE SHAUFFER – 100226
   1917 Fifth Street                   CORENE KENDRICK – 226642
8  Berkeley, California 94710-1916      200 Pine Street, 3rd Floor
   Telephone:  (510) 280-2621          San Francisco, CA  94104
9  Facsimile:    (510) 280-2704        Telephone:  (415)543-3379

10  Attorneys for Plaintiffs

11                  IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of      Case No. 2:06-CV-02042-LKK-GGH
    themselves and all other similarly situated juvenile
15  parolees in California,                                   **STIPULATION AND ORDER
                                                              MOVING HEARING DATE FOR
16          Plaintiffs,                                       PLAINTIFFS' MOTION FOR
                                                              ATTORNEYS' FEES AND
17          vs.                                               EXPENSES**

18  ARNOLD SCHWARZENEGGER, Governor, State of
    California,  JAMES E. TILTON, Secretary (A),
19  California Department of Corrections and Rehabilitation
    ("CDCR"); KINGSTON "BUD" PRUNTY,
20  Undersecretary, CDCR; BERNARD WARNER, Chief
    Deputy Secretary of the Division of Juvenile Justice;
21  JOE MONTES, Director, Division of Juvenile Parole;
    DENNIS DULAY, Acting Deputy Director of the
22  Division of Juvenile Parole Operations; JOHN
    MONDAY, Executive Director of the Board of Parole
23  Hearings ("BPH"); JAMES DAVIS, Chair of the BPH;
    JOYCE ARREDONDO, PAUL CHABOT, JOSEPH
24  COMPTON, SUSAN MELANSON, THOMAS
    MARTINEZ, ASKIA ABULMAJEED, and CHUCK
25  SUPPLE, Commissioners and Board Representatives,
    CDCR; DIVISION OF JUVENILE JUSTICE; BOARD
26  OF PAROLE HEARINGS; and the JUVENILE
    PAROLE BOARD,

27          Defendants.

28

PDF created with pdfFactory trial version www.pdffactory.com

1      WHEREAS, the Order Granting Stipulated Motion for Preliminary Approval of Class

2  Action Settlement and Scheduled Hearing on Final Settlement Approval of June 17, 2008

3  ("June 17 Order") set the hearing on Plaintiffs' Motion for Attorneys' Fees and Expenses for

4  December 5, 2008, and

5      WHEREAS, the Court is not hearing motions on that date, and

6      WHEREAS, the Court is hearing motions on December 8, 2008;

7      NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate

8  and agree that:

9      1.    The hearing on Plaintiffs' Motion for Attorneys' Fees and Expenses shall be

10  moved to December 8, 2008 at 10:00 a.m.

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION AND ORDER MOVING HEARING DATE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
AND EXPENSES -- CASE NO. 2:06-CV-02042-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1      2.      The filing and service dates for the motion, opposition, and reply pleadings shall

2  remain as set forth in the June 17 Order.

3  IT IS SO STIPULATED.

4

5  Dated:  October 3, 2008                    ROSEN, BIEN & GALVAN, LLP

6
                                            By:   /s/ Gay Crosthwait Grunfeld
7                                                 Gay Crosthwait Grunfeld
8                                                 Attorneys for Plaintiffs

9
   Dated:  October 3, 2008                    OFFICE OF THE ATTORNEY GENERAL
10                                           of the STATE OF CALIFORNIA

11
                                            By:   /s/ William C. Kwong
12                                                William C. Kwong
13                                                Deputy Attorney General
                                                  Attorneys for Defendants
14

15  IT IS SO ORDERED.

16

17  Dated:  October 6, 2008

18

19  LAWRENCE K. KARLTON
20  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
21

22

23

24

25

26

27

28

STIPULATION AND ORDER MOVING HEARING DATE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
AND EXPENSES -- CASE NO. 2:06-CV-02042-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com