ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN (SBN 096891)
GAY C. GRUNFELD (SBN 121944)
MEGHAN R. LANG (SBN 221156)
MARIA V. MORRIS (SBN 223903)
SHIRLEY HUEY (SBN 224114)
NURA MAZNAVI (SBN 232008)
315 Montgomery Street, Tenth Floor
San Francisco, California 94104
Telephone: (415) 433-6830

BINGHAM McCUTCHEN LLP
GEOFFREY T. HOLTZ (SBN 191370)
KRISTEN A. PALUMBO (SBN 215857)
BRIANA LYNN ROSENBAUM (SBN 239977)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000

YOUTH LAW CENTER
SUSAN L. BURRELL (SBN 074204)
CAROLE SHAUFFER (SBN 100226)
CORENE KENDRICK (SBN 226642)
200 Pine Street, 3rd Floor
San Francisco, CA 94104
Telephone: (415) 543-3379

PRISON LAW OFFICE
DONALD SPECTER (SBN 83925)
SARA NORMAN (SBN 189536 )
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

Attorneys for Plaintiffs

EDMUND G. BROWN JR.
DAVID S. CHANEY
ROCHELLE C. EAST
WILLIAM C. KWONG (SBN 168010)
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5724
Fax: (415) 703-5843
Email: William.Kwong@doj.ca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N. and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>        Plaintiffs,<br>   v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, MATTHEW L. CATE, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); DAVID RUNNELLS, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; CAROLINA GARCIA, Director, Division of Juvenile Parole;  DENNIS DULAY, Acting Deputy | Case No. 2:06-CV-02042-LKK-GGH<br><br>**ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT,**<br><br>**HEARING**<br><br>Date:     October 6, 2008<br>Time:     10:00 a.m.<br>Courtroom: 4<br>Judge:  The Honorable Lawrence K. Karlton |

Director of the Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, THOMAS MARTINEZ, ASKIA ABULMAJEED, and CHUCK SUPPLE, Commissioners and Board Representatives, CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,

Defendants.

Whereas, this Court has presided over the proceedings in the above-captioned action and has reviewed the pleadings, records, and papers on file herein;

Whereas, the parties have entered into a Stipulated Order for Permanent Injunctive Relief, which was lodged with the Court on June 13, 2008;

Whereas, the Court has reviewed the Stipulated Order for Permanent Injunctive Relief, and has heard from the parties with respect to the proposed settlement of this action;

Whereas, the Court has previously found that the proposed settlement falls within the range of possible approval and is sufficiently fair to warrant dissemination of notice to the proposed class members apprising them of the settlement;

Whereas, the Court has determined that adequate notice has been provided to the class members regarding the proposed settlement; and

Whereas, the Court has conducted a hearing with respect to the fairness and adequacy of the proposed settlement, and good cause appearing therefore, now finds and orders as follows:

**FINDINGS**

1. The proposed settlement adequately addresses the needs and rights of class members, improving certain due process protections in the juvenile parole revocation process including the right to counsel in parole revocation and parole extension proceedings, significant adjustments to the nature and timing of parole revocation proceedings in favor of the class, limitations on the period of confinement after a parole revocation, accommodations under the

Americans with Disabilities Act, effective communication in parole proceedings, and the right to appeal with the assistance of counsel.

2.   The proposed settlement was entered into after discovery was largely complete and certain dispositive motions had been ruled on by this Court.

3.   The proposed settlement was the product of arm's-length, serious, informed and non-collusive negotiations between experienced and knowledgeable counsel who have actively prosecuted and defended this litigation.

4.   Class counsel have extensive experience in prisoner, parolee, and juvenile class action litigation and believe that the settlement is in the best interest of the class.

5.   Plaintiffs' claims are strong, but would have put class members' interests at risk by prolonging the litigation and exposing them to the uncertainties of further litigation.

6.   No class member objected to the proposed settlement and, in fact, several class members wrote this Court in support of the settlement.

7.   Accordingly, the Court finds that the proposed settlement is fair, adequate and reasonable.

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED:

8.   The Stipulated Order for Permanent Injunctive Relief is granted final approval and incorporated herein by this reference, and has the full force and effect of an order of the Court.  Pursuant to the terms of the Stipulated Order for Permanent Injunctive Relief, this Court shall retain jurisdiction to enforce the terms of the Injunction and shall have the power to enforce the terms of the Injunction through specific performance and all other remedies permitted by law or equity.

IT IS SO ORDERED.

DATED:  October 7, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com