UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                            O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
                               /

    The court is in receipt of the defendants' request for an extension of time to oppose plaintiffs' motion for attorneys' fees and plaintiffs' response thereto, which includes a request for interim fees and the establishment of a periodic fees process. The court held a telephonic conference on the matter on November 12, 2008 at which counsel for plaintiffs and defendants appeared. Accordingly, the court orders as follows:

    1.   Good cause appearing, the court CONTINUES the hearing

1

```
 1              for plaintiffs' motion for attorneys' fees to February
 2              9, 2009. Defendants' opposition SHALL be filed and
 3              served not later than January 9, 2009. Plaintiffs'
 4              reply, if any, SHALL be filed and served not later than
 5              January 30, 2009.
 6         2.   In the interim, plaintiffs are AWARDED interim costs in
 7              the amount of $349,034.12 and fees in the amount of
 8              $200,000. Defendants SHALL pay this total amount to
 9              plaintiffs not later than thirty days from the date of
10              this order.
11         3.   This order in no way represents a ruling on the merits
12              of the plaintiffs' motion for attorneys fees and costs
13              and shall not prejudice defendants in their opposition
14              to plaintiffs' motion, including whether this interim
15              award constitutes an overpayment to plaintiffs. In the
16              event that the final award to plaintiffs exceeds this
17              interim award, the final award will be reduced by the
18              amount of the interim award. In the event that the
19              interim award is greater than the final award,
20              plaintiffs shall be prepared to return the overpayment
21              to the defendants rather than issuing a credit.
22         IT IS SO ORDERED.
23         DATED: November 14, 2008.
```

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2