UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

       Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

       Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of November, 2008.  Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Chase Riveland
    L.H. Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

1

1  the amount of $8,878.74 in accordance with the attached statement;
2  and
3      2.  A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED:  December 1, 2008.
7
8                                  LAWRENCE K. KARLTON
                                   SENIOR JUDGE
9                                  UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
    Plaintiffs,
    v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of November 1 through November 30, 2008.

Chase Riveland, Special Master
|  |  |  |
|---|---|---|
| Services | $ 3,700.00 | |
| Disbursements | $ -0- | |
| Total amount due | | **$ 3,700.00** |

Virginia Morrison, Deputy Special Master
|  |  |  |
|---|---|---|
| Services | $ 5,000.50 | |
| Disbursements | $ 178.24 | |
| Total amount due | | **$ 5,178.74** |

    TOTAL AMOUNT TO BE REIMBURSED    **$ 8,878.74**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                         December 1, 2008
Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO:      Ms. Susan Peterson, Financial Administrator

FROM:    /S/ Chase Riveland
Chase Riveland, Special Master, *L.H.*

Date:    December 1, 2008

RE:     Reimbursement for fees and disbursements expended during the period ending November 30, 2008.

Please send the check to the following individual for the amount indicated.

    Chase Riveland
    L.H. Special Master
    5714 Deer Harbor Road
    Box 367
    Deer Harbor, WA   98243

                    Amount to be reimbursed: **$ 8,878.74**

*L.H. et al. v. Schwarzenegger et al.*          No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

## Fees for November 2008

| Date | Description | Hours |
|---|---|---|
| 11/4/08 | Correspondence: Brady, Morrison; review Plaintiffs letter re: exit interviews | .5 |
| 11/5/08 | Review defendant filed policies and procedures; telephone: Morrison, Kwong | .6 |
| 11/6/08 | Telephone: Brady, Morrison; correspondence: Grunfeld | .8 |
| 11/7/08 | Review court filings | .4 |
| 11/10/08 | Telephone: Judge Karlton, review materials and court filing | 1.2 |
| 11/13/08 | Telephone: Morrison | .3 |
| 11/14/08 | Review Defendant and Plaintiff responses to draft OSM 1st report; Correspondence: Morrison, Grunfeld, Renteria, Brady, Hoffmann | 2.6 |
| 11/15/08 | Review Plaintiff "Dispute Letter"; review Plaintiff and Defendant responses to OSM draft report; telephone conference w/Morrison regarding OSM report; review new draft of OSM report | 3.9 |
| 11/18/08 | Conference call w/Plaintiffs and Morrison; call w/Morrison | 1.4 |
| 11/19/08 | Correspondence: Morrison, Brady, Mania, Lang, Renteria, Riley | .5 |
| 11/21/08 | Conference call w/Defendants; telephone w/Morrison; correspondence: Brady, Renteria; review: CalPAP statistics | 2.9 |
| 11/22/08 | Review: Plaintiffs response to Attorney negotiations; correspondence: Morrison | |
| 11/25/08 | Correspondence: Brady, Renteria, Morrison; finalize 1st SM Report and forward to Court | 3.9 |
| | | 18.5 |

18.5 hrs. X $200/hr. = $ 3,700.00

**Expenses for November 2008**

No expenses in November

Fees and Expenses for November: **$ 3,700**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:  51-0433003**

**Fees for November 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 11/05/08 | Telephone call and email communication w/defendants; review court filing | 0.25 |
| 11/06/08 | Email communication w/defendants; review court filing and plaintiffs' commentary on policies; telephone conferences w/C. Riveland and defendants | 0.8 |
| 11/07/08 | Review documents | 0.6 |
| 11/13/08 | Telephone conferences w/C. Riveland and defendants; review comments on OSM report; review and analyze documents; draft proposed revisions; email communication w/parties | 4.3 |
| 11/14/08 | Telephone conference w/defendants; revise OSM report; review summary of disputed policies | 0.7 |
| 11/15/08 | Telephone conference w/C. Riveland; revise OSM report | 1.8 |
| 11/17/08 | Review monthly data | 0.1 |
| 11/18/08 | Telephone conferences w/C. Riveland and plaintiffs; email communication w/defendants | 1.5 |
| 11/19/08 | Email communication w/parties | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 11/21/08 | Round-trip travel between San Anselmo and Sacramento [divided between this and another matter] | 2.25* |
| 11/21/08 | Conference w/defendants and OSM re: OSM report and implementation timeline; email communication w/plaintiffs | 1.8 |
| 11/22/08 | Review and analyze documents; revise OSM report; email communication w/parties | 4.0 |
| 11/23/08 | Review and analyze documents; revise OSM report | 1.5 |
| 11/24/08 | Travel to Stockton to observe trainings | 4.2* |
| 11/24/08 | Observe trainings; telephone conference w/defendants | 3.25 |
| 11/25/08 | Email communication w/parties; review March 2008 ADA policies | 0.5 |
| 11/26/08 | Email communication w/defendants | 0.1 |
| 11/29/08 | Email and telephone communication w/defendants and OSM | 0.7 |

Total………………………………………………………………………………..

$$22.1 \times \$200/\text{hour} = \$\ 4{,}420.00$$
$$6.45 \times \$\ 90/\text{hour} = \$\ \ \ 580.50$$
$$\mathbf{\$\ \ 5{,}000.50}$$

* denotes travel time at lower rate

## Disbursements/Expenses for November 2008

| Date | Activity | Amount |
|---|---|---|
| 11/21/08 | Mileage and tolls in round-trip between San Anselmo and Sacramento (190 miles at 58.5 cents per mile) (allocated between two matters) | 59.58 |
| 11/24/08 | Mileage and tolls – round-trip between San Anselmo and Stockton (198 miles @ 58.5 cents per mile) | 118.66 |

Total……………………………………………………...………………….……$ 178.24

**Total Fees and Expenses: $ 5,178.74**