UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor, State of California, et al,

    Defendants.

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of December, 2008. Good cause appearing, it is ORDERED that:

1. The Clerk is directed to pay to:

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

1

1 the amount of $24,385.64 in accordance with the attached statement;
2 and
3      2.   A copy of this order shall be served on the financial
4 department of this court.
5      IT IS SO ORDERED.
6      DATED:   January 5, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
    Plaintiffs,
      v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of December 1 through December 31, 2008.

Chase Riveland, Special Master
    Services                      $10,820.00
    Disbursements          $ 2,501.55

        Total amount due                  **$ 13,326.55**

Virginia Morrison, Deputy Special Master
    Services                      $10,435.00
    Disbursements          $   624.09
        Total amount due                  **$ 11,059.09**

    TOTAL AMOUNT TO BE REIMBURSED      **$ 24,385.64**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                      January 4, 2008
Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

FROM:   /S/ Chase Riveland
        Chase Riveland, Special Master, *L.H.*

Date:   January 4, 2008

RE:     Reimbursement for fees and disbursements expended during the period ending December 31, 2008.

Please send the check to the following individual for the amount indicated.

> Chase Riveland
> L.H. Special Master
> 5714 Deer Harbor Road
> Box 367
> Deer Harbor, WA  98243

                              Amount to be reimbursed: $ **24,385.64**

*L.H. et al. v. Schwarzenegger et al.*           **No. CIV S-06-2042 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

### Fees for December 2008

| Date | Description | Hours |
|---|---|---|
| 12/2/08 | Review Plaintiff Powerpoints, Correspondence: Court filings, correspondence Renteria | 1.1 |
| 12/3/08 | review correspondence: Kendrick, Renteria | .2 |
| 12/4/08 | review correspondence: Brady, Morrison, Grunfeld | .2 |
| 12/5/08 | review correspondence: Kendrick, Renteria, Grunfeld | .3 |
| 12/6/08 | Telephone: Morrison | .4 |
| 12/8/08 | Telephone: Brady, Grunfeld, Morrison; correspondence: Morrison, Grunfeld, Brady; correspondence review: Prewitt; Review materials from Plaintiffs re; dispute requests and filings | 2.9 |
| 12/9/08 | Correspondence review: Grunfeld, Huey, Morrison | .6 |
| 12/10/08 | Review materials for meet and confer | 1.9 |
| 12/11/08 | Travel: Deer Harbor to San Francisco | 7.5 * |
| 12/12/08 | Meet w/ Morrison; meet w/all parties; meet w/ Morrison; review document production agreements | 9.5 |
| 12/13/08 | Travel: San Francisco to Deer Harbor | 7.5 * |
| 12/15/08 | Review materials/correspondence: Roudebush/Eng, Renteria (Fearful witness procedure), Brady, Morrison; telephone: Warner, Grunfeld | 1.8 |
| 12/17/08 | Telephone: Warner, Grunfeld, Morrison; review materials/ correspondence: Brady, Eng | .7 |
| 12/18/08 | Telephone: Brady, Morrison; review correspondence: Eng, Morrison (Farrell MH reports) | .5 |
| 12/19/08 | Telephone: Brady, Morrison; review materials/correspondence: | |

|          | Morrison, Brady, Grunfeld | .9 |
| -------- | ------------------------- | --- |
| 12/21/08 | Telephone: Morrison, Brady, Michael K. | .5 |
| 12/22/08 | Review correspondence: Grunfeld, Eng, Renteria, Simone | .4 |
| 12/23/08 | Telephone conference: Bien, Grunfeld, Brady | .4 |
| 12/24/08 | Telephone: Bien, Brady; correspondence: Morrison | .7 |
| 12/27/08 | Review materials in preparation for meet and confer | 1.9 |
| 12/28/08 | Travel: Deer Harbor to San Francisco | 7.5 * |
| 12/29/08 | Meet w/ Morrison; meet w/all parties; review correspondence | 8.4 |
| 12/30/08 | Review correspondence; meet w/ all parties; review correspondence | 5.9 |
| 12/31/08 | Travel: San Francisco to Deer Harbor | 7.5 * |
| 12/31/08 | Review correspondence: Brady, Morrison, Grunfeld, Renteria | <u>1.4</u><br>40.6<br>30.0 * |

$$40.6 \text{ hrs.} \times \$200/\text{hr.} = \$ 8,120.00$$
$$30.0 \text{ hrs} \times \$ 90/\text{hr.} = \underline{\$ 2,700.00}$$
$$\$10,820.00$$

### Expenses for December 2008

| 12/11/08 | Roundtrip seaplane: Deer harbor/Seattle/Deer Harbor | 217.00 |
| -------- | --------------------------------------------------- | ------ |
| 12/11/08 | Roundtrip airfare: Seattle/San Francisco/Seattle | 364.00 |
| 12/11/08 | Taxi: SF airport to hotel | 42.00 |

