1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  L.H., A.Z., D.K., and D.R.,
    on behalf of themselves and
11  all other similarly
    situated juvenile parolees
12  in California,
                                    NO. CIV. S-06-2042 LKK/GGH
13          Plaintiffs,

14      v.                                  O R D E R

15  ARNOLD SCHWARZENEGGER,
    Governor, State of
16  California, et al,

17          Defendants.
    _____/

18

19      Pursuant to the court's May 22, 2008 Order of Reference, the

20  Special Master has submitted for payment a bill for services

21  provided through the month of January, 2009.  Good cause appearing,

22  it is ORDERED that:

23      1.  The Clerk is directed to pay to:

24      Chase Riveland
        L.H. Special Master
25      5714 Deer Harbor Road, Box 367
        Deer Harbor, WA  98243

26

1

1 | the amount of $18,280.52 in accordance with the attached statement;
2 | and
3 |     2.   A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: February 4, 2009.
7 |
8 |                   LAWRENCE K. KARLTON
                  SENIOR JUDGE
9 |                   UNITED STATES DISTRICT COURT

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
      Plaintiffs,
          v.

                        No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
      Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of January 1 through January 31, 2009.

Chase Riveland, Special Master
| | | |
|---|---|---|
| Services | $ 6,150.00 | |
| Disbursements | $ 1,075.52 | |
| Total amount due | | **$ 7,225.52** |

Virginia Morrison, Deputy Special Master
| | | |
|---|---|---|
| Services | $ 9,944.00 | |
| Disbursements | $ 1,111.00 | |
| Total amount due | | **$ 11,055.00** |

    TOTAL AMOUNT TO BE REIMBURSED    **$ 18,280.52**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

Chase Riveland                      February 1, 2009
Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO:          Ms. Susan Peterson, Financial Administrator


             /S/ *Chase Riveland*

FROM:        Chase Riveland, Special Master, *L.H.*

Date:        February 1, 2009

RE:          Reimbursement for fees and disbursements expended during the period
             ending January 31, 2009.


Please send the check to the following individual for the amount indicated.


             Chase Riveland
             L.H. Special Master
             5714 Deer Harbor Road
             Box 367
             Deer Harbor, WA   98243

                        Amount to be reimbursed: **$18,280.52**

*L.H. et al. v. Schwarzenegger et al.*          **No. CIV S-06-2042 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

**<u>Fees for January 2009</u>**

| | | |
|---|---|---|
| 1/2/09 | Telephone: Morrison; Review: Eng, Grunfeld, Hoffmann; draft protective order | .7 |
| 1/5/09 | Review Farrell SM reports and Mental Health experts reports; review/ correspondence: Renetria, Hoover, Kendrick, Huey, Morrison | 2.2 |
| 1/7/09 | Review materials for meet and confer; correspondence/review: Grunfeld, Brady, Eng, Renteria; telephone: Morrison | 1.3 |
| 1/8/09 | Travel: Deer Harbor to Sacramento | 7.5 * |
| 1/9/09 | Meet w/ Morrison, meet and confer: All parties; correspondence review; meet w/Judge | 6.7 |
| 1/10/09 | Travel: Sacramento to Deer Harbor | 7.5 * |
| 1/10/09 | Review correspondence: Huey, Renteria, Brady, Prewitt; exit interview schedule | .9 |
| 1/12/09 | Review correspondence: Renteria, Morrison, Brady, Huey, Eng; review redlined materials | .8 |
| 1/14/09 | Review materials/correspondence: Mania, Morrison, Eng, Renteria, Richardson, Brady, Michael K. | 1.3 |
| 1/15/09 | Review documents in document production, CalPAP statistics for December 2008; correspondence: Prewitt, Brady, Renteria, Grunfeld | 2.8 |
| 1/16/09 | Review Powerpoints, correspondence: Eng, Renteria, Simone | .8 |
| 1/20/09 | Telephone: Renteria and Tebrock, Morrison; review correspondence: Morrison, Renteria, Brady, Prewitt | 1.1 |
| 1/21/09 | Review correspondence: Morrison, Brady; telephone: Brady Morrison | .5 |

| 1/22/09 | Telephone: Brady and Morrison; review correspondence/materials: Hoffman, Eng, Renteria, | 1.4 |
| 1/23/09 | Review correspondence materials: power point training materials, Renteria, Eng, Brady, Morrison | 1.1 |
| 1/27/09 | Review correspondence: Morrison, Prewitt | .5 |
| 1/28/09 | Telephone: Morrison; review: Hoffman, Lang, Renteria, Brady Eng, | .9 |
| 1/29/09 | Telephone: Grunfeld ; correspondence: Eng, Brady, Morrison, Renteria, | <u>1.0</u><br>24.0<br>15.0* |

24 hrs. X $200/hr. = $ 4,800.00
*15.0 hrs X $ 90/hr. = <u>$ 1,350 .00</u>
$6,150.00

