BINGHAM McCUTCHEN LLP
GEOFFREY HOLTZ – 191370
KRISTEN A. PALUMBO – 215857
BRIANA LYNN ROSENBAUM – 239977
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
MEGHAN R. LANG – 221156
ANNE MANIA – 218766
SHIRLEY HUEY – 224114
ELIZABETH H. ENG – 239265
315 Montgomery Street, Tenth Floor
San Francisco, California 94104
Telephone: (415) 433-6830

PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

YOUTH LAW CENTER
SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
CORENE KENDRICK – 226642
200 Pine Street, 3rd Floor
San Francisco, California 94104
Telephone: (415) 543-3379

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>　　　　　Defendants.[1] | Case No. 2:06-CV-02042-LKK-GGH<br><br>**STIPULATION AND ORDER REGARDING FINAL NOTICE TO PLAINTIFF CLASS** |

---

[1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant to Fed. R. Civ. P. 25.

PDF created with pdfFactory trial version www.pdffactory.com

THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AS FOLLOWS:

1. On June 16, 2008, this Court granted the parties' joint motion for preliminary approval of the settlement and Stipulated Order for Permanent Injunctive Relief in this matter. Pursuant to that order, the defendants caused notice of the terms of the proposed settlement, with instructions on how class members could comment or object to the settlement, to be placed at various parole offices and corrections facilities. On October 7, 2008, this Court entered an Order granting the parties' joint motion for final approval of the settlement and Stipulated Order for Permanent Injunctive Relief. With the order granting final approval of the settlement having been entered, the parties agree and stipulate that a revised notice reflecting the finality of the settlement should replace the preliminary notice that had been posted. The parties thus hereby submit this Stipulation and Proposed Order Regarding Final Notice to Plaintiff Class.

2. The parties have agreed to the form of final notice to the Plaintiff Class ("Notice"), and a short form and long form of the Notice are attached hereto as Exhibits A and B, respectively.

3. Within 30 days of entry of this Stipulation and Order, or as soon thereafter as practicable, the Notice shall be disseminated to the Class, substantially in the forms attached hereto, by the following means:

   (1) For California juvenile parolees who are in the community under Parole supervision (all California juvenile parolees who are not in custody), a written notice shall be posted in all parole field offices. Copies of the Stipulated Order for Permanent Injunctive Relief, and large print and audio copies of the written notice shall be available in all parole field offices.

   (2) For members of the class who are California juvenile parolees in custody as alleged parole violators, the written notice shall be (a) posted in all California Division of Juvenile Justice facilities, reception centers and camps, and all California prisons and reception centers, in such a manner as to make the notice visible to all parolees in custody; (b) sent to all county jails, and other facilities where juvenile parolees are held that are not under the direct control of Defendants with instructions to post the written notice in such a manner as to make the notice visible to all parolees in custody; (c) posted in each room where revocation serves and hearings take place; and (d) served on parolees who are being served with revocation charges and/or screening offers for a period of one year from the date this Order is entered as part of their revocation documents. Copies of the Stipulated Order for Permanent Injunctive Relief, and large print and audio copies

PDF created with pdfFactory trial version www.pdffactory.com

of the written notice, shall be made available in each facility, in locations such as prison libraries, where Defendants require parolees to be held.

(3) For members of the class who are California juvenile parolees in custody, having been found in violation of parole and returned to custody, the written notice shall be (a) posted in all California Division of Juvenile Justice facilities, reception centers, prisons, and camps, in such a manner as to make the notice visible to all parolees in custody; and (b) sent to all community group homes, county jails, or other facilities where juvenile parolees are held that are not under the direct control of Defendants with instructions to post the written notice in such a manner as to make the notice visible to all parolees in custody.  Copies of the Stipulated Order for Permanent Injunctive Relief, and large print and audio copies of the written notice, shall be made available in each facility, in locations such as prison libraries, where Defendants require parolees to be held.

(4) The Notice and the Stipulated Order for Permanent Injunctive Relief shall be posted on the DJJ web site and made available for public review and downloading.

4. Wherever the short and long written Notice are posted or available in English, they shall also be made available in Spanish.

5. The expense of giving notice to the class members shall be paid by the Defendants. Dissemination of the Notice as provided above is hereby authorized and approved, and satisfies the notice requirement of Rule 23, Federal Rules of Civil Procedure, the Constitution of the United States, due process, and any other applicable rule(s) of this Court.

6. No later than 35 days after entry of this Order by the Court, Defendants shall file and serve on Plaintiffs' counsel an affidavit affirming that they published the Notice as required in this Order.

7. Having agreed to a form of notice to the Plaintiff Class and the method of its publication, the undersigned parties respectfully request that this Court enter the above agreement as an Order.

**IT IS SO STIPLUATED.**

DATED:  February 6, 2009            ROSEN, BIEN & GALVAN, LLP

By: /s/ Gay Crosthwait Grunfeld
Gay Crosthwait Grunfeld
Attorneys for Plaintiffs

2

PDF created with pdfFactory trial version www.pdffactory.com

DATED: February 6, 2009        BINGHAM MCCUTCHEN, LLP

                               By: /s/ Geoffrey T. Holtz
                                   Geoffrey T. Holtz
                                   Attorneys for Plaintiffs

DATED: February 6, 2009        YOUTH LAW CENTER

                               By: /s/ Susan Burrell
                                   Susan Burrell
                                   Attorneys for Plaintiffs

DATED: February 6, 2009        HANSEN BRIDGETT, LLP

                               By: /s/ Paul Mello
                                   Paul Mello
                                   Attorneys for Defendants

## [PROPOSED] ORDER

Good cause appearing, the Notice to Plaintiff Class attached hereto as Exhibits A and B shall be published in the manner described above, and Defendants shall file and serve an affidavit affirming that they published the Notice as required in this Order by no later than 30 days after entry of this Order.

**IT IS SO ORDERED.**

DATED: February 9, 2009

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

STIPULATION AND [PROPOSED] ORDER REGARDING FINAL NOTICE TO PLAINTIFF CLASS -
CASE NO. 2:06-CV-02042-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com