UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                        O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
                              /

    On February 9, 2009, the court heard argument on plaintiffs' pending motion for attorneys' fees and costs. As expressed at the time, the court requires additional briefing to resolve the question of whether it may order a percentage reduction of the fees sought, in accordance with the Circuit court's ruling in <u>Gates v. Deukmeijian</u>, 987 F.2d 1392, 1405 (9th Cir. 1992). Plaintiffs are hereby ORDERED to submit supplemental briefing on this question not later than ten days from the date of the hearing. Defendants are

1

1  ORDERED to submit a response, if any, not later than five days
2  thereafter. The supplemental briefs shall not exceed ten pages in
3  length.
4      IT IS SO ORDERED.
5      DATED: February 12, 2009.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2