UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                                   O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
_____/

    The court is in receipt of defendants' request to continue the hearing date for plaintiffs' motion to monitor defendants' compliance with the permanent injunction, as well as plaintiffs' response and defendants' objection thereto. Due to the court's scheduling exigencies, the hearing on plaintiffs' motion is CONTINUED to April 20, 2009 at 10:00 AM. Defendants' opposition or statement of non-opposition shall be filed not later than March 25, 2009. Plaintiffs' reply, if any, shall be filed not later than

1

1  April 6, 2009.
2       Plaintiffs represent that they do not oppose the continuance
3  so long as in the interim the plaintiffs' counsel are permitted to
4  monitor various juvenile parole proceedings one day per week. A
5  determination of whether this is warranted and appropriate is the
6  central issue of plaintiffs' motion and therefore the court finds
7  that granting the request would be premature. Plaintiffs' request
8  is DENIED without prejudice.
9       IT IS SO ORDERED.
10      DATED: February 19, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2