FILED

MAR 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                   O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
_____/

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of February, 2009. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA 98243

1

the amount of $5,020.00 in accordance with the attached statement; and

    2.    A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: March 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
    Plaintiffs,
        v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of February 1 through February 28, 2009.

Chase Riveland, Special Master
    Services                  $ 4,210.00
    Disbursements       $     0.00

        Total amount due                **$ 4,210.00**

Virginia Morrison, Deputy Special Master
    Services                  $ 810.00
    Disbursements      $    0.00
        Total amount due                **$ 810.00**

    TOTAL AMOUNT TO BE REIMBURSED      **$ 5,020.00**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

Chase Riveland                                      March 2, 2009
Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *L.H.*

Date: March 2, 2009

RE: Reimbursement for fees and disbursements expended during the period ending February 28, 2009.

Please send the check to the following individual for the amount indicated.

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA 98243

Amount to be reimbursed: **$ 5,020.00**

*L.H. et al. v. Schwarzenegger et al.*   No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for February 2009**

| Date | Description | Hours |
|---|---|---|
| 2/2/09 | Meeting: Brady; correspondence: Eng, Renteria, Grunfeld, Hoffman, Holtz; accomodations re: blind | 1.6 |
| 2/2/09 | Travel: Hotel to DJJ and return | .5 * |
| 2/4/09 | Review correspondence: Brady, Renteria, Grunfeld; telephone: Brady, Tebrock | .8 |
| 2/5/09 | Review correspondence: Morrison, Renteria, Huey | .4 |
| 2/9/09 | Review Plaintiff court filings, correspondence: Prewitt, Morrison, Review DJJ CalPAP statistics | 1.1 |
| 2/11//09 | Telephone: Brady; review correspondence and court filings by Plaintiffs, Eng, Renteria | 2.2 |
| 2/13/09 | Review correspondence and court filings | .6 |
| 2/15/09 | Review court filings by Defendant and Plaintiff; begin work on SM draft report | 1.9 |
| 2/16/09 | Correspondence: Morrison, Tebrock, | .2 |
| 2/18/09 | Review correspondence: Renteria, Eng, Lang; work on SM report materials | 2.6 |
| 2/19/09 | Review materials for SM report; review correspondence: Renteria, LH document production materials | 1.3 |
| 2/20/09 | Review correspondence: Renteria, court filings; work on SM report | 1.4 |
| 2/23/09 | Review LH Document production materials; correspondence: Renteria | 1.1 |
| 2/24/09 | Review correspondence: Renteria, Roudebush, SM report; | |

|  |  |  |
|---|---|---|
|  | review court filing | 1.6 |
| 2/25/09 | Review correspondence: Renteria, Eng | .6 |
| 2/27/09 | Review correspondence/materials: Morrison, Renteria, Holtz, Lang | .9 |
| 2/28/09 | Telephone: Morrison; review correspondence: Morrison, Brady, Renteria | .7 |

                           18.8
                           5.0 *

$$18.8 \text{ hrs.} \times \$200/\text{hr.} = \$ 3,760.00$$
$$*5.0 \text{ hrs} \times \$ 90/\text{hr.} = \underline{\$ 450.00}$$
$$\$ 4,210.00$$

### Expenses for February 2009

  No expenses for February

Fees and Expenses for November: $+ $ 4,210.00 = **$ 4,210.00**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
Services rendered by Virginia Morrison
Tax #: 51-0433003

**Fees for February 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 02/01/09 | Review plaintiffs' recent communication concerning ADA field file review | 0.1 |
| 02/07/09 | Review and respond to email communication; review recent court filing | 0.6 |
| 02/17/09 | Review email communication | 0.25 |
| 02/26/09 | Review email communication and recent court filings; prepare notes | 1.4 |
| 02/28/09 | Review recent court filings; email communication and telephone conference w/defendants | 1.7 |

Total..................................................................................

$$4.05 \quad X \; \$200/\text{hour} = \$ \; 810$$
$$-0- \quad X \; \$ \; 90/\text{hour} = \$ \; -0-$$
$$\$ \; 810$$

**Disbursements/Expenses for February 2009 - None**

**Total Fees and Expenses:** $810.00