HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
pmello@hansonbridgett.com
S. ANNE JOHNSON - 197415
ajohnson@hansonbridgett.com
SAMANTHA D. TAMA - 240280
stama@hansonbridgett.com
RENJU P. JACOB - 242388
rjacob@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants Arnold Schwarzenegger, et al.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| L. H., et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants.<br>. | No. 2:06-cv-2042-LKK-GGH<br><br>**JOINT STIPULATION AND ORDER REGARDING CLASS NOTICE** |

　　　　Pursuant to the Court's Local Rules, Rule 83-143 and Rule 5-137, Plaintiffs and Defendants through their respective counsel, hereby enter into the following joint stipulation and respectfully request that the Court modify the Court's February 10, 2009 Order to permit an extension of time for Defendants to publish notice materials and file and serve the corresponding affidavit.  The parties agree to an extension of one week from Defendants' receipt of all notice materials from Plaintiffs.

STIPULATION

1. The Court entered an order granting the parties' stipulation regarding final notice

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

to the Plaintiff class on February 10, 2009. In the order, the Court ordered that "Defendants shall file and serve an affidavit affirming that they published the Notice as required in this Order by no later than 30 days after entry of this Order." (Order, Dkt. No. 510 at 4:16-18.) The Stipulation and Order required that notice be provided to the Plaintiff class through short and long forms which are available in both English and Spanish. It also provided that large print and audio copies of the notices be made available. (*Id.* at 1:16-2:10.)

2. Defendants requested Plaintiffs to obtain and provide the materials for Defendants, at Defendants' expense. While the parties have made progress toward compliance with the February 10, 2009 order, the large print notices and audio copies of the notices are not yet available. Plaintiffs anticipate that they will receive these materials from their vendor by Monday, March 16, 2009.

3. Accordingly, the parties agree that Defendants shall have additional time in which to fully comply with the February 10, 2009 Order and file and serve an affidavit affirming publication of class notice no later than March 25, 2009, provided that Defendants receive all outstanding notice materials by March 18, 2009. If Defendants receive these materials after March 18, 2009, Defendants will have one week from the date of receipt to fully comply with the February 10, 2009 Order and file and serve an affidavit affirming publication.

4. All other terms of the February 10, 2009 order shall remain in effect.

IT IS SO STIPULATED

DATED: March 11, 2009        HANSON BRIDGETT LLP

By:

 /s/ Renju P. Jacob
RENJU P. JACOB
Attorneys for Defendants
Arnold Schwarzenegger, et al.

///

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| DATED: March 11, 2009 | | ROSEN BIEN & GALVAN |
| | | By: |
| | | /s/ Maria Morris |
| | | MARIA MORRIS |
| | | Attorneys for Plaintiffs |

## ORDER

After consideration of the foregoing stipulation, the February 10, 2009 Stipulation and Order shall be modified as follows:

IT IS HEREBY ORDERED that the requirement "Defendants shall file and serve an affidavit affirming that they published the Notice as required in this Order by no later than 30 days after entry of this Order" is now modified as follows: Defendants shall file and serve an affidavit affirming that they published the Notice as required in this Court's February 10, 2009 Order no later than March 25, 2009, provided that Defendants receive all outstanding notice materials by March 18, 2009. If Defendants receive these materials after March 18, 2009, Defendants will have one week from the date of receipt to fully comply with the February 10, 2009 Order and file and serve an affidavit affirming publication.

**IT IS SO ORDERED.**

Dated: March 12, 2009.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com