BINGHAM McCUTCHEN LLP
GEOFFREY HOLTZ – 191370
KRISTEN A. PALUMBO – 215857
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
MEGHAN R. LANG – 221156
MARIA V. MORRIS – 223903
SHIRLEY HUEY – 224114
ELIZABETH H. ENG – 239265
315 Montgomery Street, Tenth Floor
San Francisco, California 94104
Telephone: (415) 433-6830

PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

YOUTH LAW CENTER
SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
CORENE KENDRICK – 226642
200 Pine Street, 3rd Floor
San Francisco, California 94104
Telephone: (415)543-3379

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>        Defendants.[1] | Case No. 2:06-CV-02042-LKK-GGH<br><br>**STIPULATION AND ORDER RE PLAINTIFFS' MOTION TO MONITOR DEFENDANTS' COMPLIANCE WITH THE STIPULATED ORDER FOR PERMANENT INJUNCTIVE RELIEF**<br><br>Date: April 20, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 4<br>Judge: Hon. Lawrence K. Karlton |

---

[1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant to Fed. R. Civ. P. 25.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | WHEREAS, on February 6, 2009, plaintiffs filed a Motion to Monitor Defendants' |
| 2 | Compliance with the Stipulated Order for Permanent Injunctive Relief (the "Motion"), which is |
| 3 | set for a hearing before this Court on April 20, 2009, |
| 4 | IT IS HEREBY STIPULATED AND AGREED between the parties to the above- |
| 5 | captioned case that, for the time period April 1, 2009 – December 31, 2009, plaintiffs' counsel |
| 6 | will be permitted to accompany the Office of the Special Master on up to two monitoring tours |
| 7 | per quarter, and will also be permitted to observe parole proceedings and interview staff on up to |
| 8 | eight separate one day monitoring tours unaccompanied by the Office of the Special Master. |
| 9 | Defendants will provide plaintiffs' counsel with sufficient information on a regular basis to plan |
| 10 | their direct monitoring tours. The dates and locations of plaintiffs' eight days of direct |
| 11 | monitoring tours are to be mutually agreed upon by the parties through the meet and confer |
| 12 | process. The parties will re-visit the issue of plaintiffs' direct monitoring in November 2009 for |
| 13 | calendar year 2010. This Stipulation relates solely to the issues raised in the Motion. |
| 14 | / / / |
| 15 | / / / |
| 16 | / / / |
| 17 | / / / |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

PDF created with pdfFactory trial version www.pdffactory.com

Based on the above Stipulation, plaintiffs' counsel request that their Motion be taken off the Court's calendar.

IT IS SO STIPULATED.

Dated: March 31, 2009

ROSEN, BIEN & GALVAN, LLP

By: */s/ Gay C. Grunfeld*
    Gay C. Grunfeld
    Attorneys for Plaintiffs

Dated: March 31, 2009

HANSON BRIDGETT LLP

By: */s/ Anne Johnson*
    S. Anne Johnson
    Attorneys for Defendants

IT IS SO ORDERED.

Dated: April 2, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com