FILED
APR 02 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

    NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

    v.

    O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
_____/

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of March, 2009. Good cause appearing, it is ORDERED that:

    1.    The Clerk is directed to pay to:

Chase Riveland
<u>L.H.</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA 98243

1

```
1  the amount of $10,886.59 in accordance with the attached statement;
2  and
3       2.  A copy of this order shall be served on the financial
4  department of this court.
5       IT IS SO ORDERED.
6       DATED: April 2, 2009.
7
8                                   LAWRENCE K. KARLTON
                                    SENIOR JUDGE
9                                   UNITED STATES DISTRICT COURT
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
    Plaintiffs,
       v.

No. CIV S-06-2042 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of March 1 through March 31, 2009.

Chase Riveland, Special Master
    Services                   $3,540.00
    Disbursements        $     0.00

        Total amount due               **$4,100.00**

Virginia Morrison, Deputy Special Master
    Services                   $ 6,139.00
    Disbursements        $  647.59
        Total amount due               **$6,786.59**

    TOTAL AMOUNT TO BE REIMBURSED     **$ 10,886.59**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

Chase Riveland                          April 1, 2009
Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *L.H.*

Date: April 1, 2009

RE: Reimbursement for fees and disbursements expended during the period ending March 31, 2009.

Please send the check to the following individual for the amount indicated.

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA 98243

Amount to be reimbursed: **$ 10,886.59**

*L.H. et al. v. Schwarzenegger et al.*     No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for March 2009**

| Date | Description | Hours |
|---|---|---|
| 3/2/09 | review materials/correspondence: Morrison, Brady, Renteria, Lang monitoring report from Plaintiffs: SFCJ and SMCJ, | 1.9 |
| 3/4/09 | Review correspondence/materials: Eng, Renteria, | 1.2 |
| 3/5/09 | Review correspondence/matrials: Eng, Morrison, Grunfeld, Jones, Renteria, | .9 |
| 3/6/09 | Review correspondence/materials: Morrison | .1 |
| 3/9/09 | Review correspondence/materials: Prewitt, Renteria, Richardson | .4 |
| 3/12/09 | Meet w/Brady; review correspondence/materials; Lang, Renteria, meet w/Morrison | 2.7 |
| 3/13/09 | Review L.H. document production items, Renteria, Simone | .9 |
| 3/14/09 | Telephone: Morrison | .3 |
| 3/17/09 | Review CalPAP statistics and extension report; review correspondence/materials: Eng, Holtz, Renteria, Simone | 1.7 |
| 3/18/09 | Review correspondence/materials: Brady, Renteria, Morrison | .7 |
| 3/19/09 | Review correspondence/materials: Eng, Renteria, Morrison | .5 |
| 3/20/09 | Review materials/correspondence: Nylund, Morrison, Eng | .8 |
| 3/23/09 | Review DJJ statistics, correspondence: Morrison, Renteria, Grunfeld court filing | 1.6, |
| 3/24/09 | Telephone: Grunfeld, Morrison; review Defendant Compliance report, correspondence, Prewitt, Renteria, | 3.9 |
| 3/26/09 | Telephone: all parties; review materials/correspondence: Grunfeld, Renteria | 1.3 |

| | | |
|---|---|---:|
| 3/27/09 | Review correspondence/materials: Hoffman, Huey, Grunfeld | .8 |
| 3/30/09 | Telephone: Brady, Morrison | .5 |
| 3/31/09 | Review correspondence/materials: Morrison, Swanson, court filing | <u>.3</u> |
| | | 20.5 |

    20.5 hrs. @ $200/hr. = $4,100

Fees for March: <u>$4,100.00</u>

**<u>Expenses for March 2009</u>**

    No expenses for March

Fees and Expenses for November: $4,100.00 + $ .00 = <u>**$ 4,100.00**</u>

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for March 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 03/01/09 | Review recent court filings | 0.4 |
| 03/05/09 | Email communication w/parties | 0.3 |
| 03/08/09 | Travel to Chino for Stark site visit | 5.0* |
| 03/09/09 | Participate in Stark site visit; telephone conference w/defendants; review email communication | 5.6 |
| 03/12/09 | Conference w/C. Riveland and plaintiffs | 0.2 |
| 03/13/09 | Review and respond to email communication | 0.25 |
| 03/14/09 | Review notes; email communication w/C. Riveland | 0.2 |
| 03/15/09 | Travel from San Anselmo to Stockton for Chaderjian visit | 2.2* |
| 03/16/09 | Participate in Chaderjian site visit | 3.0 |
| 03/16/09 | Travel within Stockton and from Stockton to San Anselmo | 2.6* |

| | | |
|---|---|---|
| 03/17/09 | Review email communication and documents | 0.1 |
| 03/18/09 | Review email communication and documents; telephone conference w/C. Riveland | 0.2 |

| 03/19/09 | Review and respond to email communication; telephone conference w/C. Riveland; review document | 0.2 |
| 03/21/09 | Email communication w/defendants | 0.2 |
| 03/23/09 | Telephone conference w/C. Riveland; review parties' email communication | 0.2 |
| 03/26/09 | Travel between San Anselmo and Sacramento | 3.3* |
| 03/26/09 | Interview staff; participate in all-parties update | 4.5 |
| 03/27/09 | Telephone conferences w/C. Riveland and plaintiffs; review and respond to parties' email communication | 0.7 |
| 03/30/09 | Telephone conferences w/C. Riveland and defendants; email communication w/parties; review JSTS, recent correspondence, and pleadings | 3.75 |
| 03/31/09 | Telephone conferences w/plaintiffs re: monitoring; email communication w/parties re: same; review and analyze activity captured in JSTS | 5.0 |

Total............................................................................................................. $ 6,139

        24.8  X $200/hour = $ 4,960
        13.1  X $ 90/hour = $ 1,179

* denotes travel time at lower rate

## Disbursements/Expenses for March 2009

| Date | Activity | Amount |
|---|---|---|
| 3/8/09 | Airfare for Stark visit | 238.20 |
| 3/9/09 | Rental car for Stark visit (expense shared with another matter) | 40.37 |
| 3/9/09 | Hotel for Stark visit | 63.69 |
| 3/9/09 | Meal during Stark visit | 5.28 |
| 3/16/09 | Mileage and tolls for round-trip travel between San Anselmo and Stockton (214 miles @ 55 cents per mile) | 121.70 |
| 3/16/09 | Hotel for Chaderjian visit | 65.85 |
| 3/26/09 | Mileage and tolls for round-trip travel between San Anselmo and Sacramento (190 miles @ 55 cents per mile) | 112.50 |

Total......................................................................................$ 647.59

**Total Fees and Expenses: $ 6,786.59**