| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | GEOFFREY HOLTZ – 191370 |
| 2 | Three Embarcadero Center |
| | San Francisco, California 94111-4067 |
| 3 | Telephone:  (415) 393-2000 |

BINGHAM McCUTCHEN LLP
GEOFFREY HOLTZ – 191370
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone:  (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
MEGHAN R. LANG – 221156
MARIA V. MORRIS – 223903
SHIRLEY HUEY – 224114
ELIZABETH H. ENG – 239265
315 Montgomery Street, Tenth Floor
San Francisco, California  94104
Telephone:  (415) 433-6830

PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:  (510) 280-2621
Facsimile:    (510) 280-2704

YOUTH LAW CENTER
SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
CORENE KENDRICK – 226642
200 Pine Street, 3rd Floor
San Francisco, California  94104
Telephone:  (415) 543-3379

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California,  MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>Defendants.[1] | Case No. 2:06-CV-02042-LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR QUARTERLY STATEMENT OF JUNE 5, 2008 – DECEMBER 31, 2008** |

---

[1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant to Fed. R. Civ. P. 25.

PDF created with pdfFactory trial version www.pdffactory.com

1     In a February 11, 2009 Order, the District Court established procedures by which

2 plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their

3 post-judgment work, including for all fee and expense requests from June 5, 2008 forward.

4     Pursuant to these procedures, plaintiffs delivered by overnight delivery their first

5 Quarterly Statement covering the period June 5, 2008 through December 31, 2008 to defendants

6 on March 2, 2009. Defendants submitted their objections to plaintiffs' statement on April 1,

7 2009. The parties completed their meet and confer on April 24, 2009, and reached an agreement,

8 as reflected in Exhibit A.

9     Defendants do not dispute the balance of $1,194,057.08 in fees and expenses for post-

10 judgment work for the Quarterly Statement for the period June 5, 2008 through December 31,

11 2008.

12     The parties agree to the total payment of $1,194,057.08 in undisputed fees and costs for

13 post-judgment work for the period June 5, 2008 through December 31, 2008, which will become

14 due and owing forty-five days from the entry of this Order.

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

PDF created with pdfFactory trial version www.pdffactory.com

1      IT IS HEREBY ORDERED that plaintiffs' fees and costs of $1,194,057.08, plus interest,

2   are due and collectable as of forty-five (45) days from the date of entry of this Order.  Interest on

3   these fees and costs will run from April 2, 2009 accruing at the rate provided by 28 U.S.C.

4   § 1961.

5   IT IS SO ORDERED.

6

7   Dated:  April 28, 2009

8
                                              _____
9                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
10                                             UNITED STATES DISTRICT COURT

11

12

13   APPROVED AS TO FORM:

14   Dated:  April 27, 2009                    HANSON BRIDGETT LLP

15

16                                             /s/ S. Anne Johnson
                                              _____
17                                             S. Anne Johnson
                                              Attorneys for Defendants
18

19   Dated:  April 27, 2009                    ROSEN, BIEN & GALVAN, LLP

20

21                                             /s/ Gay Crosthwait Grunfeld
                                              _____
22                                             Gay Crosthwait Grunfeld
                                              Attorneys for Plaintiffs
23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com