```
 1
 2
 3
 4
 5
 6
 7              UNITED STATES DISTRICT COURT
 8              EASTERN DISTRICT OF CALIFORNIA
 9
10  L.H., A.Z., D.K., and D.R.,
    on behalf of themselves and
11  all other similarly
    situated juvenile parolees
12  in California,
                                     NO. CIV. S-06-2042 LKK/GGH
13          Plaintiffs,

14      v.                                    O R D E R

15  ARNOLD SCHWARZENEGGER,
    Governor, State of
16  California, et al,

17          Defendants.
                                    /
18
19      Pursuant to the court's May 22, 2008 Order of Reference, the
20  Special Master has submitted for payment a bill for services
21  provided through the month of April, 2009.  Good cause appearing,
22  it is ORDERED that:
23      1.  The Clerk is directed to pay to:
24      Chase Riveland
        L.H. Special Master
25      5714 Deer Harbor Road, Box 367
        Deer Harbor, WA  98243
26
                                1
```

the amount of $31,806.00 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: May 5, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**L.H. et al.,**
    **Plaintiffs,**
       v.

No. CIV S-06-2042 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of April 1 through April 30, 2009.

Chase Riveland, Special Master
    Services                         $ 4,960.00
    Disbursements             $     0.00

        Total amount due                       **$ 4,960.00**

Virginia Morrison, Deputy Special Master
    Services                       $ 26,163.00
    Disbursements             $    683.00
        Total amount due                    **$ 26,846.00**

    TOTAL AMOUNT TO BE REIMBURSED      **$ 31,806**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

Chase Riveland                         May 4, 2009
Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO:          Ms. Susan Peterson, Financial Administrator

FROM:     /S/ *Chase Riveland*
             Chase Riveland, Special Master, *L.H.*

Date:       May 4, 2009

RE:         Reimbursement for fees and disbursements expended during the period ending April 30, 2009.

Please send the check to the following individual for the amount indicated.

        Chase Riveland
        L.H. Special Master
        5714 Deer Harbor Road
        Box 367
        Deer Harbor, WA    98243

                     Amount to be reimbursed: **$ 31,806.00**

*L.H. et al. v. Schwarzenegger et al.*     No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

## Fees for April 2009

| | | |
|---|---|---|
| 4/2/09 | Telephone: Brady, Morrison; review materials /correspondence | .5 |
| 4/3/09 | Telephone: Morrison, review materials: Morrison, Prewitt, court filing | .8 |
| 4/7/09 | Telephone: Grunfeld | .1 |
| 4/9/09 | Review correspondence/materials: Prewitt, Renteria | .4 |
| 4/11/09 | Telephone: Morrison; review correspondence: Renteria, Plaintiff letter re: Stark | .9 |
| 4/14/09 | Review correspondence: Renteria, DJJ statistics for March; Telephone: Grunfeld, Renteria | 1.1 |
| 4/15/09 | Review correspondence/materials: Brady, Renteria, Morrison; Telephone: Morrison, Brady | .9 |
| 4/16/09 | Review correspondence/materials: Plaintiff Dispute letter, Renteria, Morrison, Grunfeld, Brady | 1.1 |
| 4/20/09 | Meet w/Morrison; meet w/DJJ Officer of the day; review materials, meet w/ Judge | 2.8 |
| 4/21/09 | Review document production items from Defendants, Training agenda, correspondence from Morrison, Brady, Renteria, Kendrick | 1.9 |
| 4/22/09 | Review CalPAP statistics for March, correspondence: Morrison, Brady, Renteria | 1.0 |
| 4/23/09 | Review correspondence/materials: Renteria, Morrison, all parties, develop proposed fact-finding schedule for Parolees over a year, | 1.7 |
| 4/24/09 | Telephone: Morrison; review correspondence/materials/court filings: Morrison, Renteria, Brady, Grunfeld | 1.1 |
| 4/25/09 | review 1st Draft of OSM 2d report; final review and filing of OSM | |

|         |                                                                                                                          |      |
| ------- | ------------------------------------------------------------------------------------------------------------------------ | ---- |
|         | draft 2nd report to parties                                                                                         | 5.9  |
| 4/26/09 | Telephone: Morrison; review materials                                                                                    | .6   |
| 4/27/09 | Telephone: Grunfeld, Brady, Grunfeld and Bien, Morrison, Tebrock; review correspondence/materials: Renteria, Prewitt     | 2.5  |
| 4/28/09 | Review materials/correspondence: Renteria, Morris                                                                        | .6   |
| 4/29/09 | Telephone: Brady, Grunfeld, Morrison; review materials/ correspondence: Renteria, Simone                                 | .5   |
| 4/30/09 | Telephone: Brady, review correspondence/materials                                                                        | .4   |
|         |                                                                                                                          | 24.8 |

