UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                            O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
_____/

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of May, 2009. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Chase Riveland
    L.H. Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

1

1 the amount of $19,464.60 in accordance with the attached statement;
2 and
3     2.   A copy of this order shall be served on the financial
4 department of this court.
5     IT IS SO ORDERED.
6     DATED: June 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
    Plaintiffs,
        v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of May 1 through May 31, 2009.

| | | |
|---|---|---|
| Chase Riveland, Special Master | | |
|     Services | $ 9,172.00 | |
|     Disbursements | $ 2,409.50 | |
|         Total amount due | | **$ 11,581.50** |
| Virginia Morrison, Deputy Special Master | | |
|     Services | $ 7,711.50 | |
|     Disbursements | $    171.60 | |
|         Total amount due | | **$ 7,883.10** |
| TOTAL AMOUNT TO BE REIMBURSED | | **$ 19,464.60** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

Chase Riveland                                  June 1, 2009
Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO:  Ms. Susan Peterson, Financial Administrator

FROM:  /S/ *Chase Riveland*
Chase Riveland, Special Master, *L.H.*

Date:  June 1, 2009

RE:  Reimbursement for fees and disbursements expended during the period ending May 31, 2009.

Please send the check to the following individual for the amount indicated.

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA   98243

Amount to be reimbursed: **$ 19,464.60**

*L.H. et al. v. Schwarzenegger et al.*　　　No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for May 2009**

| Date | Description | Hours |
|---|---|---|
| 5/1/09 | Review correspondence/materials: Nylund; telephone conference all parties | 1.7 |
| 5/2/09 | Review correspondence/materials: CalPAP case samples, forms and program credits, Nylund, Grunfeld | 1.2 |
| 5/4/09 | Review correspondence/materials: Prewitt, Nylund, Renteria | .4 |
| 5/5/09 | Review draft stipulation; correspondence: Renteria, Nylund, | .9 |
| 5/6/09 | Review Plaintiff ADA and 1 year documents; review correspondence/ materials: Eng, Jones-Shine, Grunfeld | 1.8 |
| 5/7/09 | Review correspondence/materials: Eng, Nylund | .7 |
| 5/8/09 | Review correspondence/material: Renteria, Morrioson, review ADA P and P's | 1.0 |
| 5/11/09 | Review materials for Wednesday meeting, correspondence: Prewitt, Renteria, Court; telephone: Morrison | .9 |
| 5/12/09 | Travel: Deer Harbor to Sacramento | 7.5 * |
| 5/13/09 | Meet w/all parties; review materials/correspondence: Morrison, Grunfeld, Renteria, Court, Eng, Brady | 6.9 |
| 5/14/09 | Travel: Sacramento to Deer Harbor | 7.5 * |
| 5/14/09 | Telephone: Morrison, Review correspondence/materials: Eng, Court | 1.1 |
| 5/15/09 | Review correspondence/materials: Prewitt, Hoffman, Morris, Renteria, Morrison; Review CalPAP statistics for April, Plaintiff response to OSM draft 2nd Report, Defendants' response to OSM 2nd Report | 3.8 |
| 5/17/09 | Telephone: Morrison; review materials | .9 |

| Date | Description | Hours |
|---|---|---|
| 5/18/09 | Telephone conference w/ Morrison re: OSM 2d Report and parties comments; review materials | 1.5 |
| 5/19/09 | Travel: Deer Harbor to Sacramento | 7.5 * |
| 5/19/09 | Review materials/correspondence for meeting on 20th | 1.1 |
| 5/20/09 | Meeting: all parties; meet w/ Defendants, meet w/ Plaintiffs, meet w/ CalPAP; review materials/correspondence; meet w/ Morrison; review materials/correspondence | 6.6 |
| 5.20/09 | Travel to DJJ and return | .8 * |
| 5/21/09 | Travel: Sacramento to Deer Harbor | 7.5 * |
| 5/21/09 | Review materials/correspondence; conference call w/ Defendants and Morrison re: Response to draft OSM 2d report | 3.3 |
| 5/22/09 | Review correspondence/materials: Grunfeld, Eng, Stilber; telephone: Morrison | .9 |
| 5/23/09 | Review Plaintiffs' brief re: ADA | 1.6 |
| 5/24/09 | Review final draft of OSM 2nd Report and submit to Court and parties | 2.4 |
| 5/25/09 | Correspondence/materials: Morrison, Grunfeld | .3 |
| 5/26/09 | Review victim services policy response | .9 |
| 5/27/09 | Review correspondence/materials: Morrison, Renteria, Perwitt, Morris | .8 |
| 5/28/09 | Review correspondence: Morrison, Brady, Renteria, Simone | .4 |
| 5/29/09 | Telephone: Morrison; review correspondence: Renteria, Morrison | .9 |
| | | 42.0 |
| | | 30.8 * |

