1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT

8                           EASTERN DISTRICT OF CALIFORNIA

9

10   L.H., A.Z., D.K., and D.R.,
     on behalf of themselves and
11   all other similarly
     situated juvenile parolees
12   in California,
                                           NO. CIV. S-06-2042 LKK/GGH
13            Plaintiffs,

14        v.                                        O R D E R

15   ARNOLD SCHWARZENEGGER,
     Governor, State of
16   California, et al,

17            Defendants.
                                    /
18

19        Pursuant to the court's May 22, 2008 Order of Reference, the

20   Special Master has submitted for payment a bill for services

21   provided through the month of June, 2009.  Good cause appearing,

22   it is ORDERED that:

23        1.   The Clerk is directed to pay to:

24        Chase Riveland
          L.H. Special Master
25        5714 Deer Harbor Road, Box 367
          Deer Harbor, WA  98243
26

                                    1

1 | the amount of $10,700.79 in accordance with the attached statement;
2 | and
3 |        2.   A copy of this order shall be served on the financial
4 | department of this court.
5 |        IT IS SO ORDERED.
6 |        DATED: July 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

**L.H. et al.,**
    **Plaintiffs,**
        **v.**

            **No. CIV S-06-2042 LKK/GGH**

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of June 1 through June 30, 2009.

| Chase Riveland, Special Master | | |
|---|---|---|
| Services | $ 4,635.00 | |
| Disbursements | $ 504.97 | |
| Total amount due | | **$ 5,139.97** |

| Virginia Morrison, Deputy Special Master | | |
|---|---|---|
| Services | $ 5,384.00 | |
| Disbursements | $ 176.82 | |
| Total amount due | | **$ 5,560.82** |

    TOTAL AMOUNT TO BE REIMBURSED    **$ 10,700.79**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

Chase Riveland            July 2, 2009
Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO:        Ms. Susan Peterson, Financial Administrator

/S/ *Chase Riveland*

FROM:      Chase Riveland, Special Master, *L.H.*

Date:      July 2, 2009

RE:        Reimbursement for fees and disbursements expended during the period
           ending June 30, 2009.

Please send the check to the following individual for the amount indicated.

           Chase Riveland
           L.H. Special Master
           5714 Deer Harbor Road
           Box 367
           Deer Harbor, WA   98243

                                  Amount to be reimbursed: **$ 10,700.79**

*L.H. et al. v. Schwarzenegger et al.*          **No. CIV S-06-2042 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

## Fees for June 2009

| | | |
|---|---|---|
| 6/1/09 | Review correspondence/materials: Renteria, Morrison, Brady, Eng, Prewitt | .3 |
| 6/2/09 | Review correspondence: clinical assessment of XXX, Renteria, Kendrick, Nylund, Court filing, Kendrick | .5 |
| 6/3/09 | Review correspondence: Brady, Morrison, Kendrick | .3 |
| 6/4/09 | Review Defendants brief for mediation, telephone: Grunfeld, Eng | 1.1 |
| 6/5/09 | Telephone: Tebrock, Morrison, Teleconference w/Defendants; review correspondence: Campbell, telephone: Morrison | |
| 6/7/09 | Review materials for mediation | 2.3 |
| 6/8/09 | Travel: Deer Harbor to San Francisco | 7.5 * |
| 6/8/09 | Review materials: May document production, , , Morrison | .9 |
| 6/9/09 | Mediation meeting, all parties; meet w/ Morrison, review correspondence: may document; Renteria, Bien, Eng | 9.4 |
| 6/11/09 | Review correspondence: Grunfeld, tracking issues, Wilkinson, review CalPAP statistics for March, April and May, correspondence: Renteria, Eng, and Morrison | 1.5 |
| 6/12/09 | Review correspondence: Renteria, Prewitt; document production, WIN items, DJJ CalPAP stats for May | .7 |
| 6/15/09 | review correspondence:, Rodriquez, Hoffman, court materials, Huey | .4 |
| 6/16/09 | review correspondence: Huey, Renteria, Grunfeld, Nylund | .5 |

| | | |
|---|---|---|
| 6/21/09 | Telephone: Morrison; review materials | 1.1 |
| 6/25/09 | Review Plaintiff response to Youth Handbook; and correspondence: Renteria, Kendrick | .5 |
| 6/29/09 | Review correspondence/materials: Prewitt, Renteria | .3 |
| | | 19.8 |
| | | 7.5 * |

*7.5 hrs. @ $90/hr. = $675 and 19.8 hrs. @ $200/hr. = $3,960

**$4,635.00**

* Denotes travel time @ $90/hr.

**Expenses for June 2009**

| | | |
|---|---|---|
| 6/8/09 | Seaplane from Deer Harbor to Lake Union/Seattle | 109.00 |
| 6/8/09 | Shuttle from Lake Union to Seatac | 15.00 |
| 6/8/09 | Air from Seattle to San Francisco | 247.00 |

| | | |
|---|---|---|
| 6/8/09 | Taxi from Airport to Hotel | 46.00 |
| 6/8/09 | lunch and Dinner | 37.99 |
| 6/9/09 | Hotel: one night | <u>149.98</u><br>504.97 |

Fees and Expenses for June: $4,635 + $ 504.97 = **$ 5,139.97**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:  51-0433003**

**Fees for June 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 6/5/09 | Telephone conference w/C. Riveland and defendants | 0.3 |
| 6/8/09 | Review and analyze materials in preparation for ADA issues mediation | 6.0 |
| 6/9/09 | Travel between San Anselmo and San Francisco | 2.1* |
| 6/9/09 | Participate in mediation concerning ADA issues | 8.0 |
| 6/11/09 | Email communication w/defendants re: WIN; interview officer of the day and review RTCA packet | 1.1 |
| 6/15/09 | Review email communication | 0.1 |



| 6/16/09 | Review and respond to email communication; review disability and mental health documents; telephone conference w/defendants | 1.7 |
| 6/17/09 | Travel between San Anselmo and Sacramento | 3.5* |
| 6/17/09 | Participate in all-parties' meeting concerning WIN database, regulations, and victims' services | 3.9 |
| 6/19/09 | Review and respond to email communication | 0.2 |
| 6/20/09 | Telephone conference w/defendants re: *Comito*, Board Orders, mentally ill parolees | 0.3 |
| 6/22/09 | Telephone conference w/C. Riveland | 0.2 |
| 6/23/09 | Review OSM report in preparation for meetings | 0.9 |
| 6/24/09 | Conference w/defendants re: OSM report | 1.7 |

Total...........................................................................................

$$24.4 \text{ X } \$200/\text{hour} = \$ 4,880$$
$$5.6 \text{ X } \$ 90/\text{hour} = \$ 504$$
$$\$ 5,384$$

* denotes travel time at lower rate

## Disbursements/Expenses for June 2009

| Date | Activity | |
|------|----------|--|
| **Amount** | | |
| 5/20-21/09 | Meals during parties' meetings (not previously billed) | 15.22 |

| | | |
|---|---|---|
| 6/9/09 | Mileage and tolls for round-trip travel between San Anselmo and San Francisco (42 miles @ 55 cents per mile) | 28.10 |
| 6/9/09 | Parking during San Francisco meetings | 21.00 |
| 6/17/09 | Mileage and tolls for round-trip travel between San Anselmo and Sacramento (190 miles @ 55 cents per mile) | 112.50 |

Total...................................................................................................**$ 176.82**

**Total Fees and Expenses: $ 5,560.82**