| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>GEOFFREY HOLTZ – 191370<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY C. GRUNFELD – 121944<br>MARIA V. MORRIS – 223903<br>SHIRLEY HUEY – 224114<br>ELIZABETH H. ENG – 239265<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, California 94104<br>Telephone: (415)543-3379 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>        Defendants.[1] | Case No. 2:06-CV-02042-LKK-GGH<br><br>**STIPULATION AND ORDER REQUIRING DEFENDANTS TO TAKE IMMEDIATE STEPS TO IDENTIFY AND TRACK JUVENILE PAROLEES WITH DISABILITIES AND EFFECTIVE COMMUNICATION NEEDS** |

---

[1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant to Fed. R. Civ. P. 25.

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, this Court's Order of January 29, 2008, Docket No. 266, and the Stipulated Order for Permanent Injunctive Relief ("Injunction"), Docket No. 438, require Defendants to identify, track, and accommodate juvenile parolees with disabilities and effective communication needs in parole revocation proceedings; and

 WHEREAS, the Injunction further requires Defendants to meet strict time frames for providing information about juvenile parolees' disabilities and effective communication needs in parole revocation proceedings; and

 WHEREAS, with the assistance of the Office of the Special Master, the parties have met and conferred on numerous occasions to determine methods to expeditiously and efficiently identify and track juvenile parolees with disabilities and effective communication needs; and

 WHEREAS, reviewing juvenile parolees' field files and relevant electronic databases will assist Defendants' efforts to meet their duties under the Injunction and the Court's January 29, 2008 Order; and

 WHEREAS, without prejudice to either party's positions taken in the meet and confer and mediation discussions;

 NOW THEREFORE, subject to the approval of this Court, the parties to the above-captioned case, through their attorneys of record, hereby stipulate and agree as follows:

1.  On or before November 30, 2009, the Division of Juvenile Parole Operations, by and through its staff, shall conduct an initial one-time comprehensive field file and electronic database review of all juvenile parolees in the community or in custody pending revocation for disability and effective communication needs, and complete an initial Disability Effective Communication Summary Report using the form and instructions attached hereto as Exhibit A and an initial WIN summary in a form to be finalized but similar to the WDP form attached hereto as Exhibit B.

2.  On or before September 30, 2009, the Division of Juvenile Parole Operations shall conduct training for all staff involved in completion of the initial field file review on how to complete this review and the Disability Effective Communication Summary Report, with Plaintiffs' counsel in observance.

1

PDF created with pdfFactory trial version www.pdffactory.com

3. Two weeks prior to the commencement of the first day of this field file training, Defendants shall provide to Plaintiffs' counsel the written and/or electronic materials to be used in the training for their prompt review and comment.

IT IS SO STIPULATED:

Dated: June 30, 2009                    ROSEN, BIEN & GALVAN, LLP

                                        By: */s/ Gay C. Grunfeld*
                                            Gay C. Grunfeld
                                            Attorneys for Plaintiffs

Dated: June 30, 2009                    HANSON BRIDGETT LLP

                                        By: */s/ S. Anne Johnson*
                                            S. Anne Johnson
                                            Attorneys for Defendants

### ORDER

The Court, having reviewed the above Stipulation of the parties, and good cause appearing, hereby orders that Defendants, their agents, employees, and successors in office shall comply with all of the terms stated above.

IT IS SO ORDERED.

Dated: July 7, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

STIPULATION AND [PROPOSED] ORDER REQ'G DEFS. TO TAKE IMMEDIATE STEPS TO IDENTIFY & TRACK

PDF created with pdfFactory trial version www.pdffactory.com