1  BINGHAM McCUTCHEN LLP                    ROSEN, BIEN & GALVAN, LLP
   GEOFFREY HOLTZ – 191370                  MICHAEL W. BIEN – 096891
2  Three Embarcadero Center                 GAY C. GRUNFELD – 121944
   San Francisco, California 94111-4067     MARIA V. MORRIS – 223903
3  Telephone: (415) 393-2000                SHIRLEY HUEY – 224114
                                            ELIZABETH H. ENG – 239265
4                                           315 Montgomery Street, Tenth Floor
                                            San Francisco, California 94104
5                                           Telephone: (415) 433-6830

6  PRISON LAW OFFICE                        YOUTH LAW CENTER
   DONALD SPECTER – 83925                   SUSAN L. BURRELL – 074204
7  SARA NORMAN – 189536                     CAROLE SHAUFFER – 100226
   1917 Fifth Street                        CORENE KENDRICK – 226642
8  Berkeley, California 94710-1916          200 Pine Street, 3rd Floor
   Telephone: (510) 280-2621                San Francisco, California 94104
9  Facsimile:   (510) 280-2704             Telephone: (415) 543-3379

10 Attorneys for Plaintiffs

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13 L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of      Case No. 2:06-CV-02042-LKK-GGH
   themselves and all other similarly situated juvenile parolees
14 in California,                                             **ORDER CONFIRMING**
                                                             **UNDISPUTED FEES AND COSTS**
15              Plaintiffs,                                   **FOR THE FIRST QUARTERLY**
                                                             **STATEMENT OF 2009**
16         v.

17 ARNOLD SCHWARZENEGGER, Governor, State of
   California, MATTHEW CATE, Secretary, California
18 Department of Corrections and Rehabilitation ("CDCR");
   SCOTT KERNAN, Undersecretary of Operations, CDCR;
19 BERNARD WARNER, Chief Deputy Secretary of the
   Division of Juvenile Justice; RACHEL RIOS, Director,
20 Division of Juvenile Parole Operations; MARTIN HOSHINO,
   Executive Officer of the Board of Parole Hearings ("BPH");
21 ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON,
   HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH
22 COMPTON, ROBERT CAMERON, JOYCE ARREDONDO,
   MARY SCHAMER, and TRACEY ST. JULIEN,
23 Commissioners and Board Representatives; CHUCK SUPPLE,
   Executive Officer of the Juvenile Parole Board; CDCR;
24 DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE
   HEARINGS; and the JUVENILE PAROLE BOARD,
25              Defendants.[1]

26

27 _____

28 [1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant
   to Fed. R. Civ. P. 25.

PDF created with pdfFactory trial version www.pdffactory.com

1      In a February 11, 2009 Order, this Court established procedures by which plaintiffs are to

2 collect periodic attorneys' fees and costs in this case in connection with their post-judgment

3 work, including for all fee and expense requests from June 5, 2008 forward.

4      Pursuant to these procedures, plaintiffs delivered by hand-delivery their Quarterly

5 Statement for the first quarter of 2009 covering the period January 1 – March 31, 2009 to

6 defendants on April 29, 2009.  Defendants submitted their objections to plaintiffs' statement on

7 May 29, 2009.  The parties completed their meet and confer on July 21, 2009, and reached an

8 agreement, as reflected in Exhibit A.

9      Defendants do not dispute the balance of $585,791.39 in fees and expenses for post-

10 judgment work for the Quarterly Statement for the period January 1, 2009 – March 31, 2009.

11      The parties agree to the total payment of $585,791.39 in undisputed fees and costs for

12 post-judgment work for the period January 1, 2009 through March 31, 2009, which will become

13 due and owing forty-five days from the entry of this Order.

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR Q1 2009 QUARTERLY STATEMENT

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY ORDERED that plaintiffs' fees and costs of $585,791.39, plus interest,

2  are due and collectable as of forty-five (45) days from the date of entry of this Order.  Interest on

3  these fees and costs will run from June 1, 2009 accruing at the rate provided by 28 U.S.C.

4  § 1961.

5

6  IT IS SO ORDERED.

7

8  Dated: July 29, 2009

9

10

11  LAWRENCE K. KARLTON
     SENIOR JUDGE
12  UNITED STATES DISTRICT COURT

13

14

15  APPROVED AS TO FORM:

16  Dated:  July 23, 2009                          HANSON BRIDGETT LLP

17

18                                                 */s/ S. Anne Johnson*
                                                   S. Anne Johnson
19                                                 Attorneys for Defendants

20

21  Dated:  July 23, 2009                          ROSEN, BIEN & GALVAN, LLP

22

23                                                 */s/ Gay Crosthwait Grunfeld*
                                                   Gay Crosthwait Grunfeld
24                                                 Attorneys for Plaintiffs

25

26

27

28

2

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR Q1 2009 QUARTERLY STATEMENT