UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

    Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of July, 2009. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

    Chase Riveland
    <u>L.H.</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

1

1 | the amount of $4,715.90 in accordance with the attached statement;
2 | and
3 |     2.  A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: August 3, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
  Plaintiffs,
   v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
  Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of July 1 through July 31, 2009.

Chase Riveland, Special Master
  Services        $ 1,740.00
  Disbursements     $   -0-

    Total amount due        **$ 1,740.00**

Virginia Morrison, Deputy Special Master
  Services        $ 2,885.00
  Disbursements     $     90.90
    Total amount due        **$ 2,975.90**


  TOTAL AMOUNT TO BE REIMBURSED    **$ 4,715.90**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

Chase Riveland             August 3, 2009
Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO:    Ms. Susan Peterson, Financial Administrator

FROM:  /S/ *Chase Riveland*
       Chase Riveland, Special Master, *L.H.*

Date:  August 3, 2009

RE:    Reimbursement for fees and disbursements expended during the period ending July 31, 2009.

Please send the check to the following individual for the amount indicated.

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA  98243

Amount to be reimbursed: **$ 4,715.90**

*L.H. et al. v. Schwarzenegger et al.*                      No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for July 2009**

| Date | Description | Hours |
|---|---|---|
| 7/1/09 | Review Plaintiff and Defendant draft stipulations, Plaintiff observation of parole proceedings; correspondence: Wilson, Renteria, Eng | .9 |
| 7/2/09 | Prepare billings for OSM team for June ad forward to parties and Court | .8 |
| 7/6/09 | Review correspondence: Morrison, Renteria, Morris | .2 |
| 7/7/09 | Review correspondence: Morris, telephone: Morrison | .2 |
| 7/8/09 | Review regulations dashboard; correspondence: Renteria, Morrison | .7 |
| 7/10/09 | Review DJJ statistics for June | .6 |
| 7/14/09 | Review correspondence: Renteria, Eng, Prewitt, Grunfeld, Morrison | .7 |
| 7/16/09 | Review correspondence: Grunfeld, letter re: ADA discussions | .2 |
| 7/20/09 | Review correspondence: Prewitt, Morrison | .1 |
| 7/21/09 | Review correspondence: Morrison, Renteria; ADA policies | 1.2 |
| 7/23/09 | Review correspondence: Renteria, Kendrick, Morrison, Brady | .2 |
| 7/24/09 | Review correspondence: Kendrick, Renteria, Morrison | .3 |
| 7/26/09 | Review correspondence/materials: Morrison, Kendrick | .3 |
| 7/29/09 | Review correspondence: Renteria; review draft defendant DJJ forms | .9 |
| 7/31/09 | Review correspondence/materials; prepare OSM team billing | <u>1.4</u> |
|  |  | 8.7 |

* 0 hrs. @ $90/hr. = $-0- and 8.7 hrs. @ $200/hr. = $1,740.00

* Denotes travel time @ $90/hr.

**Expenses for July 2009**

no expenses for July

Fees and Expenses for June: $-0-+ $1,740.00 = **$ 1,740.00**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for July 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 7/5/09 | Review and analyze hearing tapes and documents | 3.7 |
| 7/6/09 | Review email communication and documents | 0.25 |
| 7/7/09 | Travel between San Anselmo and Oakland for NIC hearing | 1.1* |
| 7/7/09 | Observe proceedings at Oakland parole unit | 0.3 |
| 7/15/09 | Travel between San Anselmo and Dublin for hearings | 2.4* |
| 7/15/09 | Observe proceedings at Santa Rita County Jail | 5.3 |
| 7/23/09 | Review email communication | 0.1 |
| 7/30/09 | Review and respond to email communication; review materials concerning ADA policies, victims services, and monthly production | 3.2 |

Total............................................................................

```
        12.85   X $200/hour = $ 2,570
         3.5    X $ 90/hour = $   315
                              $   2,885
```

* denotes travel time at lower rate

## Disbursements/Expenses for July 2009

| Date | Activity | Amount |
|---|---|---|
| 7/7/09 | Mileage and tolls for round-trip travel between San Anselmo and Oakland (64 miles @ 55 cents per mile) | 35.20 |
| 7/15/09 | Mileage and tolls for round-trip travel between San Anselmo and Dublin (94 miles @ 55 cents per mile) | 55.70 |

Total......................................................................................$ 90.90

**Total Fees and Expenses:  $ 2,975.90**