UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

        Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of August, 2009. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

1  the amount of $9,257.37 in accordance with the attached statement;
2  and
3      2.  A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED: September 4, 2009.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
    Plaintiffs,
        v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of August 1 through August 31, 2009.

Chase Riveland, Special Master
    Services                  $ 4,413.00
    Disbursements        $ 1,245.25

        Total amount due                **$ 5,658.25**

Virginia Morrison, Deputy Special Master
    Services                  $ 2,910.00
    Disbursements        $   689.12
        Total amount due                **$ 3,599.12**

    TOTAL AMOUNT TO BE REIMBURSED      **$ 9,257.37**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

September 2, 2009

Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO:      Ms. Susan Peterson, Financial Administrator

FROM:   /S/ *Chase Riveland*
         Chase Riveland, Special Master, *L.H.*

Date:    September 2, 2009

RE:     Reimbursement for fees and disbursements expended during the period ending August 31, 2009.


Please send the check to the following individual for the amount indicated.

        Chase Riveland
        L.H. Special Master
        5714 Deer Harbor Road
        Box 367
        Deer Harbor, WA   98243

                Amount to be reimbursed: **$ 9,257.37**

*L.H. et al. v. Schwarzenegger et al.*        No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for August 2009**

| Date | Description | Hours |
|---|---|---|
| 8/3/09 | Review correspondence: Renteria, Brady, Kendrick, Morrison, | .6 |
| 8/4/09 | Review correspondence/materials: Renteria, Brady; review draft ADA P & P's | 1.1 |
| 8/5/09 | Travel: Deer Harbor to Sacramento | 7.5 * |
| 8/6/09 | Meet w/ L.H. Task Force, meet with Judge Karlton ; meet w/ Warner, meet w/Tebrock, meet w/Eric S , review communication/materials; draft regs | 4.9 |
| 8/6/09 | Travel to DJJ and return | .7 * |
| 8/7/09 | Travel Sacramento to Deer Harbor | 7.5 * |
| 8/8/09 | Telephone: Morrison; review correspondence | 1.1 |
| 8/10/09 | review correspondence/materials: Huey, Renteria, Morrison | .5 |
| 8/11/09 | Review correspondence materials: | .4 |
| 8/14/09 | Review: Plaintiff Hoffman report re: Santa Rita and miscellaneous correspondence | .9 |
| 8/17/09 | Telephone: Morrison; review correspondence/materials: Prewitt, Morrison, Brady, Siber, Eng; review Plaintiff responses to regs., DJJ statistics for July | 1.4 |
| 8/21/09 | Review Plaintiff comments re: Defendant July document production, and their comments re: follow up issues; correspondence from Kendrick, Eng, Prewitt | .8 |
| 8/24/09 | Correspondence: Grunfeld; Plaintiff comments re: policy drafts | .9 |
| 8/25/09 | Review correspondence: Eng, Kendrick; Plaintiff review of ADA policies | .6 |

| | | |
|---|---|---|
| 8/27/09 | Review correspondence/materials: Eng, Renteria, Morrison, Rodriguez | .6 |
| 8/31/09 | Review correspondence and materials: Perwitt, Hoffman; Draft policies | .9 |
| | | 15.0 |
| | | 15.7 * |

\* 15.7 hrs. @ $90/hr. = $1,413 and 15 hrs. @ $200/hr. = $3,000
Total fees: **$4,413**

\* Denotes travel time @ $90/hr.

### Expenses for August 2009

| | | |
|---|---|---|
| 8/5/09 | Airfare: Deer Harbor to Seattle (roundtrip) | 218.00 |
| 8/5/09 | Airfare: Seattle to Sacramento (roundtrip) | 440.00 |
| 8/5/09 | Shuttle: Lake Union to Seatac | 15.00 |
| 8/5/09 | Lunch and dinner | 32.98 |
| 8/6/09 | Breakfast, lunch and dinner | 51.97 |
| 8/7/09 | Hotel: 2 nights | 236.98 |
| 8/7/09 | Night parking: 2 nights | 32.00 |
| 8/7/09 | Rental car: 2 ½ days | 143.90 |
| 8/7/09 | Taxi: Seatac to Lake Union | 48.00 |

| | | |
|---|---|---|
| 8/7/09 | Breakfast and lunch | 26.42 |
| | | 1,245.25 |

Fees and Expenses for June: $1,245.25+ $ 4,413= **$ 5,658.25**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for August 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 8/2/09 | Travel from San Anselmo to Ontario for site visit | 5.5* |
| 8/2/09 | Review email communication and documents | 0.7 |
| 8/3/09 | Observe hearings at Stark; review and respond to email communication | 6.0 |
| 8/3/09 | Travel between Ontario, Chino and San Anselmo | 6.5* |

| Date | Description | Hours |
|---|---|---|
| 8/4/09 | Review email communication | 0.1 |
| 8/5/09 | Review and respond to email communication | 0.1 |
| 8/6/09 | Review and respond to email communication | 0.25 |
| 8/7/09 | Review email communication | 0.1 |
| 8/8/09 | Telephone conference w/C. Riveland | 0.5 |
| 8/10/09 | Telephone conference w/defendants | 0.25 |
| 8/14/09 | Review plaintiffs' report | 0.2 |
| 8/18/09 | Review and respond to email communication; review documents | 0.3 |
| 8/20/09 | Review correspondence | 0.1 |
| 8/23/09 | Review documents; review and respond to email communication | 0.1 |
| 8/26/09 | Telephone conference w/C. Riveland; review email communication | 0.2 |
| 8/28/09 | Review JSTS materials | 0.25 |

Total............................................................................................

```
9.15  X $200/hour = $ 1,830
12    X $ 90/hour = $ 1,080
                    $ 2,910
```

* denotes travel time at lower rate

## Disbursements/Expenses for August 2009

| Date | Activity | Amount |
|---|---|---|
| 8/3/09 | Airport parking for Stark visit | 27.60 |
| 8/3/09 | Airfare for Stark visit | 419.20 |
| 8/3/09 | Rental car and gas for Stark visit | 99.58 |
| 8/3/09 | Hotel for Stark visit | 111.37 |
| 8/3/09 | Meals during Stark visit | 31.37 |

Total……………………………………..………………$ 689.12

**Total Fees and Expenses:   $ 3,599.12**