UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

        Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of September, 2009. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

1

1. the amount of $4,415.12 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

    IT IS SO ORDERED.

    DATED: October 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
    Plaintiffs,
        v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of September 1 through September 30, 2009.

Chase Riveland, Special Master
    Services                  $ 2,000.00
    Disbursements        $  -0-

        Total amount due                **$ 2,000.00**

Virginia Morrison, Deputy Special Master
    Services                  $ 1,832.00
    Disbursements        $   583.12

        Total amount due                **$ 2,415.12**

    TOTAL AMOUNT TO BE REIMBURSED      **$ 4,415.12**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

                                  October 1, 2009

Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *L.H.*

Date: October 1, 2009

RE: Reimbursement for fees and disbursements expended during the period ending September 30, 2009.

Please send the check to the following individual for the amount indicated.

>   Chase Riveland
>   L.H. Special Master
>   5714 Deer Harbor Road
>   Box 367
>   Deer Harbor, WA   98243

Amount to be reimbursed: **$ 4,415.12**

*L.H. et al. v. Schwarzenegger et al.*     No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

### Fees for September 2009

| Date | Description | Hours |
|---|---|---|
| 9/3/09 | Correspondence: Eng, Prewitt; review draft stipulation | 1.1 |
| 9/8/09 | Correspondence: Renteria, Eng, Huey, Nylund, Grunfeld, Hoffman | 1.2 |
| 9/9/09 | Correspondence: Renteria, Huey | .4 |
| 9/10/09 | Telephone: Bien, Grunfeld; correspondence: Brady, Renteria | .8 |
| 9/11/09 | Review DJJ statistics for August; correspondence: Prewitt | .7 |
| 9/13/09 | Review correspondence/materials: Renteria, Morrison, Jones, Eng, Hoffman, Brady, Kendrick; Draft Regs from Defendants, Plaintiff' monitoring tour observations of 8/13/09 | 1.6 |
| 9/16/09 | Telephone w/all parties; review correspondence/materials: | 1.1 |
| 9/17/09 | Review: Defendant transportation memos; correspondence: Renteria | .3 |
| 9/21/09 | Review Plaintiff comments on draft regulations, review correspondence: Stilber | .6 |
| 9/22/09 | Review correspondence: Eng, Renteria, | .2 |
| 9/23/09 | Correspondence: Eng, Hoffman; telephone: Brady | .4 |
| 9/27/09 | Correspondence: Renteria; telephone: Morrison | .4 |
| 9/28/09 | Correspondence: Eng | .1 |
| 9/30/09 | Correspondence: Eng, Brady, Renteria; review draft regulations | <u>1.1</u> |
| | | 10 |

\* 0 hrs. @ $90/hr. = $-0- and 10 hrs. @ $200/hr. = <u>$ 2,000.00</u>

\* Denotes travel time @ $90/hr.

**Expenses for September 2009**

Fees and Expenses for June: $-0-+ $ 2,000 = **$ 2,000.00**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for September 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 9/1/09 | Telephone conferences and email communication w/defendants | 0.4 |
| 9/2/09 | Review and respond to email communication; telephone conferences w/OSM and defendants | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 9/9/09 | Review email communication | 0.1 |
| 9/10/09 | Review and respond to email communication; telephone conference w/C. Riveland | 0.3 |
| 9/14/09 | Review documents | 0.2 |
| 9/15/09 | Travel from San Anselmo to Los Angeles (1/2 of travel time for two matters) | 2.1* |
| 9/16/09 | Observe exit interview, revocation hearing, probable cause hearings at Los Angeles County Jail; all-parties' telephone conference; telephone conference w/defendants | 4.7 |
| 9/18/09 | Travel from Santa Clarita to San Anselmo (1/2 of travel time for two matters) | 2.7* |
| 9/23/09 | Review parties' correspondence | 0.3 |
| 9/27/09 | Telephone conference w/C. Riveland | 0.1 |
| 9/28/09 | Review training materials | 0.2 |

Total..................................................................................

```
7    X $200/hour = $ 1,400
4.8  X $ 90/hour = $   432
                   $ 1,832
```

* denotes travel time at lower rate

## Disbursements/Expenses for September 2009

| Date | Activity | Amount |
|---|---|---|
| 9/16/09 | Airfare for Los Angeles area visits (1/2) | 328.60 |
| 9/16/09 | Meals during LACJ visit | 6.00 |
| 9/16/09 | Hotel for LACJ visit, including parking | 195.12 |
| 9/16/09 | Parking at LACJ | 8.00 |
| 9/18/09 | Rental car for LACJ visit (1/3) | 28.49 |
| 9/18/09 | Airport parking (1/3) | 16.91 |

Total..........................................................................$ !The **Formula Not In Table**

**Total Fees and Expenses: $ 2,415.12**