1  BINGHAM McCUTCHEN LLP                    ROSEN, BIEN & GALVAN, LLP
   GEOFFREY HOLTZ – 191370                  MICHAEL W. BIEN – 096891
2  Three Embarcadero Center                 GAY C. GRUNFELD – 121944
   San Francisco, California 94111-4067     MARIA V. MORRIS – 223903
3  Telephone: (415) 393-2000                SHIRLEY HUEY – 224114
                                            ELIZABETH H. ENG – 239265
4                                           315 Montgomery Street, Tenth Floor
                                            San Francisco, California 94104
5                                           Telephone: (415) 433-6830

6  PRISON LAW OFFICE                        YOUTH LAW CENTER
   DONALD SPECTER – 83925                   SUSAN L. BURRELL – 074204
7  SARA NORMAN – 189536                     CAROLE SHAUFFER – 100226
   1917 Fifth Street                        CORENE KENDRICK – 226642
8  Berkeley, California 94710-1916          200 Pine Street, 3rd Floor
   Telephone: (510) 280-2621                San Francisco, California 94104
9  Facsimile:  (510) 280-2704               Telephone: (415) 543-3379

10  Attorneys for Plaintiffs

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13  L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of        Case No. 2:06-CV-02042-LKK-GGH
    themselves and all other similarly situated juvenile parolees
14  in California,                                              **ORDER CONFIRMING
                                                                UNDISPUTED FEES AND COSTS**
15              Plaintiffs,                                      **FOR THE SECOND QUARTERLY**
                                                                **STATEMENT OF 2009**
16       v.

17  ARNOLD SCHWARZENEGGER, Governor, State of
    California, MATTHEW CATE, Secretary, California
18  Department of Corrections and Rehabilitation ("CDCR");
    SCOTT KERNAN, Undersecretary of Operations, CDCR;
19  BERNARD WARNER, Chief Deputy Secretary of the
    Division of Juvenile Justice; RACHEL RIOS, Director,
    Division of Juvenile Parole Operations; MARTIN HOSHINO,
20  Executive Officer of the Board of Parole Hearings ("BPH");
    ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON,
21  HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH
    COMPTON, ROBERT CAMERON, JOYCE ARREDONDO,
22  MARY SCHAMER, and TRACEY ST. JULIEN,
    Commissioners and Board Representatives; CHUCK SUPPLE,
23  Executive Officer of the Juvenile Parole Board; CDCR;
    DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE
24  HEARINGS; and the JUVENILE PAROLE BOARD,

25              Defendants.[1]

26

27  ─────────────────────────

28  [1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant
    to Fed. R. Civ. P. 25.

PDF created with pdfFactory trial version www.pdffactory.com

1    In a February 11, 2009 Order, this Court established procedures by which plaintiffs are to

2    collect periodic attorneys' fees and costs in this case in connection with their post-judgment

3    work, including for all fee and expense requests from June 5, 2008 forward.

4    Pursuant to these procedures, plaintiffs delivered by hand-delivery their Quarterly

5    Statement for the second quarter of 2009 covering the period April 1 – June 30, 2009 to

6    defendants on July 23, 2009.  Defendants submitted their objections to plaintiffs' statement on

7    August 24, 2009.  The parties completed their meet and confer on September 30, 2009, and

8    reached an agreement, as reflected in Exhibit A.

9    Defendants do not dispute the balance of $444,940.29 and expenses for post-judgment

10   work for the Quarterly Statement for the period April 1 – June 30, 2009.

11   The parties agree to the total payment of $444,940.29 in undisputed fees and costs for

12   post-judgment work for the period April 1, 2009 through June 30, 2009, which will become due

13   and owing forty-five days from the entry of this Order.

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR Q2 2009 QUARTERLY STATEMENT

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY ORDERED that plaintiffs' fees and costs of $444,940.29, plus interest,

2 are due and collectable as of forty-five (45) days from the date of entry of this Order.  Interest on

3 these fees and costs will run from August 24, 2009 accruing at the rate provided by 28 U.S.C.

4 § 1961.

5

6 IT IS SO ORDERED.

7

8 Dated:  November 2, 2009

9

10
                            LAWRENCE K. KARLTON

11
                            SENIOR JUDGE

12
                            UNITED STATES DISTRICT COURT

13

14

15 APPROVED AS TO FORM:

16 Dated:  October 20, 2009                    HANSON BRIDGETT LLP

17
                            */s/ S. Anne Johnson*

18
                            S. Anne Johnson
                            Attorneys for Defendants

19

20 Dated:  October 20, 2009                    ROSEN, BIEN & GALVAN, LLP

21

22
                            */s/ Gay Crosthwait Grunfeld*

23
                            Gay Crosthwait Grunfeld
                            Attorneys for Plaintiffs

24

25

26

27

28

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR Q2 2009 QUARTERLY STATEMENT

PDF created with pdfFactory trial version www.pdffactory.com