UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

        Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of October, 2009. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

1

1 the amount of $26,502.22 in accordance with the attached statement;
2 and
3     2.  A copy of this order shall be served on the financial
4 department of this court.
5     IT IS SO ORDERED.
6     DATED: November 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
  Plaintiffs,
    v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
  Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of October 1 through October 31, 2009.

Chase Riveland, Special Master
  Services       $ 4,986.00
  Disbursements    $   -0-

    Total amount due      **$ 4,986.00**

Virginia Morrison, Deputy Special Master
  Services       $ 21,216.00
  Disbursements    $      297.22

    Total amount due      **$ 21,516.22**

  TOTAL AMOUNT TO BE REIMBURSED  **$ 26,502.22**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

               November 1, 2009

Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *L.H.*

Date: November 1, 2009

RE: Reimbursement for fees and disbursements expended during the period ending October 31, 2009.

Please send the check to the following individual for the amount indicated.

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA  98243

Amount to be reimbursed: **$ 26,502.22**

*L.H. et al. v. Schwarzenegger et al.*　　　　No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

### Fees for October 2009

| Date | Description | Hours |
|---|---|---|
| 10/1/09 | Review Defendant compliance report; review Plaintiff summary letter, monitoring report of San Jose parole office and Monterey Co. jail; correspondence: Brady, Grunfeld; preparation of OSM September billing | 3.8 |
| 10/2/09 | Correspondence: Prewitt, Morrison; review DJJ rev extension report | .7 |
| 10/6/09 | Correspondence: Hoffman, CAED, Renteria, Eng | .3 |
| 10/7/09 | Correspondence: Brady, Grunfeld, Renteria | .2 |
| 10/9/09 | Correspondence: Huey, Eng, Hoffman; review Plaintiff Stark tour | .6 |
| 10/12/09 | Correspondence: McPherson; review DJJ charts | .9 |
| 10/13/09 | Correspondence: Eng, Morrison | .2 |
| 10/15/09 | Correspondence: Eng, Renteria, Nylund | .3 |
| 10/16/09 | Correspondence: Eng, Morrison; review DJJ statistics for September; review defendant's latest compliance report | 1.7 |
| 10/17/09 | Correspondence: Renteria, Nylund, Morrison Eng; review proposed changes to CCR 4961-4963 | .8 |
| 10/18/09 | Telephone: Morrison, Brady; review materials from this round | 3.9 |
| 10/20/09 | Correspondence: Brady, Morrison, Eng, Renteria, review materials for this round | 2.4 |
| 10/22/09 | Correspondence: Renteria, Hoffaman, Brady | .9 |
| 10/23/09 | Correspondence: Morrison, Denz, Hoffman, Brady, Stilber. Review document production | 1.8 |

| Date | Description | Hours |
|---|---|---|
| 10/24/09 | OSM report review and production. Telephone: Morrison, OSM report review | 2.8 |
| 10/25/09 | OSM report and review and filing | 3.6 |
| 10/30/09 | Correspondence: Eng, Harrison, Hoover; telephone: Morrison | .3 |
| | | 24.93 |

Fees for October: 24.93 x $ 200/hr. = $ 4,986.00

\* Denotes travel time @ $90/hr.

## Expenses for October 2009

No expenses for October

Fees and Expenses for October: $ -0-+ $ 4,986.00 = **$ 4,986.00**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for October 2009**

| Date | Activity | Time/Hours |
|------|----------|------------|
| 10/2/09 | Review and analyze documents; draft OSM report | 1.8 |
| 10/3/09 | Review and analyze documents; draft OSM report; email communication with parties | 3.7 |
| 10/4/09 | Review and analyze documents | 2.2 |
| 10/5/09 | Review and analyze documents | 2.7 |
| 10/6/09 | Review documents | 0.25 |
| 10/8/09 | Travel from San Francisco to Sacramento | 1.8* |
| 10/9/09 | Travel within Sacramento and from Sacramento to San Anselmo | 2.3* |
| 10/9/09 | Attend CalPAP training | 7.1 |
| 10/14/09 | Review and analyze documents | 6.2 |
| 10/15/09 | Observe Defendants' stakeholders' meeting; review email communication; review and analyze documents | 5.9 |

| Date | Description | Hours |
|---|---|---|
| 10/16/09 | Review and analyze documents | 9.0 |
| 10/18/09 | Telephone conference w/C. Riveland; review and analyze documents | 4.3 |

| Date | Description | Hours |
|---|---|---|
| 10/19/09 | Review and respond to email communication; review and analyze documents; draft OSM report sections | 8.7 |
| 10/20/09 | Review and respond to email communication; review and analyze documents; telephone conference w/CalPAP | 5.8 |
| 10/21/09 | Review and analyze documents; draft OSM report sections; email communication | 9.1 |
| 10/22/09 | Review and analyze documents; draft OSM report sections; telephone conferences w/CalPAP, defendants and C. Riveland | 10.0 |
| 10/23/09 | Review and analyze documents; draft OSM report sections; telephone conference w/C. Riveland; review and respond to email communication | 6.6 |
| 10/24/09 | Review and analyze documents; draft OSM report sections | 6.0 |
| 10/25/09 | Review and analyze documents; draft OSM report sections; email communication w/ C. Riveland | 11.7 |
| 10/27/09 | Telephone conference and email communication w/plaintiffs | 1.3 |
| 10/29/09 | Participate in Defendants' stakeholders meeting; telephone conference w/defendants | 1.8 |
| 10/30/09 | Review email communication | 0.1 |

Total..........................................................................................

104.25  X $200/hour = $ 20,850
4.1  X $ 90/hour =  $    369
**$ 21,219**

* denotes travel time at lower rate

## Disbursements/Expenses for October 2009

| Date | Activity | Amount |
|---|---|---|
| 10/08/09 | Meals in Sacramento | 37.80 |
| 10/09/09 | Sacramento hotel | 143.07 |
| 10/09/09 | Mileage within Sacramento and between Sacramento to San Anselmo, and tolls (197 miles at 55 cents per mile) | 116.35 |

Total.................................................................................$ 297.22

**Total Fees and Expenses: $21,516.22**