

FILED

DEC - 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

        Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH

O R D E R

    Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of November, 2009. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

1

the amount of $15,062.41 in accordance with the attached statement; and

    2.  A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: December 1, 2009.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
    Plaintiffs,
       v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of November 1 through November 30, 2009.

Chase Riveland, Special Master
    Services                  $ 5,734.00
    Disbursements       $ -0-

        Total amount due              **$ 5,734.00**

Virginia Morrison, Deputy Special Master
    Services                  $ 9,001.00
    Disbursements       $ 327.41

        Total amount due              **$ 9,328.41**

    TOTAL AMOUNT TO BE REIMBURSED      **$ 15,062.41**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

December 1, 2009

Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *L.H.*

Date: December 1, 2009

RE: Reimbursement for fees and disbursements expended during the period ending November 30, 2009.

Please send the check to the following individual for the amount indicated.

> Chase Riveland
> L.H. Special Master
> 5714 Deer Harbor Road
> Box 367
> Deer Harbor, WA 98243

Amount to be reimbursed: **$ 15,062.41**

*L.H. et al. v. Schwarzenegger et al.*     No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for November 2009**

| Date | Description | Hours |
|---|---|---|
| 11/2/09 | Correspondence: Huey, Brady, court filings, | .5 |
| 11/3/09 | Correspondence: Morrison, Brady; meet w/Brady, Renteria, Chen, Warner, Judge Karlton | 2.6 |
| 11/3/09 | Travel to DJJ and return | .6 * |
| 11/6/09 | Correspondence: Morrison, Hoffman, Deniz ; review CalPAP DJJ statistics for October | 1.1 |
| 11/9/09 | Correspondence: Nylund, Grunfeld, Eng. Morrison | .3 |
| 11/11/09 | Correspondence: Morrison, Grunfeld, Bien, Brady, Chen | .3 |
| 11/12/09 | Correspondence: Morrison, Court documents, Stilber, Hoffmann; review Plaintiffs comments on OSM draft 3, review Plaintiffs comments regarding Defendants self-audit tools | 2.9 |
| 11/13/09 | Correspondence: Chen, Busch, Deniz; review Defendant response to OSM 3d draft | 1.8 |
| 11/17/09 | Correspondence: Huey, Morrison; review Plaintiff report on parole proceedings at SF Co. Jail | 1.1 |
| 11/18/09 | Correspondence: Morrison, Eng, Chen; review Defendant decision review Board orders, review letter of agreement for 2010 monitoring agreement | 1.2 |
| 11/19/09 | Correspondence: Morrison, Chen | .1 |
| 11/20/09 | Correspondence: Morrison, Eng, Deniz; review DJJ statistics for October from CalPAP | .9 |
| 11/21/09 | Telephone: Morrison, review responses to parties' replies to OSM draft report | 1.4 |

| Date | Description | Hours |
|---|---|---|
| 11/23/09 | Review parties written concerns re: OSM draft<br>Telephone conference w/Defendants re: OSM draft report;<br>Telephone conference w/Parties re: miscellaneous issues<br>Telephone conference w/Plaintiffs re: OSM draft report | 8.5 |
| 11/24/09 | Correspondence: Chen, Cooppan, Eng, Morrison | .3 |
| 11/25/09 | Final review of OSM 3d report and send to Court;<br>Correspondence: Eng, Morrison, Chen, Nylund; review<br>followup materials from meet and confer | 3.9 |
| 11/30/09 | Correspondence: Morrison; review court document; prepare and<br>file OSM team billing for November | <u>1.6</u><br>28.5<br>.6 * |

Fees for November: .6 x $90/hr. = $54 + 28.4 x $ 200/hr. = $5,680

Total = <u>$5,734</u>

\* Denotes travel time @ $90/hr.

**Expenses for October 2009**

    No expenses for November

Fees and Expenses for November: $ -0- + $5,734.00 = **$ 5,734.00**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for November 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 11/9/09 | Email communication w/parties; telephone conference w/defendants; review plaintiffs' correspondence | 0.5 |
| 11/10/09 | Telephone conference w/defendants | 0.6 |
| 11/11/09 | Telephone conferences w/CalPAP and plaintiffs; review email communication and documents | 1.5 |
| 11/11/09 | Travel from San Anselmo to Sutter Creek for Preston visit | 2.6* |
| 11/12/09 | Participate in Preston site visit | 6.8 |
| 11/12/09 | Travel from Sutter Creek to Ione to San Anselmo | 3.4* |
| 11/16/09 | Review parties' comments on OSM report; revise OSM report | 1.8 |

| Date | Description | Hours |
|---|---|---|
| 11/17/09 | Review parties' comments on OSM report; revise OSM report; review correspondence concerning self-monitoring; email communication w/parties | 0.7 |
| 11/18/09 | Review and respond to email communication | 0.25 |
| 11/19/09 | Participate in defendants' stakeholders' meeting | 0.9 |
| 11/20/09 | Review and respond to email communication; download JSTS documents; review parties' comments on OSM report; revise OSM report | 2.6 |
| 11/21/09 | Review and respond to email communication; review parties' comments on OSM report; revise OSM report; telephone conference w/C. Riveland; review recent documents | 8.3 |
| 11/23/09 | Round-trip travel between San Anselmo and San Francisco | 1.9* |
| 11/23/09 | Participate in conferences with parties re: OSM report and policy and procedures negotiations; review and respond to email communication | 7.2 |
| 11/24/09 | Analyze documents; revise OSM report; review and respond to email communication | 5.3 |
| 11/25/09 | Telephone conference w/C. Riveland; review and respond to email communication; review and analyze documents | 2.2 |
| 11/30/09 | Round-trip travel between San Anselmo and Oakland | 1.5* |
| 11/30/09 | Conference w/all parties re: videoconferencing equipment; review documents | 1.3 |

Total.................................................................................

41.45 X $200/hour = $ 8,290.00

$$7.9 \times \$ 90/\text{hour} = \$ \quad 711.00$$
$$\$ 9,001.00$$

\* denotes travel time at lower rate

### Disbursements/Expenses for November 2009

**Date**          **Activity**
**Amount**

| Date | Activity | Amount |
|---|---|---|
| 11/12/09 | Mileage and tolls between San Anselmo, Sutter Creek and Ione (258 miles @ 55 cents per mile) | 149.90 |
| 11/12/09 | Hotel for Preston visit | 89.31 |
| 11/23/09 | Parking for San Francisco meetings | 22.00 |
| 11/23/09 | Mileage and tolls between San Anselmo and San Francisco (40 miles @ 55 cents per mile) | 27.00 |
| 11/30/09 | Mileage and tolls between San Anselmo and Oakland (64 miles @ 55 cents per mile) | 39.20 |

Total………………………………………...……………..……$    327.41

**Total Fees and Expenses: $ 9,328.41**