UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

       NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                              O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.

    Dean J. Ugboajah, an inmate in state prison has filed, in the above-captioned matter, what appears to be a letter directed to Governor Schwarzenegger. Although this letter includes the case number for the above-captioned matter, it does not appear to bear any connection with this case. Accordingly, the court disregards this letter.

    IT IS SO ORDERED.

    DATED: December 30, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1