UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

        Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of December, 2009. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

    Chase Riveland
    L.H. Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

1

Case 2:06-cv-02042-LKK-DAD   Document 562   Filed 01/07/10   Page 2 of 11

1 the amount of $22,977.50 in accordance with the attached statement;
2 and
3     2.  A copy of this order shall be served on the financial
4 department of this court.
5     IT IS SO ORDERED.
6     DATED: January 5, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
  Plaintiffs,
    v.

        No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
  Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of December 1 through December 31, 2009.

Chase Riveland, Special Master
  Services       $ 6.246.00
  Disbursements    $ 1,311.33

    Total amount due      **$ 7,557.33**

Virginia Morrison, Deputy Special Master
  Services       $ 14,266.00
  Disbursements    $ 1,154.17

    Total amount due      **$ 15,420.17**

  TOTAL AMOUNT TO BE REIMBURSED  **$ 22,977.50**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

            January 1, 2010

Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *L.H.*

Date: January 1, 2010

RE: Reimbursement for fees and disbursements expended during the period ending December 31, 2010.

Please send the check to the following individual for the amount indicated.

    Chase Riveland
    L.H. Special Master
    5714 Deer Harbor Road
    Box 367
    Deer Harbor, WA   98243

Amount to be reimbursed: **$ 22,977.50**

*L.H. et al. v. Schwarzenegger et al.*           No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

### Fees for December 2009

| Date | Description | Hours |
|---|---|---|
| 12/2/09 | Correspondence: Chen, review Decision Review Board materials | .5 |
| 12/3/09 | Correspondence: Chen: Responses to Plaintiffs' letters | .4 |
| 12/7/09 | Correspondence: Chen, Eng, Morrison, Brady | .2 |
| 12/10/09 | Meet w/Brady; meet w/Morrison; observe DJJ DC training; correspondence: Kendrick, Brady, Grunfeld; telephone: Morrison, Warner | 4.8 |
| 12/10/09 | Travel to meetings | .4 * |
| 12/12/09 | Review materials for meet and confers | 2.5 |
| 12/13/09 | Travel: Deer Harbor to San Francisco | 7.5 * |
| 12/14/09 | Meet w/Morrison; meet w/all parties; review correspondence: Grunfeld | 8.6 |
| 12/15/09 | Review correspondence: Kendrick, Burrell | .2 |
| 12/15/09 | Travel: San Francisco to Deer Harbor | 7.5 * |
| 12/18/09 | Telephone: Tebrock, Morrison | .4 |
| 12/19/09 | Telephone: Rice, Morrison | .4 |
| 12/21/09 | Review materials/correspondence: Kogen, Chen; review: Defendant simplified forms | .8 |
| 12/22/09 | Review/correspondence: Morrison, McPherson; review DJJ stats for November | 1.1 |
| 12/23/09 | Review correspondence/materials: Harrison Chen: copies of audit tools; review plaintiff response to Defendants instructional material s and revised regulations | 1.3 |

| | | |
|---|---|---|
| 12/24/09 | Review: Grunfeld summary of psych agreement | .3 |
| 12/28/09 | Review Defendants final audit tools | .7 |
| 12/29/09 | Correspondence: Chen; telephone Morrison | .5 |
| 12/31/09 | Review correspondence/materials: Chen, Morrison, Brady, court documents; draft decision review policy | <u>1.6</u><br>24.3<br>15.4 * |

Fees for December: 15.4 X $90 = $ 1,386 and 24.3x $ 200/hr. = $ 4,860

Total fees: <u>$6,246</u>

\* Denotes travel time @ $90/hr.

**Expenses for December 2009**

| | | |
|---|---|---|
| 12/13/09 | Airfare : Deer Harbor to Seattle and return | 218.00 |
| 12/13/09 | Shuttle to Seatac airport | 15.00 |
| 12/13/09 | Airfare: Seattle to San Francisco and return | 402.00 |
| 12/13/09 | Taxi: SF airport to Omni hotel | 42.00 |

| 12/13/09 | Lunch and dinner | 42.98 |
| 12/14/09 | breakfast and dinner | 38.99 |
| 12/15/09 | Breakfast, lunch | 28.97 |
| 12/15/09 | Hotel: 2 nights | 432.89 |
| 12/15/09 | Taxi to SF airport | 42.50 |
| 12/15/09 | Taxi: Seatac to Lake Union | <u>48.00</u> |
|  |  | $1,311.33 |

