UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

       NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

 v.                            O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
                            /

    On May 22, 2008, the court referred this case to a special master. (Doc. 394.) Defendants were ordered to deposit $250,000 into an account that would be used to compensate the special master, and to bring the balance back to $250,000 when the account balance falls below $125,000. Order of Jun. 20, 2008 (Doc. No. 416) (establishing fund); Order of July 3, 2008 (Doc. No. 420) (approving defendants' ex parte request to modify fund procedures). The special master has informed the court that the account balance

1

has fallen to approximately $104,000.  Defendants are hereby ordered to deposit with the clerk of the court, within 30 days of the date of this Order, funds sufficient to bring the account balance back to $250,000.

IT IS SO ORDERED.

DATED: January 20, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2