1  BINGHAM McCUTCHEN LLP  ROSEN, BIEN & GALVAN, LLP
   GEOFFREY HOLTZ – 191370  MICHAEL W. BIEN – 096891
2  Three Embarcadero Center  GAY C. GRUNFELD – 121944
   San Francisco, California 94111-4067  MARIA V. MORRIS – 223903
3  Telephone:  (415) 393-2000  SHIRLEY HUEY – 224114
                               ELIZABETH H. ENG – 239265
4                              315 Montgomery Street, Tenth Floor
                               San Francisco, California  94104
5                              Telephone:  (415) 433-6830

6  PRISON LAW OFFICE  YOUTH LAW CENTER
   DONALD SPECTER – 83925  SUSAN L. BURRELL – 074204
7  SARA NORMAN – 189536  CAROLE SHAUFFER – 100226
   1917 Fifth Street  CORENE KENDRICK – 226642
8  Berkeley, California 94710-1916  200 Pine Street, 3rd Floor
   Telephone:  (510) 280-2621  San Francisco, California  94104
9  Facsimile:    (510) 280-2704  Telephone:  (415) 543-3379

10  Attorneys for Plaintiffs

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13  L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of    Case No. 2:06-CV-02042-LKK-GGH
    themselves and all other similarly situated juvenile parolees
14  in California,                                           **ORDER CONFIRMING**
                                                             **UNDISPUTED FEES AND COSTS**
15              Plaintiffs,                                  **FOR THE THIRD QUARTERLY**
                                                             **STATEMENT OF 2009**
16          v.

17  ARNOLD SCHWARZENEGGER, Governor, State of
    California,  MATTHEW CATE, Secretary, California
18  Department of Corrections and Rehabilitation ("CDCR");
    SCOTT KERNAN, Undersecretary of Operations, CDCR;
19  BERNARD WARNER, Chief Deputy Secretary of the
    Division of Juvenile Justice; RACHEL RIOS, Director,
20  Division of Juvenile Parole Operations; MARTIN HOSHINO,
    Executive Officer of the Board of Parole Hearings ("BPH");
21  ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON,
    HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH
22  COMPTON, ROBERT CAMERON, JOYCE ARREDONDO,
    MARY SCHAMER, and TRACEY ST. JULIEN,
23  Commissioners and Board Representatives; CHUCK SUPPLE,
    Executive Officer of the Juvenile Parole Board; CDCR;
24  DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE
    HEARINGS; and the JUVENILE PAROLE BOARD,
25              Defendants.[1]

26
27  _____

28  [1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant
    to Fed. R. Civ. P. 25.

PDF created with pdfFactory trial version www.pdffactory.com

1    In a February 11, 2009 Order, this Court established procedures by which plaintiffs are to
2    collect periodic attorneys' fees and costs in this case in connection with their post-judgment
3    work, including for all fee and expense requests from June 5, 2008 forward.

4    Pursuant to these procedures, plaintiffs delivered by hand-delivery their Quarterly
5    Statement for the third quarter of 2009 covering the period July 1 – September 30, 2009 to
6    defendants on November 5, 2009.  Defendants submitted their objections to plaintiffs' statement
7    on December 1, 2009.  The parties completed their meet and confer on December 30, 2009, and
8    reached an agreement, as reflected in Exhibit A.

9    Defendants do not dispute the balance of $206,235.18 in fees and expenses for post-
10   judgment work for the Quarterly Statement for the period July 1, 2009 – September 30, 2009.

11   The parties agree to the total payment of $206,235.18 in undisputed fees and costs for
12   post-judgment work for the period July 1, 2009 through September 30, 2009, which will become
13   due and owing forty-five days from the entry of this Order.

14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

1

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY ORDERED that plaintiffs' fees and costs of $206,235.18, plus interest,

2    are due and collectable as of forty-five (45) days from the date of entry of this Order.  Interest on

3    these fees and costs will run from December 6, 2009 accruing at the rate provided by 28 U.S.C.

4    § 1961.

5

6    IT IS SO ORDERED.

7

8    Dated:  January 21, 2010

9

10                                                   LAWRENCE K. KARLTON

11                                                   SENIOR JUDGE
                                                     UNITED STATES DISTRICT COURT
12

13

14
     APPROVED AS TO FORM:
15
     Dated:  January 19, 2010                        HANSON BRIDGETT LLP
16

17                                                   /s/ S. Anne Johnson

18                                                   S. Anne Johnson
                                                     Attorneys for Defendants
19

20
     Dated:  January 15, 2010                        ROSEN, BIEN & GALVAN, LLP
21

22                                                   /s/ Gay Crosthwait Grunfeld

23                                                   Gay Crosthwait Grunfeld
                                                     Attorneys for Plaintiffs
24

25

26

27

28

                                                   2

PDF created with pdfFactory trial version www.pdffactory.com