UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

      Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

      Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of January, 2010. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

1

1  the amount of $8,587.15 in accordance with the attached statement;
2  and
3      2.   A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED: January 5, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
  Plaintiffs,
    v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
  Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of January 1 through January 31, 2010.

Chase Riveland, Special Master
  Services       $ 4,809.00
  Disbursements    $    886.45

    Total amount due       **$ 5,695.45**

Virginia Morrison, Deputy Special Master
  Services       $ 2,819.00
  Disbursements    $      72.70

    Total amount due       **$ 2,891.70**

  TOTAL AMOUNT TO BE REIMBURSED  **$ 8,587.15**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

           February 1, 2010

Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *L.H.*

Date: February 1, 2010

RE: Reimbursement for fees and disbursements expended during the period ending January 31, 2010.

Please send the check to the following individual for the amount indicated.

> Chase Riveland
> L.H. Special Master
> 5714 Deer Harbor Road
> Box 367
> Deer Harbor, WA   98243
>
> Amount to be reimbursed: **$ 8,587.15**

*L.H. et al. v. Schwarzenegger et al.*      No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

### Fees for January 2010

| Date | Description | Hours |
|---|---|---|
| 1/4/10 | Review correspondence: Kogen, Chen, Morrison | .3 |
| 1/6/10 | Review correspondence/materials: Chen, Hoffmann; response re: instructional materials; letter re: video conferencing | .5 |
| 1/7/10 | Review correspondence/materials: Rice, Morrison, Huey, Chen, Brady; telephone: Morrison | .8 |
| 1/8/10 | Review materials/correspondence: McPherson; CalPAP Comito and other objections | 2.1 |
| 1/10/10 | Travel: Deer Harbor to San Francisco | 7.5 * |
| 1/11/10 | Meet and Confer w/all parties; review correspondence/materials: Krogen, Morrison | 4.3 |
| 1/12/10 | Travel: San Francisco to Deer Harbor | 7.5 * |
| 1/13/10 | Telephone Morrison; correspondence/review materials: Chen; review ADA labor notice | 1.9 |
| 1/13/10 | Travel to three sites | 1.1 * |
| 1/15/10 | Correspondence: Stilber, Chen, Morrison; review draft stipulation, draft McPherson Addendum; telephone: Brady, Mathews (court) | .8 |
| 1/19/10 | review correspondence: Kogen; meet w/ Morrison | 1.0 |
| 1/21/10 | review correspondence: Chen, draft Matrix materials | .5 |
| 1/22/10 | review correspondence: Coopan, draft Spanish translated forms | .5 |
| 1/25/10 | Correspondence: Morrison, Brady, Grunfeld, Eng, Kogen, Chen, Fostr; Review matrix issues | .6 |
| 1/26/10 | Correspondence: Morrison, Chen, Eng; review draft regulations, draft letters | .9 |

| | | |
|---|---|---:|
| 1/28/10 | Correspondence: Chen, Huey, Morrison, Eng, Campos; review Jail connectivity report | .8 |
| 1/29/10 | Correspondence: Correspondence: Morrison, McPherson, Kendrick; review DJJ statistics for December; review Plaintiff memo re: matrix definitions | <u>1.8</u> |
| | | 16.8 |
| | * | 16.1 |

Fees for December:* 16.1 hrs.X $90 = $1,449 and 16.8 hrs. @ $200/hr. = **$ 4,809**

\* Denotes travel time @ $90/hr.

## Expenses for January 2010

| | | |
|---|---|---:|
| 1/10/10 | Airfare : Deer Harbor to Seattle and return | 218.00 |
| 1/10/10 | Shuttle to Seatac airport | 15.00 |
| 1/10/10 | Airfare: Seattle to San Francisco and return | 402.00 |
| 1/10/10 | Taxi: SF airport to hotel | 42.00 |
| 1/10/10 | Lunch and dinner | 45.98 |
| 1/11/10 | breakfast and dinner | 38.99 |
| 1/11/10 | taxi to Court, to RBG, to hotel | 39.00 |
| 1/12/10 | Breakfast, lunch | 26.98 |
| 1/12/10 | Taxi to SF airport | 42.50 |

| Date | Activity | Amount |
|---|---|---|
| 1/12/10 | POV to and from Eastsound airport/Deer Harbor 26 miles @ .50/mile | 13.00 |
| 1/12/10 | Taxi: Seatac to King Co. Airport | 42.00 |
| | | $ 886.45 |

Fees and Expenses for November: $ 886.45 + $4,809= **$ 5,695.45**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for January 2010**

| Date | Activity | Time/Hours |
|---|---|---|
| 1/4/10 | Review draft decision review policy; review and make notes on JSTS reports | 1.2 |
| 1/5/10 | Conferences w/defendants re: JSTS and OSM | 3.1 |
| 1/5/10 | Travel between Sacramento and San Anselmo [divided between two matters, less time spent on substantive matters] | 1.1* |
| 1/6/10 | Telephone conference and email communication w/defendants re: JSTS, matrix | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 1/7/10 | Telephone conference w/OSM; telephone conference-stakeholders' meeting; review and respond to email communication | 1.2 |
| 1/8/10 | Telephone conferences w/C. Riveland and plaintiffs; review and notate documents; review and respond to email communication | 1.25 |
| 1/12/10 | Review email communication | 0.1 |
| 1/13/10 | Telephone conference w/C. Riveland; review recently provided documents | 0.7 |
| 1/15/10 | Review JSTS reports | 0.25 |
| 1/22/10 | Review recent documents; review and respond to email communication | 3.5 |
| 1/25/10 | Review and respond to email communication | 0.2 |
| 1/26/10 | Review and respond to email communication | 0.4 |
| 1/28/10 | Telephone conference-stakeholders' meeting; review and respond to email communication | 1.1 |
| 1/29/10 | Review and respond to email communication | 0.1 |

Total..................................................................................................

       13.6   X $200/hour = $ 2,720
   *  1.1   X $ 90/hour  = $     99
                                  **$ 2,819**

* denotes travel time at lower rate

### Disbursements/Expenses for January 2010

| Date | Activity | Amount |
|---|---|---|
| 1/5/10 | Meal during Sacramento meetings [divided between two matters] | 8.95 |
| 1/5/10 | Mileage and tolls for round-trip travel between San Anselmo and Sacramento (190 miles @ 55 cents per mile)[divided between two matters] | 56.25 |
| 1/5/10 | Parking during Sacramento meetings | 7.50 |

Total..................................................................$ 72.70

**Total Fees and Expenses: $ 2,891.70**