| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>GEOFFREY HOLTZ – 191370<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY C. GRUNFELD – 121944<br>MARIA V. MORRIS – 223903<br>SHIRLEY HUEY – 224114<br>ELIZABETH H. ENG – 239265<br>SUMANA COOPPAN – 267967<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704<br>Attorneys for Plaintiffs | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, California 94104<br>Telephone: (415) 543-3379 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>Defendants.[1] | Case No. 2:06-CV-02042-LKK-GGH<br><br>**JOINT STIPULATION REGARDING MODIFICATIONS TO DIVISION OF JUVENILE JUSTICE PAROLE REVOCATION EXTENSION MATRIX** |

---

[1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant to Fed. R. Civ. P. 25.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | WHEREAS, the Stipulated Order for Permanent Injunctive Relief ("Injunction") |
| 2 | entered by this Court on October 7, 2008 requires "Defendants [to] develop sufficiently |
| 3 | specific draft Policies, Procedures, and Plans ('Policies and Procedures') that will ensure that |
| 4 | Revocation Proceedings are in continuous compliance with all of the requirements of the |
| 5 | Constitution and applicable statutes[.];" and |
| 6 | WHEREAS, the parties in the above-captioned case have met and conferred regarding |
| 7 | Defendants' Policies and Procedures issued pursuant to the Injunction; and |
| 8 | WHEREAS, without prejudice to either party's positions taken in the meet and confer |
| 9 | discussions, the parties desire to create greater certainty in the parole revocation process and |
| 10 | to narrow the differences between them; |
| 11 | NOW, THEREFORE, subject to the approval of this Court, the parties hereby |
| 12 | stipulate to the following changes to the Revocation Extension Matrix issued pursuant to the |
| 13 | Injunction: |
| 14 | **A.     Charge Code 3DE** |
| 15 | The parties agree to amend charge code 3DE to "Making body contact of a sexual |
| 16 | nature with staff, not including battery." |
| 17 | **B.     Charge Code 3G** |
| 18 | The parties agree to amend charge code 3G to "Escaping, or attempting to escape, or |
| 19 | aiding an escape from Division of Juvenile Justice custody." In addition, the parties agree to |
| 20 | remove the term "walk away" from charge codes 3GA, 3GC, and 3GE. |
| 21 | **C.     Charge Code 3LF** |
| 22 | The parties agree to amend charge code 3LF to "Gang activity resulting in the risk of |
| 23 | violence toward a staff, youth or person not in custody." |
| 24 | **D.     Charge Codes 3EA and 3EB** |
| 25 | The parties agree to amend the term "other object" to be "other object the primary |
| 26 | intent or purpose of which is to inflict injury or property damage." |
| 27 | |
| 28 | |

1

JOINT STIPULATION REGARDING MODIFICATIONS TO DIVISION OF JUVENILE JUSTICE PAROLE REVOCATION EXTENSION MATRIX, Case No. 2:06-CV-02042-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Dated: February 10, 2010                                    ROSEN, BIEN & GALVAN, LLP


                                                            By: */s/ Gay Crosthwait Grunfeld*
                                                                Gay Crosthwait Grunfeld
                                                                Attorneys for Plaintiffs

Dated: February 10, 2010                                    HANSON BRIDGETT LLP


                                                            By: */s/ S. Anne Johnson*
                                                                S. Anne Johnson
                                                                Attorneys for Defendants
                                                                Arnold Schwarzenegger, et al.


IT IS SO ORDERED.

Dated: February 12, 2010


                                                            _____
                                                            LAWRENCE K. KARLTON
                                                            SENIOR JUDGE
                                                            UNITED STATES DISTRICT COURT

2

JOINT STIPULATION REGARDING MODIFICATIONS TO DIVISION OF JUVENILE JUSTICE PAROLE REVOCATION EXTENSION MATRIX, et. Case No. 2:06-CV-02042 LKK GGH

PDF created with pdfFactory trial version www.pdffactory.com