BINGHAM McCUTCHEN LLP
GEOFFREY HOLTZ – 191370
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
MARIA V. MORRIS – 223903
SHIRLEY HUEY – 224114
ELIZABETH H. ENG – 239265
SUMANA COOPPAN – 267967
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
Attorneys for Plaintiffs

YOUTH LAW CENTER
SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
CORENE KENDRICK – 226642
200 Pine Street, 3rd Floor
San Francisco, California 94104
Telephone: (415) 543-3379

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>Defendants.[1] | Case No. 2:06-CV-02042-LKK-GGH<br><br>**JOINT STIPULATION REGARDING MODIFICATIONS TO DIVISION OF JUVENILE JUSTICE PAROLE REVOCATION EXTENSION MATRIX** |

---

[1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant to Fed. R. Civ. P. 25.

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the Stipulated Order for Permanent Injunctive Relief ("Injunction") entered by this Court on October 7, 2008 requires "Defendants [to] develop sufficiently specific draft Policies, Procedures, and Plans ('Policies and Procedures') that will ensure that Revocation Proceedings are in continuous compliance with all of the requirements of the Constitution and applicable statutes[.];" and

WHEREAS, the parties in the above-captioned case have met and conferred regarding Defendants' Policies and Procedures issued pursuant to the Injunction; and

WHEREAS, without prejudice to either party's positions taken in the meet and confer discussions, the parties desire to create greater certainty in the parole revocation process and to narrow the differences between them;

NOW, THEREFORE, subject to the approval of this Court, the parties hereby stipulate to the following changes to the Revocation Extension Matrix issued pursuant to the Injunction:

**A.     Charge Code 3DE**

The parties agree to amend charge code 3DE to "Making body contact of a sexual nature with staff, not including battery."

**B.     Charge Code 3G**

The parties agree to amend charge code 3G to "Escaping, or attempting to escape, or aiding an escape from Division of Juvenile Justice custody."  In addition, the parties agree to remove the term "walk away" from charge codes 3GA, 3GC, and 3GE.

**C.     Charge Code 3LF**

The parties agree to amend charge code 3LF to "Gang activity resulting in the risk of violence toward a staff, youth or person not in custody."

**D.     Charge Codes 3EA and 3EB**

The parties agree to amend the term "other object" to be "other object the primary intent or purpose of which is to inflict injury or property damage."

1

JOINT STIPULATION REGARDING MODIFICATIONS TO DIVISION OF JUVENILE JUSTICE PAROLE REVOCATION EXTENSION MATRIX, Case No. 2:06-CV-02042-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  February 10, 2010 | ROSEN, BIEN & GALVAN, LLP |
| | By: */s/ Gay Crosthwait Grunfeld*<br>      Gay Crosthwait Grunfeld<br>      Attorneys for Plaintiffs |
| Dated:  February 10, 2010 | HANSON BRIDGETT LLP |
| | By: */s/ S. Anne Johnson*<br>      S. Anne Johnson<br>      Attorneys for Defendants<br>      Arnold Schwarzenegger, et al. |

IT IS SO ORDERED.

Dated: February 12, 2010

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

JOINT STIPULATION REGARDING MODIFICATIONS TO DIVISION OF JUVENILE JUSTICE PAROLE REVOCATION EXTENSION MATRIX, Case No. 2:06-CV-02042 LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com