**FILED**

MAR 11 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

        Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of February, 2010. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA 98243

1

1 | the amount of $9,745.57 in accordance with the attached statement;
2 | and
3 |     2.  A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: March 10, 2010.

the amount of $9,745.57 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: March 10, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
    Plaintiffs,
        v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of February 1 through February 28, 2010.

Chase Riveland, Special Master
    Services                  $ 3,990.00
    Disbursements       $ 1.325.00

        Total amount due          **$ 5,315.00**

Virginia Morrison, Deputy Special Master
    Services                  $ 3,723.00
    Disbursements       $   707.57

        Total amount due          **$ 4,430.57**

    TOTAL AMOUNT TO BE REIMBURSED     **$ 9,745.57**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

March 3, 2010

Special Master

## OFFICE OF THE *L.H.* SPECIAL MASTER

TO:        Ms. Susan Peterson, Financial Administrator

FROM:    /S/ *Chase Riveland*
Chase Riveland, Special Master, *L.H.*

Date:     March 1, 2010

RE:        Reimbursement for fees and disbursements expended during the period ending February 28, 2010.

Please send the check to the following individual for the amount indicated.

       Chase Riveland
       L.H. Special Master
       5714 Deer Harbor Road
       Box 367
       Deer Harbor, WA   98243

                         Amount to be reimbursed: **$ 9,745.57**

*L.H. et al. v. Schwarzenegger et al.*          No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

### Fees for February 2010

| Date | Description | Hours |
|---|---|---|
| 2/3/10 | Correspondence: Morrison, Chen; review ADA policies and procedures | 1.0 |
| 2/6/10 | Correspondence: Morrison | .2 |
| 2/8/10 | Correspondence: Brady, Kogen, Eng, Chen, Burrel; review Defendant MH materials, | .8 |
| 2/10/10 | Correspondence: Brady, Eng Morrison, Chen, Foster, review court materials; review instructional materials; review McPherson forms, review: | .9 |
| 2/12/10 | Correspondence: Chen, Morrison | .1 |
| 2/17/10 | Correspondence: Morrison, Harrison, Brady, Eng; review Plaintiffs' letters re: observations | .9 |
| 2/19/10 | correspondence: Morrison, Brady, Eng, Foster; telephone: Morrison | .8 |
| 2/22/10 | Correspondence: Coopan, Grunfeld, Kogen, Morrison; review of Stipulation and materials for compliance definition meeting | 1.4 |
| 2/23/10 | Travel: Deer Harbor to San Francisco | 7.5 * |
| 2/24/10 | Meet w/Brady; Meet with both parties; meet w/Morrison; correspondence: Chen, Hoffman | 5.5 |
| 2/25/10 | Travel: San Francisco to Deer Harbor | 7.5 * |
| 2/26/10 | Correspondence: Morrison, Brady, Chen, Prewitt; review McPherson form, DJJ stats for January | 1.0 |
| 2/28/10 | Review Plaintiff Psych suspension P & P's | .6 |
| | | 13.2 |
| | | 15.0 * |

Fees for February:* 15 hrs. X $90 = $ 1,350.00 and 13.2 hrs. @ $200/hr. =2,640 $
**$3,990.00**

       * Denotes travel time @ $90/hr.

### Expenses for February 2010

| Date | Description | Amount |
|---|---|---:|
| 2/23/10 | Roundtrip airfare: Deer Harbor to Seattle | 218.00 |
| 2/23/10 | Roundtrip airfare Seattle to San Francisco | 383.00 |
| 2/23/10 | Lunch and dinner | 58.98 |
| 2/23/10 | Shuttle from Boeing field to Seatac | 10.00 |
| 2/23/10 | Taxi from SF airport to Hotel | 42.00 |
| 2/24/10 | Breakfast and dinner | 46.88 |
| 2/25/10 | Hotel: 2 nights | 456.25 |
| 2/25/10 | Taxi from hotel to SF airport | 42.00 |
| 2/25/10 | Taxi from Seatac to Boeing field | 38.00 |
| 2/25/10 | Breakfast and lunch | <u>29.89</u> |
| | | $1,325.00 |

Fees and Expenses for February: $1,325.00 + 3,990= **$ 5,315.00**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
Services rendered by Virginia Morrison
Tax #: 51-0433003

<u>Fees for February 2010</u>

| Date | Activity | Time/Hours |
|---|---|---|
| 2/3/10 | Travel between Chino and Rancho Cucamonga for proceedings at WVDC | 1.3* |
| 2/4/10 | Participate in site visits to SYCRCC and Stark | 3.8 |
| 2/4/10 | Travel between facilities and to San Anselmo [divided with another matter] | 3.1* |
| 2/7/10 | Review and respond to email communication | 0.1 |
| 2/9/10 | Travel between San Anselmo and Santa Rosa | 1.8* |
| 2/9/10 | Observe proceedings at Sonoma County Jail | 1.8 |
| 2/10/10 | Review and respond to email communication; review documents | 0.3 |
| 2/11/10 | Review JSTS reports; observe stakeholders' meeting; review and respond to email communication | 0.5 |
| 2/16/10 | Review email communication and documents | 0.3 |
| 2/17/10 | Observe proceedings at Lerdo county jail | 3.9 |
| 2/17/10 | Travel within Bakersfield for site visit | 0.3* |

| Date | Activity | Hours |
|---|---|---|
| 2/23/10 | Telephone conference w/plaintiffs | 0.2 |
| 2/24/10 | Travel between San Anselmo and San Francisco [less time spent on substantive matters] | 1.2* |
| 2/24/10 | Participate in meet and confer session re: substantial compliance; conference w/C. Riveland | 4.0 |
| 2/25/10 | Review and respond to email communication | 0.25 |

Total............................................................................................

$$15.15 \times \$200/\text{hour} = \$ 3,030.00$$
$$7.7 \times \$ 90/\text{hour} = \$ 693.00$$
$$\$ 3,723.00$$

\* denotes travel time at lower rate

## Disbursements/Expenses for February 2010

| Date | Activity | Amount |
|---|---|---|
| 2/1/10 | Airfare for Southern California site visits [divided with another matter] | 139.70 |
| 2/4/10 | Rental car and gas for Southern California site visits [divided with another matter] | 76.15 |
| 2/4/10 | Hotel for Southern California site visits [divided with another matter] | 256.42 |
| 2/4/10 | Airport parking during Southern California site visits [divided with another matter] | 22.44 |
| 2/4/10 | Mileage and tolls between San Anselmo and SFO for Southern California site visits [divided with another matter] (32 miles @ 50 cents per mile) | 18.50 |

| Date | Description | Amount |
|---|---|---|
| 2/4/10 | Meals during Southern California site visits [divided with another matter] | 100.36 |
| 2/9/10 | Mileage between San Anselmo and Santa Rosa for site visit (92 miles @ 50 cents per mile) | 46.00 |
| 2/24/10 | Parking for San Francisco meetings | 22.00 |
| 2/24/10 | Mileage and tolls between San Anselmo and San Francisco for meetings (42 miles @ 50 cents per mile | 26.00 |

Total..................................................................$ 707.57

**Total Fees and Expenses:   $ 4,430.57**