1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   L.H., A.Z., D.K., and D.R.,
     on behalf of themselves and
11   all other similarly
     situated juvenile parolees
12   in California,
                                     NO. CIV. S-06-2042 LKK/GGH
13               Plaintiffs,

14        v.                              O R D E R

15   ARNOLD SCHWARZENEGGER,
     Governor, State of
16   California, et al,

17               Defendants.
                                    /
18

19        Pursuant to the court's May 22, 2008 Order of Reference, the

20   Special Master has submitted for payment a bill for services

21   provided through the month of March, 2010.  Good cause appearing,

22   it is ORDERED that:

23        1.   The Clerk is directed to pay to:

24        Chase Riveland
          L.H. Special Master
25        5714 Deer Harbor Road, Box 367
          Deer Harbor, WA  98243
26

                                    1

1  the amount of $16,294.72 in accordance with the attached statement;
2  and
3      2.   A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED: April 5, 2010.
7
8
9                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
10                             UNITED STATES DISTRICT COURT
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

                              2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

L.H. et al.,
    **Plaintiffs,**
       **v.**

                **No. CIV S-06-2042 LKK/GGH**

Schwarzenegger et al.,
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of March 1 through March 31, 2010.

| Chase Riveland, Special Master | | |
|---|---|---|
| Services | $ 2.320 .00 | |
| Disbursements | $ -0- | |
| Total amount due | | **$2,320.00** |

| Virginia Morrison, Deputy Special Master | | |
|---|---|---|
| Services | $ 12,789.00 | |
| Disbursements | $ 1,185.00 | |
| Total amount due | | **$ 13,974.72** |

TOTAL AMOUNT TO BE REIMBURSED     **$ 16,294.72**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*

/s/ Chase Riveland

April 5, 2010

Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER

TO:        Ms. Susan Peterson, Financial Administrator

           /S/ *Chase Riveland*
FROM:      Chase Riveland, Special Master, *L.H.*

Date:      April 5, 2010

RE:        Reimbursement for fees and disbursements expended during the period
           ending March 31, 2010.

Please send the check to the following individual for the amount indicated.

           Chase Riveland
           L.H. Special Master
           5714 Deer Harbor Road
           Box 367
           Deer Harbor, WA   98243

                    Amount to be reimbursed: **$ 16,294.72**

*L.H. et al. v. Schwarzenegger et al.*          **No. CIV S-06-2042 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

## Fees for March 2010

| Date | Description | Hours |
|------|-------------|-------|
| 3/2/10 | Correspondence: Chen | .1 |
| 3/3/10 | Correspondence: Grunfeld, Chen, Morrison; review Plaitiff response to January production | .4 |
| 3/4/10 | Correspondence: Chen; review Defendant Powerpoint ADA training materials | .6 |
| 3/5/10 | Correspondence: Foster, Deniz | .2 |
| 3/9/10 | Correspondence: Chen, Morrison, Eng Brady, Coopan; review McPherson credits decision, Duals and time credits | .9 |
| 3/10/10 | Correspondence: Chen, Review Defendant letter regarding items in substantial compliance | 1.1 |
| 3/12/10 | Correspondence: Morrison, Denz; DJJ rev. extension case | .4 |
| 3/15/10 | Correspondence: Morrison, Chen, Eng; review document production, dashboard | .6 |
| 3/17/10 | Correspondence: Morrison, Chen, Brady, Eng; telephone: Brady | .9 |
| 3/18/10 | Correspondence: Chen, Eng; telephone: Morrison | .8 |
| 3/22/10 | correspondence: Huffman, Chen; review Defendant priorities | .5 |
| 3/23/10 | Correspondence: Morrison, Grunfeld; telephone: Morrison | 1.1 |
| 3/25/10 | Correspondence: Chen, Morrison; review LH policies and procedures and regulation dashboard | 1.3 |
| 3/25/10 | Correspondence: Nylund, Chen; review Defendant responses to Decision Review; telephone: Morrison | 1.1 |

| 3/29/10 | Correspondence: Chen; review Defendant response to Plaintiff Decision Review and Psych suspension | .8 |
| 3/30/10 | Correspondence: Prewitt; review: CalPAP statistics for February | .7 |
| 3/31/10 | Correspondence: Morrison; preparation of OSM team billing | .6 |
| | | 11.6 |

Fees for: March 2010  x $90/hr. = $-0- + 11.6  x $ 200/hr. = $ 2,320.00

Total = $2,320.00

* Denotes travel time @ $90/hr.

