1  BINGHAM McCUTCHEN LLP
2  GEOFFREY HOLTZ – 191370
   Three Embarcadero Center
3  San Francisco, California 94111-4067
   Telephone:  (415) 393-2000

4
5
6  PRISON LAW OFFICE
   DONALD SPECTER – 83925
7  SARA NORMAN – 189536
   1917 Fifth Street
8  Berkeley, California 94710-1916
   Telephone:  (510) 280-2621
9  Facsimile:    (510) 280-2704

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
SHIRLEY HUEY – 224114
ELIZABETH H. ENG – 239265
315 Montgomery Street, Tenth Floor
San Francisco, California 94104
Telephone:  (415) 433-6830

YOUTH LAW CENTER
SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
CORENE KENDRICK – 226642
200 Pine Street, 3rd Floor
San Francisco, California 94104
Telephone:  (415) 543-3379

9
10  Attorneys for Plaintiffs

10            IN THE UNITED STATES DISTRICT COURT

11         FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of
    themselves and all other similarly situated juvenile parolees
14  in California,

15                Plaintiffs,

16        v.

17  ARNOLD SCHWARZENEGGER, Governor, State of
    California,  MATTHEW CATE, Secretary, California
18  Department of Corrections and Rehabilitation ("CDCR");
    SCOTT KERNAN, Undersecretary of Operations, CDCR;
19  BERNARD WARNER, Chief Deputy Secretary of the
    Division of Juvenile Justice; RACHEL RIOS, Director,
20  Division of Juvenile Parole Operations; MARTIN HOSHINO,
    Executive Officer of the Board of Parole Hearings ("BPH");
21  ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON,
    HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH
22  COMPTON, ROBERT CAMERON, JOYCE ARREDONDO,
    MARY SCHAMER, and TRACEY ST. JULIEN,
23  Commissioners and Board Representatives; CHUCK SUPPLE,
    Executive Officer of the Juvenile Parole Board; CDCR;
24  DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE
    HEARINGS; and the JUVENILE PAROLE BOARD,

Defendants.[1]

Case No. 2:06-CV-02042-LKK-GGH

**ORDER CONFIRMING
UNDISPUTED FEES AND COSTS
FOR THE FOURTH QUARTERLY
STATEMENT OF 2009**

25
26
27

[1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant
28  to Fed. R. Civ. P. 25.

PDF created with pdfFactory trial version www.pdffactory.com

In a February 11, 2009 Order, this Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their post-judgment work, including for all fee and expense requests from June 5, 2008 forward.

Pursuant to these procedures and agreement between the parties, plaintiffs delivered by hand-delivery their Quarterly Statement for the fourth quarter of 2009 covering the period October 1 – December 31, 2009 to defendants on February 26, 2010.  Defendants submitted their objections to plaintiffs' statement on March 15, 2010.  The parties completed their meet and confer on April 15, 2010, and reached an agreement, as reflected in Exhibit A.

Defendants do not dispute the balance of $238,200.85 in fees and expenses for post-judgment work for the Quarterly Statement for the period October 1, 2009 – December 31, 2009.

The parties agree to the total payment of $238,200.85 in undisputed fees and costs for post-judgment work for the period October 1, 2009 through December 31, 2009, which will become due and owing forty-five days from the entry of this Order.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY ORDERED that plaintiffs' fees and costs of $238,200.85, plus interest,

2    are due and collectable as of forty-five (45) days from the date of entry of this Order.  Interest on

3    these fees and costs will run from March 29, 2010 accruing at the rate provided by 28 U.S.C.

4    § 1961.

5

6    IT IS SO ORDERED.

7

8    Dated:  April 20, 2010

9

10                                        LAWRENCE K. KARLTON

11                                        SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT
12

13

14   APPROVED AS TO FORM:

15   Dated:  April 19, 2010                    HANSON BRIDGETT LLP

16
                                               /s/ S. Anne Johnson
17                                             S. Anne Johnson
                                               Attorneys for Defendants
18

19

20   Dated:  April 15, 2010                    ROSEN, BIEN & GALVAN, LLP

21
                                               /s/ Gay Crosthwait Grunfeld
22                                             Gay Crosthwait Grunfeld
                                               Attorneys for Plaintiffs
23

24

25

26

27

28

2

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR Q4 2009 QUARTERLY STATEMENT

PDF created with pdfFactory trial version www.pdffactory.com