UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

        Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of April, 2010. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

1

1  the amount of $47,131.15 in accordance with the attached statement;
2  and
3       2.  A copy of this order shall be served on the financial
4  department of this court.
5       IT IS SO ORDERED.
6       DATED: May 3, 2010.

                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
    Plaintiffs,
        v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of April 1 through April 30, 2010.

Chase Riveland, Special Master
    Services                        $9,890.00
    Disbursements          $3,065.15

        Total amount due                      **$12,955.15**

Virginia Morrison, Deputy Special Master
    Services                        $ 33,927.00
    Disbursements          $     249.00

        Total amount due                      **$ 34,176.00**

    TOTAL AMOUNT TO BE REIMBURSED        **$ 47,131.15**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland
    Special Master

May 1, 2010

OFFICE OF THE *L.H.* SPECIAL MASTER

TO:       Ms. Susan Peterson, Financial Administrator

FROM:     /S/ *Chase Riveland*
          Chase Riveland, Special Master, *L.H.*

Date:     May 1, 2010

RE:       Reimbursement for fees and disbursements expended during the period ending April 30, 2010.

Please send the check to the following individual for the amount indicated.

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA  98243

Amount to be reimbursed: **$ 47,131.15**

*L.H. et al. v. Schwarzenegger et al.*        **No. CIV S-06-2042 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

### Fees for April 2010

| Date | Description | Hours |
|---|---|---|
| 4/5/10 | Correspondence: Deniz, Eng, Stilber, Chen, Huey; review Defendant self-monitoring protocol | .5 |
| 4/6/10 | Correspondence: Morrison, Brady, Chen; review court documents | .6 |
| 4/8/10 | Correspondence: various electronic messages; telephone: Brady | 1.1 |
| 4/9/10 | Telephone: Morrison; Correspondence: Grunfeld, Morrison; review Plaintiff draft shackling survey form | .3 |
| 4/12/10 | Correspondence: Morrison, Chen, Harrison; review Plaintiff monitoring report from SYCRCC; telephone: Morrison | 1.0 |
| 4/13/10 | Correspondence: Chen, Morrison, Grunfeld; review: NIC referral issues, SYRCC issues | .7 |
| 4/14/10 | Correspondence: Court, Hoover, Chen, Morrison | .3 |
| 4/15/10 | Correspondence: Bishop, Chen, Morrison, Brady; prepare travel plans for Sacramento and San Francisco | .6 |
| 4/16/10 | Correspondence: Morrison, Kendrick, Coopan, Brady; Telephone: Rice; review Plaintiff observations at SYCRCC | .9 |
| 4/19/10 | Correspondence: Morrison, Chen, Brady, Bien; review materials for meet and confer; review LH audit tool and good time credit draft | 2.7 |
| 4/20/10 | Travel: Deer Harbor to Sacramento | 7.5 * |
| 4/20/10 | Correspondence: Morrison, Harrison; review Plaintiff response to Defendant March document production | .8 |
| 4/21/10 | Meet w/ Morrison; meet w/all parties; meet w/ Judge Karlton | 5.3 |

| Date | Description | Hours |
|---|---|---|
| 4/21/10 | Travel to and from DJJ | .8 * |
| 4/22/10 | Travel: Sacramento to Deer Harbor | 7.5 * |
| 4/22/10 | Correspondence: Coopan, Morrison, Chen; Review: OAC audit report of CalPAP, Plaintiff documents from M&C, Defendant shackling policies | 1.9 |
| 4/23/10 | Correspondence: Chen, Morrison, Kendrick, Brady; Review Kendrick materials re: competency standards for Juveniles | 1.8 |
| 4/24/10 | Correspondence: Chen, Morrison; OSM draft 4th report | 2.8 |
| 4/25/10 | Correspondence: Morrison; OSM draft 4th report | 3.9 |
| 4/26/10 | Correspondence: Eng; review materials for meet and confer on 4/28/10 | 2.1 |
| 4/27/10 | Travel: Deer Harbor to San Francisco | 8.0 * |
| 4/28//10 | Meet w/ Morrison; meet and confer w/all parties; meet w/ Defendants; correspondence: Morrison, Chen, McPherson, Eng;review CalPAP extension data | 7.6 |
| 4/29/10 | Travel: San Francisco to Deer Harbor | 8.0 * |
| 4/29/10 | Correspondence: Chen; review Self-audit tool response | .6 |
| | | 35.5 |

Fees for: April 2010: 31* hrs. x $90/hr. = $ 2,790 + x 305.5 hrs. X $ 200/hr. = $ 7,100

Total = $ 9,890.00

* Denotes travel time @ $90/hr.

**Expenses for April 2010**

| Date | Description | Amount |
|---|---|---|
| 4/20/10 | Airfare roundtrip: Eastsound to Seattle, Lake Union | 218.00 |
| 4/20/10 | Airfare roundtrip: Seattle /Sacramento and return | 572.00 |
| 4/20/10 | Shuttle: Boeing field to Seatac | 30.00 |
| 4/20/10 | Lunch and dinner | 47.99 |
| 4/21/10 | Breakfast, lunch (Morrison, Campbell and Riveland) and dinner | 69.57 |
| 4/22/10 | Breakfast and Lunch | 28.78 |
| 4/22/10 | Hotel: 2 nights | 349.86 |
| 4/22/10 | Parking: 2 nights | 32.00 |
| 4/22/10 | Rental car: 2 days | 137.89 |
| 4/22/10 | Taxi: Seatac to Boeing field | 39.00 |
| 4/27/10 | Deer Harbor to Lake Union and return | 218.00 |
| 4/27/10 | Airfare: Seattle to San Francisco and return | 608.00 |
| 4/27/10 | Shuttle: Lake Union to Seatac | 25.00 |
| 4/27/10 | Taxi: SF airport to hotel | 46.00 |
| 4/27/10 | Lunch and dinner | 48.92 |
| 4/28/10 | Breakfast, lunch( Morrison and Riveland) and dinner | 78.98 |
| 4/29/10 | Hotel: 2 nights | 448.20 |
| 4/29/10 | Taxi: Hotel to SF airport | 46.00 |
| 4/29/10 | Breakfast, lunch | 22.96 |
| 4/29/10 | Taxi: Seatac to Lake Union | <u>44.00</u> |
| | | $ 3,065.15 |

