1
2
3
4
5
6
7
8
9
10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>    Plaintiffs,<br><br> vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, MATTHEW L. CATE, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); DAVID RUNNELLS, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; CAROLINA GARCIA, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, THOMAS MARTINEZ, ASKIA ABULMAJEED, and CHUCK SUPPLE, Commissioners and Board Representatives, CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>    Defendants. | Case No. 2:06-CV-02042-LKK-GGH<br><br>**ORDER CONCERNING SPECIAL MASTER** |

PDF created with pdfFactory trial version www.pdffactory.com

On May 21, 2008, this Court ordered that a special master be appointed in this action and issued an Order of Reference defining the duties of the special master. This Court appointed Chase Riveland as special master and Virginia Morrison as deputy special master.

Special Master Chase Riveland has informed the court of his intention to retire from this action. Good cause appearing, the court will appoint Deputy Special Master Virginia Morrison to serve as special master in this action effective June 1, 2010. As of that date, Ms. Morrison shall be compensated at the rate of $200 per hour for services performed in accordance with the Order of Reference, except that she shall be compensated at the rate of $90 per hour for travel time.

In addition, the court will appoint Patricia Gray to serve as deputy special master in this action effective June 1, 2010. Ms. Gray shall be compensated at the rate of $175 per hour for services performed in accordance with the Order of Reference, except that she shall be compensated at the rate of $90 per hour for travel time. All reasonable expenses incurred in performing the duties under the Order of Reference shall be reimbursed as costs of the mastership.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Effective June 1, 2010, Virginia Morrison shall assume the duties and responsibilities of the special master in this action as indicated in this court's May 21, 2008 order and shall be compensated at the rates set forth in this order; and

2. Effective June 1, 2010, Patricia Gray shall serve as deputy special master in this action and shall be compensated at the rates set forth in this order.

Dated: May 25, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

PDF created with pdfFactory trial version www.pdffactory.com

APPROVED AS TO FORM:

Dated: May 20, 2010

                                     */s/ Gay Crosthwait Grunfeld*
                                     GAY CROSTHWAIT GRUNFELD
                                     Rosen, Bien & Galvan, LLP
                                     Attorneys for Plaintiffs

Dated: May 20, 2010

                                     */s/ Paul B. Mello*
                                     PAUL B. MELLO
                                     Hanson Bridgett LLP
                                     Attorneys for Defendants

PDF created with pdfFactory trial version www.pdffactory.com