UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

      Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

      Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of May, 2010.  Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

1

1  the amount of $21,513.33 in accordance with the attached statement;
2  and
3       2.   A copy of this order shall be served on the financial
4  department of this court.
5       IT IS SO ORDERED.
6       DATED: June 3, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
    Plaintiffs,
        v.

No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of May 1 through May 31, 2010.

Chase Riveland, Special Master
    Services                  $ 4,620.00
    Disbursements         $ -0-

        Total amount due                **$ 4,620.00**

Virginia Morrison, Deputy Special Master
    Services                  $ 16,203.00
    Disbursements         $    690.33

        Total amount due                **$ 16,893.33**

    TOTAL AMOUNT TO BE REIMBURSED      **$ 21,513.33**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland
    Special Master

June 2, 2010

OFFICE OF THE *L.H.* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *L.H.*

Date: June 2, 2010

RE: Reimbursement for fees and disbursements expended during the period ending May 31, 2010.

Please send the check to the following individual for the amount indicated.

Chase Riveland
L.H. Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA 98243

Amount to be reimbursed: **$ 21,513.33**

*L.H. et al. v. Schwarzenegger et al.*     No. CIV S-06-2042 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for May 2010**

| Date | Description | Hours |
|---|---|---|
| 5/1/10 | Correspondence: Chen, Prewitt, Morrison; review Defendants updated forms. CalPAP DJJ statistics for March; prepare OSM team billing for April | 1.6 |
| 5/3/10 | Correspondence: Chen; review Defendant updated L.H. forms, and Defendant updated process audit tool draft | 1.8 |
| 5/7/10 | Correspondence: Eng, Chen, Hoffman, Morrison; review field file and packet analysis, Plaintiff letter | .4 |
| 5/10/10 | Correspondence: Chen, Morrison, Coopan; telephone: Morrison | .8 |
| 5/14/10 | Correspondence: Bien, Morrison; review Plaintiff draft Standards and criteria memos; telephone: Morrison | .7 |
| 5/18/10 | Correspondence; Chen, Morrison, Hoffman; telephone: Morrison; review Plaintiff response to OSM report | 1.9 |
| 5/19/10 | Correspondence: Morrison; review materials for OSM report | 2.6 |
| 5/20/10 | Correspondence: Chen, Morrison, Grunfeld, Tebrock; telephone: Morrison | 1.3 |
| 5/21/10 | Correspondence: Harrison, Griffith-Reed, Morrison, Kendrick; conference call w/Plaintiffs; review: Plaintiff letter regarding NORS, Plaintiff letter re: monthly production | 3.5 |
| 5/24/10 | Review Defendant response to OSM draft report; Conference call w/Defendants re: OSM draft report | 2.1 |
| 5/25/10 | Correspondence: Morrison, Chen, Foster; OSM 4th Report; finalize and send OSM 4th Report | 3.4 |
| 5/26/10 | Correspondence: McPherson, Morrison, Prewitt, Hoffman; review DJJ CalPAP statistics for April | .9 |

| | | |
|---|---|---|
| 5/27/10 | Correspondence: Bien, Morrison; telephone conference: All parties | .5 |
| 5/31/10 | Prepare OSM team billing for May | .6 |
| | | 23.1 |

Fees for: May 2010: * 0 hrs. x $90/hr. = $ -0- + 23.1 hrs. X $ 200/hr. = $ 4,620

       Total = $ 4,620

* Denotes travel time @ $90/hr.

**Expenses for May 2010**

      -no expenses for May-

Fees and Expenses for May: $ -0- + $4,620 = **$ 4,620**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for May 2010**

| Date | Activity | Time/Hours |
|---|---|---|
| 5/6/10 | Participate in stakeholders' meeting; review and respond to email communication; review documents; revise OSM report | 2.2 |
| 5/7/10 | Round-trip travel between San Anselmo and Dublin | 2.5* |
| 5/7/10 | Attempt to observe notice service; telephone conferences w/plaintiffs; review and respond to email communication | 3.2 |
| 5/9/10 | Review and analyze documents; revise OSM report; review and respond to email communication; prepare comments on audit tool and demonstrating compliance | 5.25 |
| 5/10/10 | Round-trip travel between San Anselmo and Sacramento and within Sacramento | 3.8* |
| 5/10/10 | Conferences w/defendants re: compliance demonstration; telephone conference w/plaintiffs; review and respond to email communication | 3.7 |
| 5/11/10 | Telephone conference w/*Farrell* Special Master; review and respond to email communication | 0.5 |
| 5/12/10 | Conference w/*Farrell* Special Master | 0.25 |

