UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                         O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
                             /

    The "Fourth Report of the Special Master on the Status of Conditions of The Stipulated Order" was submitted by the Special Master on May 25, 2010. This report recommends that the court enter various orders regarding compliance and monitoring. Id. at 47. The parties MAY file objections to this report and these recommendations no later than twenty-one (21) days from the date of this order. See Fed. R. Civ. P. 6(a)(1), amended Dec. 1, 2009. If objections are filed, the opposing party MAY file a response no

1

1 later than seven (7) days thereafter.
2     IT IS SO ORDERED.
3     DATED: June 4, 2010.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2