UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                     O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
_____/

    Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of June, 2010. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Virginia L. Morrison
    <u>L.H.</u> Special Master
    39 Allyn Avenue
    San Anselmo, CA  94960

1

1  the amount of $19,829.71 in accordance with the attached statement;
2  and
3      2.  A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED: July 6, 2010.

            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT

2