1

2

3

4

5

6

7                         UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10   L.H., A.Z., D.K., and D.R.,
     on behalf of themselves and
11   all other similarly
     situated juvenile parolees
12   in California,
                                          NO. CIV. S-06-2042 LKK/GGH
13             Plaintiffs,

14        v.                                    O R D E R

15   ARNOLD SCHWARZENEGGER,
     Governor, State of
16   California, et al,

17             Defendants.
                                       /
18

19        On May 22, 2008, the court referred this case to a special

20   master.   (Dkt. No. 394.)   Defendants were ordered to deposit

21   $250,000 in an account that would be used to compensate the special

22   master, and to bring the balance back to $250,000 when the account

23   balance falls below $125,000.   Order of Jun. 20, 2008 (Dkt. No.

24   416) (establishing fund); Order of July 3, 2008 (Dkt. No. 420)

25   (approving defendants' ex parte request to modify fund procedures).

26   The special master has informed the court that the account balance

                                       1

1   has fallen below $125,000.   Defendants are hereby ordered to

2   deposit with the clerk of the court, within 30 days of the date of

3   this Order, funds sufficient to bring the account balance back to

4   $250,000.

5        IT IS SO ORDERED.

6        DATED: July 8, 2010.

9                              _____
                               LAWRENCE K. KARLTON
10                             SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

2