UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                            O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
_____/

    The defendants' objections to the special master's fourth report are OVERRULED.

    The special master's recommendations on page 47 of the report are ACCEPTED and APPROVED.

    IT IS SO ORDERED.

    DATED: July 22, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1