UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                                O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

    Defendants.
_____/

    On July 8, 2010, the court ordered defendants to deposit with the clerk of the court funds sufficient to bring the special master's compensation account balance back to $250,000. ECF No. 581. At approximately the same time the order was issued, defendants deposited the required funds with the clerk of court.

    For the foregoing reasons, the court WITHDRAWS its July 8, 2010 order, ECF No. 581.

////

1

1    IT IS SO ORDERED.

2    DATED: July 28, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2