1   BINGHAM McCUTCHEN LLP
   GEOFFREY HOLTZ – 191370
2   Three Embarcadero Center
   San Francisco, California 94111-4067
3   Telephone:  (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
SHIRLEY HUEY – 224114
LESLIE MEHTA – 258512
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830

5
6   PRISON LAW OFFICE
   DONALD SPECTER – 83925
7   SARA NORMAN – 189536
   1917 Fifth Street
8   Berkeley, California 94710-1916
   Telephone:  (510) 280-2621
   Facsimile:  (510) 280-2704

YOUTH LAW CENTER
SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
CORENE KENDRICK – 226642
200 Pine Street, 3rd Floor
San Francisco, California  94104
Telephone:  (415) 543-3379

10  Attorneys for Plaintiffs

11  IN THE UNITED STATES DISTRICT COURT

12  FOR THE EASTERN DISTRICT OF CALIFORNIA

13  L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of
   themselves and all other similarly situated juvenile parolees
14  in California,

       Plaintiffs,

      v.

17  ARNOLD SCHWARZENEGGER, Governor, State of
   California,  MATTHEW CATE, Secretary, California
18  Department of Corrections and Rehabilitation ("CDCR");
   SCOTT KERNAN, Undersecretary of Operations, CDCR;
19  BERNARD WARNER, Chief Deputy Secretary of the
   Division of Juvenile Justice; RACHEL RIOS, Director,
   Division of Juvenile Parole Operations; MARTIN HOSHINO,
20  Executive Officer of the Board of Parole Hearings ("BPH");
   ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON,
21  HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH
   COMPTON, ROBERT CAMERON, JOYCE ARREDONDO,
22  MARY SCHAMER, and TRACEY ST. JULIEN,
   Commissioners and Board Representatives; CHUCK SUPPLE,
23  Executive Officer of the Juvenile Parole Board; CDCR;
   DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE
24  HEARINGS; and the JUVENILE PAROLE BOARD,

25        Defendants.[1]

Case No. 2:06-CV-02042-LKK-GGH

**ORDER CONFIRMING
UNDISPUTED FEES AND COSTS
FOR THE FIRST QUARTER 2010**

---

[1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant to Fed. R. Civ. P. 25.

1    In a February 11, 2009 Order, this Court established procedures by which plaintiffs are to

2    collect periodic attorneys' fees and costs in this case in connection with their post-judgment

3    work, including for all fee and expense requests from June 5, 2008 forward.

4    Pursuant to these procedures and agreement between the parties, plaintiffs delivered by

5    hand-delivery their Quarterly Statement for the first quarter of 2010 covering the period

6    January 1, 2010 – March 31, 2010 to defendants on May 3, 2010.  Defendants submitted their

7    objections to plaintiffs' statement on May 20, 2010.  The parties completed their meet and confer

8    on July 20, 2010, and reached an agreement as to number of hours and costs incurred, but not as

9    to 2010 hourly rates (the "rates dispute").  While continuing to attempt to resolve the rates

10   dispute, the parties agreed to defer and to hold in abeyance the rates dispute for 60 days from the

11   date of entry of this Order.

12   Subject to resolution of the rates dispute, the parties agree that $251,097.92 of fees and

13   costs incurred during the First Quarter of 2010 are undisputed.  The undisputed fees are

14   calculated based on negotiated hours at the rates set forth by Judge Karlton in his March 6, 2009

15   order ("Judge Karlton rates").  Attached hereto as Exhibit A is a chart setting forth the balance

16   due for the First Quarter of 2010, which will become due and owing forty-five days from the

17   entry of this Order.  Exhibit A also reflects the remaining disputed fees, which equal the

18   difference between Plaintiff's 2010 rates and Judge Karlton rates for agreed-upon merits hours.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

1        IT IS HEREBY ORDERED that plaintiffs' fees and costs of $251,097.92, plus interest,

2 are due and collectable as of forty-five (45) days from the date of entry of this Order.  Interest on

3 these fees and costs will run from June 4, 2010 accruing at the rate provided by 28 U.S.C.

4 § 1961.

5

6 IT IS SO ORDERED.

7

8 Dated:  July 28, 2010

                          LAWRENCE K. KARLTON

9                           SENIOR JUDGE

10                           UNITED STATES DISTRICT COURT

11 APPROVED AS TO FORM:

12 Dated:  July 27, 2010                        HANSON BRIDGETT LLP

13

14                           */s/ S. Anne Johnson*

15                           S. Anne Johnson
                          Attorneys for Defendants

16

17 Dated:  July 20, 2010                        ROSEN, BIEN & GALVAN, LLP

18

19                           */s/ Gay Crosthwait Grunfeld*

20                           Gay Crosthwait Grunfeld
                          Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR Q1 2010 QUARTERLY STATEMENT
CASE NO. 2:06-CV-02042-LKK-GGH

[388238-1]