| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>Geoffrey Holtz – 191370<br>Three Embarcadero Center<br>San Francisco, California  94111-4067<br>Telephone:  (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY CROSTHWAIT GRUNFELD – 121944<br>SHIRLEY HUEY – 224114<br>LESLIE MEHTA – 258512<br>SUMANA COOPPAN – 267967<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:  (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:  (510) 280-2621 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, California  94104-2741<br>Telephone: (415) 543-3379 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California,  MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; Bernard Warner, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, Joseph Compton, ROBERT CAMERON, Joyce Arredondo, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; Chuck Supple, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>        Defendants.[1] | Case No. 2:06-CV-02042-LKK-GGH<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE A MOTION REGARDING THE DISPUTE OVER PLAINTIFFS' COUNSEL'S HOURLY RATES** |

---

[1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant to Fed. R. Civ. P. 25.

STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE A MOTION REGARDING THE DISPUTE OVER PLAINTIFFS' COUNSEL'S HOURLY RATES - CASE NO. 2:06-CV-02042-LKK-GGH

[402121-1]

WHEREAS the parties have a dispute regarding Plaintiffs' Counsel's 2010 hourly rates; and

WHEREAS in an attempt to resolve the disputed issues short of Court intervention, the parties have agreed to participate in mediation;

The parties, by and through counsel stipulate that the deadline for any motion regarding Plaintiffs' Counsel's 2010 rates shall be January 12, 2011.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  September 27, 2010

By: */s/ Samantha Wolff*
Samantha Wolff
Attorneys for Defendants

Dated:  September 28, 2010        ROSEN, BIEN & GALVAN, LLP

By: */s/ Maria V. Morris*
Maria V. Morris
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated:  September 29, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT