UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, MATTHEW L. CATE, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); DAVID RUNNELLS, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; CAROLINA GARCIA, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, THOMAS MARTINEZ, ASKIA ABULMAJEED, and CHUCK SUPPLE, Commissioners and Board Representatives, CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>            Defendants. | Case No. 2:06-CV-02042-LKK-GGH<br><br>**ORDER APPOINTING SPECIAL MASTER STAFF** |

On May 21, 2008, this Court ordered that a special master be appointed in this case and issued an Order of Reference defining the duties of the special master. Succeeding the original mastership, effective June 1, 2010, this Court appointed Virginia Morrison to serve as Special Master and Patricia Gray as Deputy Special Master.

The special master has submitted a request to employ a paralegal to assist the special master in the execution of her duties. Good cause appearing, this Court will appoint Wendell

Ricketts to serve in this capacity effective immediately. Mr. Ricketts will be compensated at the rate of thirty-five dollars ($35.00) per hour.

IT IS SO ORDERED.

Dated: October 1, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT