UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>       Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California, MATTHEW L. CATE, Secretary (A), California Department of Corrections and Rehabilitation ("CDCR"); DAVID RUNNELLS, Undersecretary, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; CAROLINA GARCIA, Director, Division of Juvenile Parole; DENNIS DULAY, Acting Deputy Director of the Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Director of the Board of Parole Hearings ("BPH"); JAMES DAVIS, Chair of the BPH; JOYCE ARREDONDO, PAUL CHABOT, JOSEPH COMPTON, SUSAN MELANSON, THOMAS MARTINEZ, ASKIA ABULMAJEED, and CHUCK SUPPLE, Commissioners and Board Representatives, CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>       Defendants. | Case No. 2:06-CV-02042-LKK-GGH<br><br><br><br>**ORDER EXTENDING TIME FOR THE FILING OF SPECIAL MASTER'S REPORT** |

On May 21, 2008, this Court ordered that a special master be appointed in this case and issued an Order of Reference defining the duties of the special master. Succeeding the original mastership, effective June 1, 2010, this Court appointed Virginia Morrison to serve as Special Master and Patricia Gray as Deputy Special Master.

The Order of Reference includes among the Special Master's duties the preparation and filing with the Court, every three to six months, reports on the status of the Defendants' compliance with the Permanent Injunction. The Special Master has requested an extension of 45 days for the filing of the Fifth Report of the Special Master.

Good cause appearing, IT IS HEREBY ORDERED THAT the Fifth Report of the Special Master shall be filed with the Court on or before January 10, 2011.


IT IS SO ORDERED.

Dated:  October 15, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**ORDER EXTENDING TIME FOR THE FILING OF SPECIAL MASTER'S REPORT**