UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                                    O R D E R

EDMUND G. BROWN, JR.,
Governor, State of
California, et al,

    Defendants.

    The court HEREBY FINDS that defendants have demonstrated substantial compliance with the following requirements:

- Timely appointment of counsel;
- At the time of attorney appointment, provision of a copy of all the evidence on which the State intends to rely or which may be exculpatory; evidence not provided with at least two days' notice shall be excluded unless the state shows good cause;

1

- Attorney will be informed of Return to Custody Assessment by the tenth business day after the hold;
- Adequate time for representation; reasonable access to clients and files; confidential phone calls and space in which to meet; observing staff cannot participate in proceedings;
- Not accepting waivers of hearing rights or the right to counsel made prior to the juvenile parolee meeting with counsel; waivers of hearings and requests for continuance must be made in writing in the presence of counsel;
- Not in custody hearings within 60 days after service and with all due process and ADA protections; and
- Revocation may be extended only after a revocation extension hearing (no time-adds or DDMS time extensions).

These requirements will therefore no longer be a primary focus of Plaintiffs' or the Special Master's monitoring unless and until it comes to the parties' or the Special Master's attention that there has been a significant decline in compliance.

IT IS SO ORDERED.

DATED: February 9, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2