| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>GEOFFREY HOLTZ – 191370<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY CROSTHWAIT GRUNFELD – 121944<br>SHIRLEY HUEY – 224114<br>LESLIE MEHTA – 258512<br>SUMANA COOPPAN -- 267967<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>CORENE KENDRICK – 226642<br>200 Pine Street, 3rd Floor<br>San Francisco, California 94104<br>Telephone: (415) 543-3379 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>   Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., Governor, State of California, MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; RACHEL RIOS, Acting Chief Deputy Secretary of the Division of Juvenile Justice; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>   Defendants.[1] | Case No. 2:06-CV-02042-LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR THE FOURTH QUARTER OF 2010** |

---

[1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant to Fed. R. Civ. P. 25.

In a February 11, 2009 Order, this Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their post-judgment work, including for all fee and expense requests from June 5, 2008 forward.

Pursuant to these procedures and agreement between the parties, plaintiffs delivered by hand-delivery their Quarterly Statement for the Fourth Quarter of 2010 covering the period October 1, 2010 – December 31, 2010 to defendants on January 14, 2011. Defendants submitted their objections to plaintiffs' statement on February 14, 2011. The parties completed their meet and confer on March 7, 2011, and reached an agreement as to number of hours and costs incurred, but not as to plaintiffs' claim to 2010 hourly rates (the "rates dispute"). Pursuant to the parties' stipulation and this Court's September 29, 2010 Order, the parties will continue to attempt to resolve the rates dispute; any motion regarding plaintiffs' 2010 rates and/or the rates dispute shall be filed no later than May 12, 2011.

Subject to resolution of the rates dispute, the parties agree that $253,579.24 of fees and costs incurred during the Fourth Quarter of 2010 are undisputed. The undisputed fees are calculated based on negotiated hours at the 2008 rates set forth by Judge Karlton in his March 6, 2009 order ("Judge Karlton rates"). Attached hereto as Exhibit A is a chart setting forth the balance currently due for the Fourth Quarter of 2010, which will become due and owing forty-five days from the entry of this Order. Exhibit A also reflects the remaining Fourth Quarter disputed fees, $46,475.00, which equal the difference between plaintiffs' 2010 rates and Judge Karlton 2008 rates for agreed-upon merits hours.

///
///
///
///
///
///
///
///

1

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR Q4 2010 QUARTERLY STATEMENT
CASE NO. 2:06-CV-02042-LKK-GGH

[482128-1]

1    IT IS HEREBY ORDERED that plaintiffs' fees and costs of $253,579.24, plus interest,
2 are due and collectable as of forty-five (45) days from the date of entry of this Order.  Interest on
3 these fees and costs will run from February 14, 2011 accruing at the rate provided by 28 U.S.C.
4 § 1961.

6 IT IS SO ORDERED.

8 Dated:  March 11, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

11 APPROVED AS TO FORM:

12 Dated:  March 8, 2011                                                        HANSON BRIDGETT LLP

14                                                                                              */s/ Samantha Wolff*
                                                                                               Samantha Wolff
15                                                                                              Attorneys for Defendants

17 Dated:  March 8, 2011                                                        ROSEN, BIEN & GALVAN, LLP

19                                                                                              */s/ Gay Crosthwait Grunfeld*
                                                                                               Gay Crosthwait Grunfeld
20                                                                                              Attorneys for Plaintiffs