```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,
                                   NO. CIV. S-06-2042 LKK/GGH
        Plaintiffs,

   v.                                        O R D E R

EDMUND G. BROWN, JR.,
Governor, State of
California, et al,

        Defendants.
                                  /
```

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the months of April and May, 2011. Good cause appearing, it is ORDERED that:

1. The Clerk is directed to pay to:

   Collaboration Specialists
   39 Allyn Avenue
   San Anselmo, CA  94960

////

1

```
 1  the amount of $55,799.87 in accordance with the attached statement;
 2  and
 3       2.  A copy of this order shall be served on the financial
 4  department of this court.
 5       IT IS SO ORDERED.
 6       DATED: June 6, 2011.
```

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2