1  BINGHAM McCUTCHEN LLP
GEOFFREY HOLTZ – 191370

2  Three Embarcadero Center
San Francisco, California 94111-4067

3  Telephone:  (415) 393-2000

4

5

6  PRISON LAW OFFICE
DONALD SPECTER – 83925

7  SARA NORMAN – 189536
1917 Fifth Street

8  Berkeley, California 94710-1916
Telephone:  (510) 280-2621

9  Facsimile:  (510) 280-2704

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
SHIRLEY HUEY – 224114
LESLIE MEHTA – 258512
SUMANA COOPPAN -- 267967
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830

YOUTH LAW CENTER
SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
200 Pine Street, 3rd Floor
San Francisco, California  94104
Telephone:  (415) 543-3379

10

Attorneys for Plaintiffs

11

12  IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of
themselves and all other similarly situated juvenile parolees
in California,

15
            Plaintiffs,

16       v.

17  EDMUND G. BROWN, JR., Governor, State of California,
MATTHEW CATE, Secretary, California Department of

18  Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN,
Undersecretary of Operations, CDCR; RACHEL RIOS, Acting

19  Chief Deputy Secretary of the Division of Juvenile Justice;
MARTIN HOSHINO, Executive Officer of the Board of

20  Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the
BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA

21  ABDULMAJEED, JOSEPH COMPTON, ROBERT
CAMERON, JOYCE ARREDONDO, MARY SCHAMER,

22  and TRACEY ST. JULIEN, Commissioners and Board
Representatives; CHUCK SUPPLE, Executive Officer of the

23  Juvenile Parole Board; CDCR; DIVISION OF JUVENILE
JUSTICE; BOARD OF PAROLE HEARINGS; and the

24  JUVENILE PAROLE BOARD,

25          Defendants.**1**

Case No. 2:06-CV-02042-LKK-GGH

**ORDER CONFIRMING
UNDISPUTED FEES AND COSTS
FOR THE FIRST QUARTER OF 2011**

26

27

28  **1** The names of Defendants currently serving and their CDCR capacities have been substituted pursuant
to Fed. R. Civ. P. 25.

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR Q1 2011 QUARTERLY STATEMENT
CASE NO. 2:06-CV-02042-LKK-GGH

[511249-1]

1    In a February 11, 2009 Order, this Court established procedures by which plaintiffs are to

2    collect periodic attorneys' fees and costs in this case in connection with their post-judgment

3    work, including for all fee and expense requests from June 5, 2008 forward.

4    Pursuant to these procedures and agreement between the parties, plaintiffs delivered by

5    hand-delivery their Quarterly Statement for the First Quarter of 2011 covering the period January

6    1, 2011 – March 31, 2011 to defendants on April 27, 2011.  Defendants submitted their

7    objections to plaintiffs' statement on May 25, 2011.  The parties completed their meet and confer

8    on June 9, 2011, and reached an agreement as to number of hours and costs incurred, but not as

9    to plaintiffs' claim to 2011 hourly rates (the "rates dispute").  The parties will continue to attempt

10    to resolve the rates dispute; any motion regarding plaintiffs' 2011 rates and/or the rates dispute

11    shall be filed no later than sixty (60) days from the end of the meet and confer with respect to the

12    statement covering the fourth quarter of 2011.

13    Subject to resolution of the rates dispute, the parties agree that $134,906.46 of fees and

14    costs incurred during the First Quarter of 2011 are undisputed.  The undisputed fees are

15    calculated based on negotiated hours at the 2008 rates set forth by Judge Karlton in his March 6,

16    2009 order ("Judge Karlton rates").  Attached hereto as Exhibit A is a chart setting forth the

17    balance currently due for the First Quarter of 2011, which will become due and owing forty-five

18    days from the entry of this Order.  Exhibit A also reflects the remaining First Quarter disputed

19    fees, $38,065.05, which equal the difference between plaintiffs' 2011 rates and Judge Karlton

20    2008 rates for agreed-upon merits and fees on fees hours.

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1

1

2     IT IS HEREBY ORDERED that plaintiffs' fees and costs of $134,906.46, plus interest,

3 are due and collectable as of forty-five (45) days from the date of entry of this Order.  Interest on

4 these fees and costs will run from May 28, 2011 accruing at the rate provided by 28 U.S.C.

5 § 1961.

6

7 IT IS SO ORDERED.

8

9 Dated: June 15, 2011

10                                        _____
                                         LAWRENCE K. KARLTON
11                                       SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT
12

13 APPROVED AS TO FORM:

14 Dated:  June 13, 2011                                HANSON BRIDGETT LLP

15
                                                       */s/ Paul Mello*
16                                                     Paul Mello
                                                       Attorneys for Defendants
17

18

19 Dated:  June 13, 2011                                ROSEN, BIEN & GALVAN, LLP

20
                                                       */s/ Michael W. Bien*
21                                                     Michael W. Bien
                                                       Attorneys for Plaintiffs
22

23

24

25

26

27

28

2

[511249-1]