UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,

        Plaintiffs,

   v.

EDMUND G. BROWN, JR., Governor, State of California, et al,

        Defendants.
_____/
JERRY VALDIVIA, et al,

        Plaintiffs,

   v.

EDMUND G. BROWN, JR., Governor, State of California, et al.,

        Defendants.
_____/

NO. CIV. S-06-2042 LKK/GGH
NO. CIV. S-94-0671 LKK/GGH

O R D E R

A hearing on plaintiffs' Motion to Compel 2010 Rates, ECF No. 617, is scheduled for hearing on July 18, 2011. In the motion,

1

plaintiffs seek the court's approval of an increase in the hourly rates for work performed in 2010. As noted in the parties' papers, a similar motion by plaintiffs was submitted to the Northern District of California in <u>Armstrong v. Brown</u>, No. 94-2307. That motion is currently under submission. Plaintiffs proposed that the dispute in this case be resolved according to the court's ruling in <u>Armstrong</u>, but defendants did not stipulate. In <u>Coleman v. Brown</u>, 90-0520, the parties have stipulated "to stay resolution of the rate for work performed in this case in 2010. . . pending resolution of the parties' related litigation on this issue in <u>Armstrong v. Brown</u>." <u>See</u> Stipulation and Order, ECF No. 4029, June 28, 2011.

   Although the parties have not stipulated to stay this issue in this case, the court finds it appropriate to delay decision on plaintiffs' motion until a decision is issued in <u>Armstrong</u>. However, if no decision is issued before August 31, 2011, plaintiffs SHALL re-notice the pending motion to compel fees for hearing. Accordingly, the court ORDERS as follows:

   [1]   The hearing currently scheduled for July 18, 2011 is VACATED.
   [2]   The court will delay decision on the pending motion until a decision is issued on the matter in <u>Armstrong</u>.
   [3]   When a decision on the matter is issued in <u>Armstrong</u>, plaintiffs SHALL re-notice the motion to compel fees for hearing in this court.

////

2

1    [4]  If no decision is issued before August 31, 2011,
2         plaintiffs SHALL re-notice the motion to compel fees for
3         hearing in this court.

IT IS SO ORDERED.

DATED: July 11, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3