UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                          O R D E R

EDMUND G. BROWN, JR.,
Governor, State of
California, et al,

    Defendants.
_____/

The Special Master filed her Sixth Report on June 21, 2011. (Doc. No. 635). No objections were filed. The court has considered the report and ADOPTS its findings and recommendations in full.

Further, the court HEREBY FINDS that defendants have demonstrated substantial compliance with the following requirements:

- Posting of notice of the material terms of the settlement;
- Allowing parolees to elect to take waivers and continuances;

1

1 • Providing hearing recordings within 10 business days of
2    written request and a new hearing if the recording is
3    inaudible; and
4 • Providing representation in revocation extension proceedings.
5 These requirements will therefore no longer be a primary focus of
6 Plaintiffs' or the Special Master's monitoring unless and until it
7 comes to the parties' or the Special Master's attention that there
8 has been a significant decline in compliance.
9    IT IS SO ORDERED.
10   DATED: August 8, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2