| | | |
|---|---|---|
| 12/11/08 | lunch and dinner | 38.98 |
| 12/12/08 | Taxi: Hotel to RBG office | 13.00 |
| 12/12/08 | breakfast and dinner | 36.84 |
| 12/12/08 | Taxi: RBG office to hotel | 13.00 |
| 12/13/08 | Hotel (2 nights) | 257.85 |
| 12/13/08 | Taxi: Hotel to SF airport | 44.00 |
| 12/13/08 | Taxi: Seattle airport to Lake Union | 42.00 |
| 12/13/08 | breakfast and lunch | 27.66 |
| 12/28/08 | Roundtrip seaplane: Deer Harbor Seattle and return | 217.00 |
| 12/28/08 | Taxi: Seaplane site to Seattle airport | 42.00 |
| 12/28/08 | Roundtrip air: Seattle San Francisco and return | 392.00 |
| 12/28/08 | Lunch and dinner | 46.44 |
| 12/28/08 | Taxi: SF airport to hotel | 44.00 |
| 12/29/08 | Breakfast and dinner | 38.24 |
| 12/30/08 | Breakfast and dinner | 39.27 |
| 12/31/08 | Hotel: 3 nights | 473.78 |
| 12/31/08 | Taxi: Hotel to SF airport | 44.00 |
| 12/31/08 | Taxi: Seattle airport to seaplane site | 42.00 |
| 12/31/08 | Breakfast and lunch | <u>26.49</u> |
| | | $ 2,501.55 |

Fees and Expenses for November: $ 2,501.55 + $10, 820.00 = **$ 13,321.55**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for December 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 12/2/08 | Telephone and email communication w/defendants | 0.25 |
| 12/3/08 | Conferences w/parties | 0.2 |
| 12/3/08 | Travel from San Anselmo to Jackson for site visit | 2.7 * |
| 12/4/08 | Observe hearings and exit interview at Preston; telephone conference w/defendants | 4.4 |
| 12/4/08 | Travel between Jackson, Ione, and San Anselmo | 3.3 * |
| 12/5/08 | Observe task force by telephone; telephone and email communication w/parties concerning mentally ill parolees | 2.2 |
| 12/6/08 | Telephone conference w/C. Riveland | 0.25 |
| 12/9/08 | Review email communication | 0.2 |
| 12/10/08 | Telephone conference w/C. Riveland and parties; review documents | 2.6 |
| 12/11/08 | Review materials concerning disputed items; email communication w/defendants | 2.5 |
| 12/12/08 | Travel between San Anselmo and San Francisco | 2.2 * |

| Date | Description | Hours |
|---|---|---|
| 12/12/08 | Conference w/C. Riveland; conduct all-parties' meeting re: disputed items and document production | 8.7 |
| 12/15/08 | Email communication w/parties and review documents | 0.8 |
| 12/18/08 | Review documents concerning parolees in custody one year or more and fearful witnesses; telephone and email communication w/defendants re: mental health services and timeframes | 3.0 |
| 12/20/08 | Email communication w/OSM and defendants | 0.2 |
| 12/21/08 | Travel from San Anselmo to Sacramento | 1.7 * |
| 12/21/08 | Telephone conference w/defendants and C. Riveland | 0.3 |
| 12/22/08 | Participate in meetings concerning JSTS; telephone conference w/defendants | 5.5 |
| 12/22/08 | Travel from Sacramento to San Anselmo | 1.8 * |
| 12/23/08 | Review parties' email communication | 0.2 |
| 12/24/08 | Review parties' email communication; telephone conference w/C. Riveland | 0.3 |
| 12/28/08 | Review Plaintiffs' recent letters | 0.4 |
| 12/29/08 | Travel between San Anselmo and San Francisco for meetings | 2.0 * |
| 12/29/08 | Conferences w/C. Riveland; participate in parties' meeting concerning disputed items and policy negotiations; review parties' email communication | 8.7 |

| Date | Activity | |
|---|---|---|
| 12/30/08 | Travel between San Anselmo and San Francisco for meetings | 1.8 * |
| 12/30/08 | Participate in parties' meeting concerning disputed items and policy negotiations | 4.5 |

Total..............................................................................................

```
        45.2   X $200/hour = $ 9,040
        15.5   X $ 90/hour = $ 1,395
                              $ 10,435
```

* denotes travel time at lower rate

## Disbursements/Expenses for December 2008

| Date | Activity | Amount |
|---|---|---|
| 12/4/08 | Mileage and tolls between San Anselmo, Jackson and Ione (273 miles at 58.5 cents per mile) | 164.71 |
| 12/4/08 | Hotel for Preston visit | 72.50 |
| 12/4/08 | Meal during Preston visit | 9.65 |
| 12/12/08 | Parking for San Francisco meetings | 31.00 |
| 12/12/08 | Mileage and tolls for round-trip between San Anselmo and San Francisco (40 miles at 58.5 cents per mile) | 29.40 |
| 12/21/08 | Conference call | 4.48 |
| 12/22/08 | Hotel for Sacramento meetings | 95.40 |

| Date | Description | Amount |
|---|---|---|
| 12/22/08 | Mileage and tolls for round-trip between San Anselmo and Sacramento (190 miles at 58.5 cents per mile) | 116.15 |
| 12/29/08 | Parking for San Francisco meetings | 21.00 |
| 12/29/08 | Mileage and tolls for round-trip between San Anselmo and San Francisco (40 miles at 58.5 cents per mile) | 29.40 |
| 12/30/08 | Parking for San Francisco meetings | 21.00 |
| 12/30/08 | Mileage and tolls for round-trip between San Anselmo and San Francisco (40 miles at 58.5 cents per mile) | 29.40 |

Total..............................................................................................$  624.09

**Total Fees and Expenses:  $ 11,059.09**