**Expenses for November 2008**

| 1/8/09 | Roundtrip seaplane: Deer harbor/Seattle/Deer Harbor | 217.00 |
| 1/8/09 | Roundtrip airfare: Seattle/Sacramento/Seattle | 364.00 |
| 1/8/09 | Shuttle to airport | 10.00 |
| 1/8/09 | lunch and dinner | 38.98 |
| 1/9/09 | breakfast, lunch and dinner | 36.84 |
| 1/10/09 | Hotel (2 nights) including parking | 257.85 |

| | | |
|---|---|---|
| 1/10/09 | Taxi: Seattle airport to Lake Union | 42.00 |
| 1/10/09 | Rental car: 2 ½ days | 81.19 |
| 1/9/09 | breakfast and lunch | 27.66 |
| | | $1,075.52 |

Fees and Expenses for November: $1,075.52  + $6,150.00 = **$ 7,225.52**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:  51-0433003**

**Fees for January 2009**

| Date | Activity | Time/Hours |
|------|----------|------------|
| 01/02/09 | Telephone conferences w/defendants, D. Brorby, and C. Riveland re: mentally ill parolees, protective order, upcoming meetings; email communication w/parties and OSMs and review documents re: same and ADA identification | 4.0 |
| 01/05/09 | Attend JPB training; email communication w/parties; telephone conference w/C. Riveland | 6.8 |
| 01/05/09 | Travel from San Anselmo to Sacramento and within Sacramento | 2.0* |
| 01/06/09 | Travel within Sacramento and from Sacramento to San Anselmo | 2.1* |
| 01/06/09 | Attend JPB training | 7.75 |
| 01/07/09 | Travel from San Anselmo to Los Angeles | 5.0* |
| 01/08/09 | Monitor LACJ; review parties' email communication | 4.6 |
| 01/08/09 | Travel from Los Angeles to Sacramento | 6.7* |
| 01/09/09 | Conference with parties concerning ADA file reviews; meeting with C. Riveland and Judge Karlton; review parties' email communication | 5.5 |
| 01/09/09 | Travel from Sacramento to San Anselmo | 1.8* |

| Date | Description | Hours |
|---|---|---|
| 01/11/09 | Review email communication and documents | 1.0 |
| 01/12/09 | Email communication w/C. Riveland and D. Brorby; telephone conferences w/defendants | 0.3 |
| 01/13/09 | Email communication w/parties; telephone conference w/C. Riveland; review documents | 0.25 |
| 01/14/09 | Email communication w/parties; review and make notes concerning forms | 1.1 |
| 01/15/09 | Review email communication and documents concerning ADA reviews and mentally ill parolees; plan for monitoring; email communication w/parties re: same | 0.9 |
| 01/19/09 | Review material concerning mentally ill parolees, email communication and documents | 1.0 |
| 01/20/09 | Review email communication and documents for information and to plan monitoring; telephone conference w/C. Riveland re: monitoring and upcoming meetings; email and telephone communication re: same | 0.7 |
| 01/21/09 | Observe proceedings at San Francisco County Jail; telephone conference w/C. Riveland; review parties' email communication | 3.25 |
| 01/21/09 | Travel between San Anselmo and San Francisco | 2.0* |
| 01/22/09 | Travel to from San Anselmo to Oakland for proceedings | 1.0* |
| 01/22/09 | Observe proceedings at Oakland parole unit; telephone conference w/defendants | 2.2 |
| 01/23/09 | Review parties' email communication, documents and training material | 1.0 |

| | | |
|---|---|---|
| 01/26/09 | Email communication w/C. Riveland; review materials for monitoring | 0.1 |

Total……………………………………………………………………………..

$$40.45 \times \$200/hour = \$ 8,090$$
$$20.6 \ \times \$ 90/hour = \$ 1,854$$
$$\$ 9,944$$

\* denotes travel time at lower rate

## Disbursements/Expenses for January 2009

| Date | Activity | |
|---|---|---|
| **Amount** | | |
| 1/5/09 | Meals during travel for JPB training (no receipt for class lunch) | 39.35 |
| 1/5/09 | Hotel during travel for JPB training | 139.00 |
| 1/6/09 | Mileage and tolls for round-trip between San Anselmo and Sacramento (208 miles at 55 cents per mile) | 118.40 |
| 1/8/09 | Hotel and parking for LACJ visit | 164.76 |
| 1/8/09 | Rental car for LACJ visit | 25.72 |
| 1/8/09 | Airfare for LACJ visit | 214.20 |
| 1/8/09 | Airport parking for LACJ visit | 14.03 |
| 1/8/09 | Meals during LACJ visit | 19.77 |
| 1/8/09 | Mileage and tolls for round-trip between San Anselmo and SFO (64 miles at 55 cents per mile) | 40.20 |

| | | |
|---|---|---:|
| 1/8/09 | Meal during Sacramento travel | 25.50 |
| 1/8/09 | Hotel during Sacramento travel | 139.00 |
| 1/9/09 | Mileage and tolls for round-trip between San Anselmo and Sacramento and within Sacramento (200 miles at 55 cents per mile) | 114.00 |
| 1/21/09 | Mileage and tolls for round-trip between San Anselmo and San Francisco (46 miles at 55 cents per mile) | 30.30 |
| 01/22/09 | Mileage from San Anselmo to Oakland (32 miles at 55 cents per mile) | 17.60 |
| 1/31/09 | Conference calls  (1/21, 1/22) | 9.17 |

Total..................................................................................$     **1,111.00**


**Total Fees and Expenses:   $ 11,055**