24.8 hrs. @ $200/hr. = $4,960.00

Fees for April: $4,960.00

## Expenses for April 2009

No expenses for March

Fees and Expenses for November: $.00 + $ .00 = **$ 4,960.00**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for April 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 04/01/09 | Travel from San Anselmo to San Francisco and to Van Nuys for site visits | 4.9* |
| 04/01/09 | Conduct site visit at San Francisco County Jail; telephone conference w/defendants; email communication w/CalPAP and defendants; review and analyze JSTS materials | 5.4 |
| 04/02/09 | Conduct site visit at San Fernando Valley and Watts parole units; telephone conference w/plaintiffs; draft OSM report sections | 7.0 |
| 04/02/09 | Travel from Los Angeles to San Anselmo [less time spent on substantive matters] | 4.6* |
| 04/03/09 | Telephone conferences w/C. Riveland and CalPAP re: site visits; review documents | 1.0 |
| 04/04/09 | Review and analyze documents; email communication with defendants and CalPAP; draft OSM report sections | 5.1 |
| 04/08/09 | Review and respond to email communication; telephone communication w/defendants; review and analyze documents | 0.7 |
| 04/10/09 | Review and analyze documents; draft OSM report sections; telephone conferences w/defendants re: documents and site visits | 2.3 |
| 04/11/09 | Review and analyze documents; draft OSM report sections; telephone conference w/C. Riveland; email communication w/defendants and | 7.0 |

CalPAP

| | | |
|---|---|---|
| 04/12/09 | Review and analyze documents; draft OSM report sections; email communication w/all parties | 7.3 |
| 04/13/09 | Conduct site visit at Marin County Jail; telephone communication w/CalPAP; email communication w/defendants | 3.0 |
| 04/14/09 | Review and respond to email communication w/defendants and CalPAP; review and analyze documents; draft OSM report sections | 3.4 |
| 04/15/09 | Telephone conference w/C. Riveland; review and respond to email communication w/defendants and CalPAP; review monitoring notes | 3.2 |
| 04/16/09 | Telephone conference w/CalPAP; email communication w/defendants; review and analyze documents | 1.0 |
| 04/17/09 | Travel between San Anselmo, Dublin and Tracy | 3.8* |
| 04/17/09 | Observe hearings at Santa Rita County Jail; conference w/CalPAP; teleconference concerning disputed items; teleconference w/C. Riveland | 6.4 |
| 04/18/09 | Review and respond to email communication re: document production and disputed items; review and analyze documents; draft OSM report sections; telephone conference w/defendants | 9.6 |
| 04/19/09 | Review and analyze documents; draft OSM report sections | 6.75 |
| 04/20/09 | Conference w/C. Riveland and the Officer of the Day; telephone conference w/defendants re: OSM report | 2.0 |
| 04/21/09 | Review and respond to email communication; review and analyze documents; draft OSM report; telephone conferences w/CalPAP and defendants | 9.7 |

| Date | Description | Hours |
|---|---|---|
| 04/22/09 | Review and respond to email communication; review and analyze documents; draft OSM report; telephone conference w/C. Riveland | 7.8 |
| 04/23/09 | Review and respond to email communication; review and analyze documents; draft OSM report | 10.5 |
| 04/24/09 | Review and respond to email communication; review and analyze documents; draft OSM report; telephone conferences w/defendants and C. Riveland | 11.75 |
| 04/25/09 | Review and analyze documents; draft OSM report | 9.6 |
| 04/26/09 | Telephone conference w/C. Riveland; review and distribute report documents | 0.5 |
| 04/27/09 | Travel between San Anselmo and Sacramento | 3.4* |
| 04/27/09 | Observe JPB training | 2.0 |
| 04/29/09 | Telephone conferences w/C. Riveland; review email communication | 0.3 |

Total............................................................................

```
123.3   X $200/hour = $ 24,660.00
 16.7   X $ 90/hour = $  1,503.00
                      $ 26,163.00
```

* denotes travel time at lower rate

## Disbursements/Expenses for April 2009

| Date | Activity | Amount |
|---|---|---|
| 04/01/09 | Parking at San Francisco County Jail | 13.00 |
| 04/01/09 | Airfare to Los Angeles | 155.20 |
| 04/01/09 | Hotel for Los Angeles site visits | 125.40 |
| 04/02/09 | Meals during Los Angeles site visits | 6.80 |
| 04/02/09 | Mileage and tolls between San Anselmo, San Francisco County Jail, and San Francisco International Airport (72 miles at 55 cents per mile) | 44.60 |
| 04/02/09 | Rental car for Los Angeles site visits | 93.76 |
| 04/02/09 | Airport parking during Los Angeles site visits | 27.60 |
| 04/17/09 | Mileage and tolls between San Anselmo, Dublin, and Tracy (164 miles at 55 cents per mile) | 94.20 |
| 04/17/09 | Meal during out-of-town meetings | 4.98 |
| 04/27/09 | Meal during trainings | 4.96 |
| 04/27/09 | Mileage and tolls between San Anselmo and Sacramento (190 miles at 55 cents per mile) | 112.50 |

Total……………………………………………………..………………..…$ 683.00

Total Fees and Expenses:   $ 26,846.00