        30.8 * hrs. @ $90/hr. = $2,772 and 42 hrs. @ $200/hr. = $ 9,172.00

* Denotes travel time @ $90/hr.

**Expenses for May 2009**

| Date | Description | Amount |
|---|---|---|
| 5/11/09 | Roundtrip air: Deer Harbor Seattle and return | 218.00 |
| 5/11/09 | Roundtrip air: Seattle Sacramento and return | 380.00 |
| 5/11/09 | Shuttle: Lake Union to Airport | 25.00 |
| 5/11/09 | Lunch and dinner | 38.98 |
| 5/12/09 | Breakfast, lunch and dinner | 51.89 |
| 5/14/09 | Hotel: 2 nights | 290.00 |
| 5/14/09 | Night parking: 2 nights | 30.00 |
| 5/14/09 | Rental car: 2 ½ days | 146.77 |
| 5/14/09 | Breakfast and lunch | 22.36 |
| 5/14/09 | Taxi: Airport to Seaplane base | 44.00 |
| 5/19/09 | Roundtrip air: Deer Harbor to Seattle and return | 218.00 |
| 5/19/09 | Roundtrip air: Seattle to Sacramento and return | 380.00 |
| 5/19/09 | Shuttle to airport | 15.00 |
| 5/19/0 | Lunch and dinner | 38.89 |
| 5/20/09 | Night parking | 15.00 |

| | | |
|---|---|---:|
| 5/20/09 | Breakfast, lunch and dinner | 48.28 |
| 5/20/09 | Night parking | 15.00 |
| 5/21/09 | Hotel: 2 nights | 247.88 |
| 5/21/09 | Breakfast and lunch | 13.66 |
| 5/21/09 | Rental car: 2 ½ days | 126.79 |
| 5/21/09 | Taxi: Airport to Lake Union Seaplanes | <u>44.00</u> |
| | | $ 2,409.50 |

Fees and Expenses for November: $2,409.50 + $9,172 .00 = **$11,581.50**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for May 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 5/1/09 | Telephone conferences w/C. Riveland and with parties | 1.1 |
| 5/4/09 | Review email communication | 0.2 |
| 5/7/09 | Review and respond to email communication | 0.1 |
| 5/11/09 | Review and respond to email communication; telephone conference w/plaintiffs | 0.3 |
| 5/12/09 | Telephone conference w/C. Riveland; review and respond to email communication; review documents | 1.3 |
| 5/14/09 | Telephone conference w/C. Riveland | 0.4 |
| 5/15/09 | Review and respond to email communication; review and notate parties' comments on OSM report; revise OSM report; review plaintiffs' site visit report and CalPAP data | 6.6 |
| 5/16/09 | Review and notate parties' comments on OSM report; revise OSM report | 4.0 |
| 5/17/09 | Review and notate parties' comments on OSM report; revise OSM report; telephone conference w/C. Riveland | 4.3 |

| Date | Description | Hours |
|---|---|---|
| 5/18/09 | Revise OSM report; telephone conference w/C. Riveland | 1.4 |
| 5/19/09 | Review email communication and telephone conference w/CalPAP | 0.2 |
| 5/20/09 | Round-trip travel between San Anselmo and Sacramento | 3.6* |
| 5/20/09 | Participate in all-parties' meeting concerning mentally ill parolees; conferences w/CalPAP and defendants concerning OSM report; conference w/C. Riveland | 5.9 |
| 5/21/09 | Conference w/plaintiffs concerning OSM report | 3.1 |
| 5/21/09 | Round-trip travel between San Anselmo and San Francisco | 1.75* |
| 5/22/09 | Telephone conferences w/defendants and C. Riveland; revise OSM report | 3.75 |
| 5/23/09 | Revise OSM report | 3.0 |
| 5/25/09 | Telephone conference w/defendants | 0.2 |
| 5/27/09 | Review email communication and documents | 0.2 |
| 5/28/09 | Review and respond to email communication | 0.1 |