Fees and Expenses for November: $1,311.33 + -$.00 = <u>$</u>

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for December 2009**

| Date | Activity | Time/Hours |
| --- | --- | --- |
| 12/1/09 | Review and respond to email communication | 0.1 |
| 12/3/09 | Review and respond to email communication | 0.25 |
| 12/4/09 | Review and respond to email communication | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 12/7/09 | Review documents; review and respond to email communication | 0.3 |
| 12/7/09 | Travel from San Anselmo to Sacramento [divided between two matters] | 0.8* |
| 12/8/09 | Travel within Sacramento | 0.8* |
| 12/8/09 | Observe trainings; prepare documents for next day's training | 6.5 |
| 12/9/09 | Travel within Sacramento | 0.8* |
| 12/9/09 | Observe trainings; prepare video materials for next day's training | 9.7 |
| 12/10/09 | Travel within Sacramento and from Sacramento to San Anselmo | 1.5* |
| 12/10/09 | Observe trainings; conferences w/C. Riveland and CalPAP | 6.3 |
| 12/12/09 | Telephone conference w/OSM | 0.2 |
| 12/13/09 | Review JSTS data and documents for meet and confer session | 0.75 |
| 12/14/09 | Conferences w/C. Riveland; participate in all-parties meeting | 8.2 |
| 12/14/09 | Round-trip travel between San Anselmo and San Francisco | 1.6* |
| 12/15/09 | Telephone conference w/plaintiffs; email communication w/defendants; review and analyze JSTS data | 1.75 |
| 12/16/09 | Review and respond to email communication | 0.2 |
| 12/17/09 | Review and respond to email communication | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 12/18/09 | Telephone conference w/C. Riveland | 0.25 |
| 12/19/09 | Telephone conference w/C. Riveland; review and analyze JSTS material for site visits | 1.2 |
| 12/20/09 | Travel from San Anselmo to Bakersfield [divided with another matter] | 2.5* |
| 12/21/09 | Site visit at Bakersfield parole unit | 2.9 |
| 12/21/09 | Travel from WSP to Bakersfield parole unit | 0.7* |
| 12/22/09 | Observe proceedings at LACJ | 1.5 |
| 12/23/09 | Travel between Los Angeles, Covina and Riverside | 1.7* |
| 12/23/09 | Site visits to Covina and Inland parole units | 6.2 |
| 12/27/09 | Travel from Riverside to Camarillo | 2.0* |
| 12/28/09 | Conduct site visits at Ventura YCF and San Fernando Valley parole unit, including facilities tour, parolee and staff interviews, and file review | 8.1 |
| 12/28/09 | Travel between Camarillo, Panorama City, and San Anselmo [divided with another matter] | 4.25* |
| 12/29/09 | Telephone conferences w/OSM | 1.3 |
| 12/30/09 | Conduct site visit at San Jose parole unit, including file review, staff interviews, and observing NIC hearing | 6.4 |
| 12/30/09 | Travel between San Anselmo and San Jose | 2.75* |

Total…………………………………………………………………………..

      62.6  X $200/hour = $ 12,520
      19.4  X $ 90/hour = $  1,746
                            $ 14,266

\* denotes travel time at lower rate

### Disbursements/Expenses for December 2009

| Date | Activity | Amount |
|---|---|---|
| 12/10/09 | Hotel for Sacramento trainings [divided between two matters] | 153.44 |
| 12/10/09 | Mileage and tolls between San Anselmo and Sacramento and within Sacramento, divided between two matters (total: 225 miles at 55 cents per mile) | 65.87 |
| 12/10/09 | Meals during Sacramento stay for *LH* trainings 12/7-12/10 | 132.86 |
| 12/14/09 | Mileage and tolls for round-trip travel between San Anselmo and San Francisco (40 miles @ 55 cents per mile) | 27.00 |
| 12/14/09 | Parking for San Francisco meetings | 22.00 |
| 12/21/09 | Hotel for Bakersfield site visits [divided between two matters] | 21.91 |
| 12/23/09 | Hotel and parking for Los Angeles and Riverside counties' site visits [divided between two matters] | 186.29 |
| 12/28/09 | Hotel for Ventura site visit | 129.90 |
| 12/28/09 | Meals during 12/21 through 12/28 site visits | 67.50 |

| | | |
|---|---|---:|
| 12/28/09 | Mileage and tolls between San Anselmo, Bakersfield, Los Angeles, Covina, Riverside, Ventura, Panorama City and return [portion assigned to another matter] (628 miles @ 55 cents per mile) | 347.40 |

Total..............................................................................$ 1,154.17

**Total Fees and Expenses:   $ 15,420.17**