## Expenses for March 2010

No expenses for March

Fees and Expenses for March: $ -0- + $2,320.00 = $ 2,320.00

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

Fees for March 2010

| Date | Activity | Time/Hours |
|------|----------|------------|
| 3/2/10 | Review and respond to email communication | 0.1 |
| 3/4/10 | Review and respond to email communication; observe stakeholders' meeting | 1.0 |
| 3/8/10 | Prepare for next day's site visit; review and respond to email communication; review documents | 0.4 |
| 3/8/10 | Travel from San Anselmo to Los Angeles for site visits | 4.8* |
| 3/9/10 | Observe proceedings at LACJ and SYCRCC | 4.5 |
| 3/9/10 | Travel between Los Angeles, Norwalk and San Anselmo | 6.3* |
| 3/11/10 | Review documents in preparation for meeting; participate in meet and confer session | 4.6 |
| 3/11/10 | Travel between San Anselmo and San Francisco | 2.2* |
| 3/12/10 | Review and analyze documents; review and respond to email communication | 1.0 |
| 3/15/10 | Review and respond to email communication; telephone conference with plaintiffs | 0.2 |
| 3/16/10 | Review and respond to email communication; review compliance report | 1.4 |
| 3/18/10 | Observe stakeholders' meeting; telephone conferences w/C. Riveland and plaintiffs; review documents; review and respond to email communication | 2.5 |

| | | |
|---|---|---|
| 3/19/10 | Review documents | 0.2 |
| 3/20/10 | Review documents and hearing recordings | 5.6 |
| 3/21/10 | Review documents and hearing recordings; review and respond to email communication | 1.1 |
| 3/22/10 | Review and respond to email communication; conference w/defendants; review, analyze and notate documents; telephone conference w/plaintiffs | 3.3 |
| 3/22/10 | Travel from San Anselmo to Sacramento and Stockton | 2.8* |
| 3/23/10 | Observe DJF training; email communication w/parties; telephone conferences w/C. Riveland, defendants and plaintiffs | 7.2 |
| 3/23/10 | Travel within Stockton and from Stockton to Sacramento (less time spent on substantive matters) | 0.9 |
| 3/24/10 | Observe proceedings at Sacramento Main Jail and Preston; review and respond to email communication | 5.6 |
| 3/24/10 | Travel from Sacramento to Ione and San Anselmo | 4.2* |
| 3/25/10 | Participate in stakeholders' meeting; telephone conference w/defendants; review and respond to email communication; review and analyze documents | 2.2 |
| 3/26/10 | Review documents; review and respond to email communication; conference w/defendants and plaintiffs; draft correspondence | 4.9 |
| 3/26/10 | Round-trip travel between San Anselmo and San Francisco | 1.8* |
| 3/28/10 | Review and analyze documents and recordings | 3.9 |

| 3/29/10 | Observe JPB training; conference w/defendants | 3.0 |
| 3/31/10 | Review documents | 0.4 |

Total.................................................................................................

54.   X $200/hour = $10,800
22.1 X $ 90/hour = $  1,989
                    **$ 12,789**

* denotes travel time at lower rate

## Disbursements/Expenses for March 2010

| **Date** | **Activity** | |
| **Amount** | | |

| 3/9/10 | Mileage and tolls between San Anselmo and SFO for flight to site visits (64 miles @ 50 cents per mile) | 37.00 |
| 3/9/10 | Airport parking for L.A. area site visits | 18.35 |
| 3/9/10 | Airfare for L.A. area site visits | 281.40 |
| 3/9/10 | Hotel for L.A. area site visits | 145.69 |
| 3/9/10 | Rental car and gas for L.A. area site visits | 64.33 |
| 3/9/10 | Meals during L.A. area site visits | 41.36 |
| 3/9/10 | Parking during L.A. area site visits | 15.00 |
| 3/11/10 | Parking during San Francisco meetings | 22.00 |

| 3/11/10 | Mileage and tolls between San Anselmo and San Francisco (40 miles at 50 cents per mile) | 25.00 |
| 3/23/10 | Hotel for Stockton training | 109.00 |
| 3/24/10 | Parking for Sacramento observations | 6.00 |
| 3/24/10 | Meals during Stockton and Sacramento visits | 49.44 |
| 3/24/10 | Hotel for Sacramento-area visits | 139.00 |
| 3/24/10 | Mileage and tolls between San Anselmo, Sacramento, Stockton and Ione (344 miles @ 50 cents per mile) | 180.00 |
| 3/26/10 | Parking during San Francisco meetings | 24.50 |
| 3/26/10 | Mileage and tolls between San Anselmo and San Francisco (40 miles @ 50 cents per mile) | 25.00 |
| 3/29/10 | Meal during Sacramento meetings | 2.65 |

Total……………………………………………………..………………….....$ 1,185

**Total Fees and Expenses: $13,974.72**