Fees and Expenses for April: $ 9,890.00 + $3,065.15 = **$ 12,955.15**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for April 2010**

| Date | Activity | Time/Hours |
|---|---|---|
| 4/2/10 | Review and analyze documents and recordings; telephone conference w/staff candidate | 6.7 |
| 4/3/10 | Review and analyze documents and recordings | 4.25 |
| 4/4/10 | Review and analyze documents and recordings; email communication w/defendants | 1.5 |
| 4/5/10 | Review and respond to email communication; review and analyze data | 6.0 |
| 4/6/10 | Review and respond to email communication | 0.5 |
| 4/7/10 | Telephone conferences and email communication w/the parties; review and analyze documents | 2.8 |
| 4/9/10 | Telephone conference w/C. Riveland; review and respond to email communication | 2.0 |
| 4/10/10 | Review and analyze documents and recordings; email communication w/defendants and CalPAP; draft OSM report sections | 10.6 |
| 4/11/10 | Review and analyze documents; email communication w/defendants | 8.8 |

| | | |
|---|---|---|
| | and CalPAP; draft OSM report sections | |
| 4/12/10 | Review and analyze documents; email communication w/all parties; draft OSM report sections; telephone conferences w/CalPAP and defendants | 5.0 |
| 4/13/10 | Email communication w/parties; telephone conference w/C. Riveland | 2.6 |
| 4/14/10 | Review and analyze documents and recordings; email communication w/defendants | 8.2 |
| 4/15/10 | Review and analyze documents; email communication w/all parties; telephone conference w/CalPAP | 3.0 |
| 4/16/10 | Review and analyze documents; email communication w/CalPAP and defendants; telephone conference w/CalPAP; draft OSM report sections | 9.0 |
| 4/17/10 | Review and analyze documents; draft OSM report sections | 8.3 |
| 4/18/10 | Review and analyze documents; draft OSM report sections; email communication w/CalPAP | 9.7 |
| 4/19/10 | Review and analyze documents; draft OSM report sections; email communication w/defendants; telephone conference w/plaintiffs | 10.5 |
| 4/20/10 | Review and analyze documents; review and respond to email communication | 2.0 |
| 4/21/10 | Participate in all-parties meeting regarding psych suspension and decision review; review and respond to email communication; telephone conference w/C. Riveland | 5.8 |
| 4/21/10 | Travel between San Anselmo and Sacramento | 3.75* |

| Date | Description | Hours |
|---|---|---|
| 4/22/10 | Review and analyze documents; draft OSM report sections; telephone conferences w/defendants | 10.25 |
| 4/23/10 | Review and analyze documents; draft OSM report sections; review and respond to email communication w/defendants and C. Riveland | 11.0 |
| 4/24/10 | Review and analyze documents; draft OSM report sections; email communication w/defendants and C. Riveland | 11.6 |
| 4/25/10 | Review and analyze documents; finalize OSM report; email communication w/C. Riveland, CalPAP and defendants; telephone conferences w/defendants and C. Riveland | 12.4 |
| 4/26/10 | Review and respond to email communication; prepare documents for defendants; telephone conference w/defendants | 1.8 |
| 4/27/10 | Review and respond to email communication; conference w/*Farrell* Special Master; revise OSM report | 1.5 |
| 4/28/10 | Travel between San Anselmo and San Francisco | 1.8* |
| 4/28/10 | Participate in all-parties' meeting re: standards and criteria; conferences w/C. Riveland; review and analyze audit tool; review and respond to email communication | 6.4 |
| 4/29/10 | Travel between San Anselmo and Sacramento [less time spent on substantive matters] | 2.75* |
| 4/29/10 | Conferences w/defendants and P. Gray; telephone conference w/CalPAP; draft document; review and analyze audit tool | 3.7 |

Total..................................................................................

$$165.9 \times \$200/\text{hour} = \$33,180$$
$$8.3 \times \$90/\text{hour} = \$\phantom{00}747$$
$$\mathbf{\$\ 33,927}$$

\* denotes travel time at lower rate

### Disbursements/Expenses for April 2010

| Date | Activity | Amount |
|---|---|---|
| 4/21/10 | Mileage and tolls for round-trip travel between San Anselmo and Sacramento (190 miles @ 50 cents per mile) | 103.00 |
| 4/28/10 | Mileage and tolls for round-trip travel between San Anselmo and San Francisco (42 miles @ 50 cents per mile) | 26.00 |
| 4/28/10 | Parking for San Francisco meetings | 22.00 |
| 4/29/10 | Mileage and tolls for round-trip travel between San Anselmo and Sacramento (180 miles @ 50 cents per mile) | 98.00 |

Total………………………………………………………..………………….…...$ 249.00

**Total Fees and Expenses: $ 34,176**