| Date | Description | Hours |
|---|---|---|
| 5/13/10 | Review documents and email communication; telephone conference w/defendants | 0.5 |
| 5/14/10 | Telephone conferences w/defendants, plaintiffs and OSM re: budget proposal and JSTS; review news conference and documents re: same; draft documents and email concerning JSTS; review material concerning standards and criteria | 2.9 |
| 5/15/10 | Revise OSM report | 0.75 |
| 5/17/10 | Review and respond to email communication and parties' OSM report responses; revise OSM report | 6.7 |
| 5/18/10 | Review parties' OSM report responses; revise OSM report; telephone conferences w/C. Riveland, defendants and CalPAP; email communication w/the parties | 9.0 |
| 5/19/10 | Round-trip travel between San Anselmo and San Francisco | 2.0* |
| 5/19/10 | Conference w/all parties concerning standards and criteria; telephone conferences and email communication w/defendants and C. Riveland | 6.3 |
| 5/20/10 | Review and notate OSM report objections; conference w/C. Riveland re: same and transition; review and respond to email communication re: training, JSTS, scheduling, report revisions, court filing, and standards and criteria | 1.75 |
| 5/21/10 | Round-trip travel between San Anselmo and San Francisco | 1.8* |
| 5/21/10 | Conference w/plaintiffs re: OSM report; review and respond to email communication; review plaintiffs' correspondence; research and revise OSM report | 3.2 |
| 5/23/10 | Revise OSM report; review notes in preparation for training | 4.5 |

| Date | Activity | Hours |
|---|---|---|
| 5/23/10 | Travel from San Anselmo to Sacramento | 1.7* |
| 5/24/10 | Observe training; conferences w/defendants and OSM; analyze documents; revise OSM report | 6.75 |
| 5/24/10 | Travel within Sacramento and from Sacramento to San Anselmo | 2.4* |
| 5/25/10 | Analyze documents; revise OSM report; email communication and telephone conferences re: same | 8.8 |
| 5/26/10 | Telephone conference w/all parties re: standards and criteria; review and respond to email communication; observe legislative hearings; telephone conference w/C. Riveland; review and notate documents re: decision review and parole supervision | 4.3 |
| 5/26/10 | Travel from San Anselmo to Elk Grove for RCCC visit | 2.0* |
| 5/27/10 | Observe notice of rights at RCCC; telephone conference w/all parties | 1.25 |
| 5/27/10 | Travel within Elk Grove and return to San Anselmo [less time spent on substantive matters] | 2.5* |
| 5/28/10 | Review documents; review and respond to email communication | 0.8 |

Total..................................................................................

$$72.6 \times \$200/\text{hour} = \$ 14,520.00$$
$$18.7 \times \$ 90/\text{hour} = \$  1,683.00$$
$$\$ 16,203.00$$

* denotes travel time at lower rate

## Disbursements/Expenses for May 2010

**Date**                              **Activity**
**Amount**

| Date | Description | Amount |
|---|---|---|
| 5/7/10 | Mileage and tolls for round-trip travel between San Anselmo and Dublin (101 miles @ 50 cents per mile) | 54.50 |
| 5/10/10 | Mileage and tolls for round-trip travel between San Anselmo and Sacramento (184 miles @ 50 cents per mile) | 100.00 |
| 5/19/10 | Mileage and tolls for round-trip travel between San Anselmo and San Francisco (40 miles @ 50 cents per mile) | 25.00 |
| 5/19/10 | Parking for San Francisco meetings | 22.00 |
| 5/21/10 | Parking for San Francisco meetings | 17.50 |
| 5/21/10 | Mileage and tolls for round-trip travel between San Anselmo and San Francisco (40 miles @ 50 cents per mile) | 25.00 |
| 5/24/10 | Mileage and tolls for round-trip travel between San Anselmo and Sacramento (184 miles @ 50 cents per mile) | 100.00 |
| 5/24/10 | Hotel during Sacramento visit | 109.66 |
| 5/24/10 | Meals during Sacramento visit | 10.31 |
| 5/27/10 | Hotel for RCCC visit | 80.36 |
| 5/27/10 | Mileage and tolls for round-trip travel between San Anselmo and Elk Grove (284 miles @ 50 cents per mile) | 146.00 |

Total............................................................................................$ 690.33

**Total Fees and Expenses:    $ 16,893.33**