Total………………………………………………………………………..

$$36.15 \times \$200/\text{hour} = \$7,230.00$$
$$5.35 \times \$90/\text{hour} = \$\ \ \ 481.50$$
$$\mathbf{\$\ 7{,}711.50}$$

* denotes travel time at lower rate

## Disbursements/Expenses for May 2009

| Date | Activity | Amount |
|---|---|---|
| 5/20/09 | Mileage and tolls for round-trip travel between San Anselmo and Sacramento (190 miles @ 55 cents per mile) | 112.50 |
| 5/21/09 | Mileage and tolls for round-trip travel between San Anselmo and San Francisco (42 miles @ 55 cents per mile) | 28.10 |
| 5/21/09 | Parking for San Francisco meetings | 31.00 |

Total.................................................................................$ 171.60

**Total Fees and Expenses:  $ 7,883.10**

1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for defendant
   Nationwide Credit, Inc.
7

8
                UNITED STATES DISTRICT COURT
9
                EASTERN DISTRICT OF CALIFORNIA
10
                     SACRAMENTO DIVISION
11

12 | JOEL KUSCHNER,              | CASE NO.: 2:08-cv-01212-LKK-JFM
13 |                             |
   |        Plaintiff,           | **DECLARATION OF JEFFREY A.**
14 |                             | **TOPOR IN SUPPORT OF**
   |                             | **DEFENDANT NATIONWIDE**
15 |     vs.                     | **CREDIT, INC.'S REQUEST FOR**
   |                             | **AWARD OF ATTORNEYS' FEES**
16 | NATIONWIDE CREDIT, INC.,    | **AND COSTS**
17 |                             |
18 |        Defendant.           | The Honorable Lawrence K. Karlton
19 |                             |
20 | NATIONWIDE CREDIT, INC.,    |
21 |     Counterclaimant,        |
22 |     vs.                     |
23 |                             |
24 | JOEL KUSCHNER and ROES 1    |
   | through 25,                 |
25 |                             |
   |     Counterdefendants.      |
26

27
28

KUSCHNER V. NATIONWIDE CREDIT, INC. (CASE NO. 2:08-cv-01212-LKK-JFM)
TOPOR DECLARATION IN SUPPORT OF REQUEST FOR AWARD OF FEES AND COSTS

I, Jeffrey A. Topor, declare:

1. I am an attorney duly licensed to practice in this district court and before all courts of the State of California. I am associated with Simmonds & Narita LLP, counsel of record for defendant Nationwide Credit, Inc. ("Nationwide") in this action. I make this declaration pursuant to the Court's oral request at the June 1, 2009 hearing on the Motion to Dismiss Counterclaim ("Motion") filed by plaintiff Joel Kuschner ("Kuschner"). I have personal knowledge of the facts set forth below, and could and would testify thereto if called upon to do so.

2. I am the attorney primarily involved in defending Kuschner's action against Nationwide, and prosecuting Nationwide's action against Kuschner. My practice is focused on consumer financial services litigation. Previously, I was a Staff Attorney at The United States Court of Appeals for The Eighth and Ninth Circuits for approximately six years. I then entered private practice at the national law firm of Zelle, Hofmann, Voelbel, Mason & Gette LLP (now Zelle, Hoffman, Voelbel & Mason LLP), where I spent approximately four years litigating complex antitrust consumer class actions against Microsoft Corporation in California, Minnesota and Iowa state courts. Since joining Simmonds & Narita LLP in 2007 (and while at its predecessor, Wineberg, Simmonds & Narita LLP from 2004 to 2007), I continued to practice antitrust litigation in federal court, and have also successfully defended actions arising under the Fair Debt Collection Practices Act, the Fair Credit Reporting Act and various consumer protection laws in federal and state court. In connection with defending such actions, which are often brought as counter-claims in collection actions, I have also successfully prosecuted collection actions. I am a 1993 *magna cum laude* graduate of William Mitchell College of Law in St. Paul, Minnesota and am licensed to practice law in Minnesota and California. I am admitted to practice before all of the United States District Courts

KUSCHNER V. NATIONWIDE CREDIT, INC. (CASE NO. 2:08-cv-01212-LKK-JFM)
TOPOR DECLARATION IN SUPPORT OF REQUEST FOR AWARD OF FEES AND COSTS     1.

1  in California, the United States District Court in Minnesota and the United States
2  Courts of Appeals for the Third, Eighth and Ninth Circuits. I am a co-chair of the
3  Creditors' Rights Subcommittee of the Commercial and Business Litigation
4  Committee of the Litigation Section of the American Bar Association. In October
5  2007, I was appointed as a Member of the Consumer Financial Services
6  Committee of the Business Law Section of the State Bar of California.

7      3.   My hourly billing rate is $290. This is the rate paid by Nationwide in
8  this case, and it is the rate that the firm of Simmonds & Narita LLP charges to all
9  of its clients for my time. Indeed, it is lower than the hourly rate approved by the
10 Superior Court for the County of San Francisco for my work on the Microsoft
11 litigation noted in the preceding paragraph. There, in September 2004 – almost
12 five years ago – the court approved my rate of $305 per hour, and applied a
13 multiplier of 2.0, thereby effectively awarding $610 per hour for my time spent on
14 that case. *See In re Microsoft I-V Cases*, CJC-00-004106 (San Francisco Sup. Ct.
15 Sept. 9, 2004) (Order and Statement of Decision re Class Counsel's Petition for
16 Attorneys' Fees and Costs).

17     4.   On June 1, 2009, I appeared before the Court for oral argument on
18 Kuschner's Motion. The Court denied the Motion and directed me to submit this
19 declaration in support of the Nationwide's request that it be awarded the attorneys'
20 fees and costs that it incurred in successfully opposing the Motion.

21     5.   In connection with opposing the Motion, I spent a total of 11 hours
22 performing the following tasks: reviewing and analyzing the Motion (Document
23 No. 26); consulting with my client regarding our opposition; conducting necessary
24 legal research; drafting, editing and revising Nationwide's opposition (Document
25 No. 27) and my supporting declaration (Document No. 28); reviewing and
26 analyzing the reply in support of the Motion (Document No. 29); reviewing and
27 analyzing the legal authorities cited in the reply and conducting additional
28

1  independent research; preparing for oral argument on the Motion; driving round-
2  trip between San Francisco and Sacramento for, and appearing at, the hearing on
3  the Motion; discussing the outcome of the hearing with my client; and preparing
4  this declaration.

5       6.    Nationwide incurred attorneys' fees of $3,190.00 in successfully
6  opposing Kuschner's Motion.

7       7.    Nationwide incurred $131.83 in costs, as follows: $99.83 in mileage
8  charges (181.5 miles round-trip between San Francisco and Sacramento, at 55
9  cents per mile); $24.00 in parking charges ($5.00 in Sacramento and $19.00 in San
10 Francisco)[1]; and $8.00 in bridge tolls (Carquinez Bridge and San Francisco-
11 Oakland Bay Bridge).

12      8.    In total, then, Nationwide incurred $3,321.83 in attorneys' fees and
13 costs.

14

15 I declare under penalty of perjury that the foregoing is true and correct.
16 Executed at San Francisco, California on this 1st day of June, 2009 at San
17 Francisco, California.

18
19                               By:    s/Jeffrey A. Topor
                                        Jeffrey A. Topor

---

[1] I do not normally incur parking charges when at work, as I commute by public transportation. But for having to attend the hearing, I would not have incurred $19.00 in parking charges in downtown San Francisco.