| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>GEOFFREY HOLTZ – 191370<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY CROSTHWAIT GRUNFELD – 121944<br>SHIRLEY HUEY – 224114<br>LESLIE MEHTA – 258512<br>SUMANA COOPPAN -- 267967<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704 | YOUTH LAW CENTER<br>SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>200 Pine Street, 3rd Floor<br>San Francisco, California 94104<br>Telephone: (415) 543-3379 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., Governor, State of California, MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; RACHEL RIOS, Acting Chief Deputy Secretary of the Division of Juvenile Justice; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>    Defendants.[1] | Case No. 2:06-CV-02042-LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR THE SECOND QUARTER OF 2011** |

---

[1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant to Fed. R. Civ. P. 25.

In a February 11, 2009 Order, this Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their post-judgment work, including for all fee and expense requests from June 5, 2008 forward.

Pursuant to these procedures and agreement between the parties, plaintiffs delivered by hand-delivery their Quarterly Statement for the Second Quarter of 2011 covering the period April 1, 2011 – June 30, 2011 to defendants on July 22, 2011. Defendants submitted their objections to plaintiffs' statement on August 22, 2011. The parties completed their meet and confer on August 30, 2011, and reached an agreement as to number of hours and costs incurred, but not as to plaintiffs' claim to 2011 hourly rates (the "rates dispute"). The parties will continue to attempt to resolve the rates dispute; any motion regarding plaintiffs' 2011 rates and/or the rates dispute shall be filed no later than sixty (60) days from the end of the meet and confer with respect to the statement covering the fourth quarter of 2011.

Subject to resolution of the rates dispute, the parties agree that $229,139.76 of fees and costs incurred during the Second Quarter of 2011 are undisputed. The undisputed fees are calculated based on negotiated hours at the 2008 rates set forth by Judge Karlton in his March 6, 2009 order ("Judge Karlton rates"). Attached hereto as Exhibit A is a chart setting forth the balance currently due for the Second Quarter of 2011, which will become due and owing forty-five days from the entry of this Order. Exhibit A also reflects the remaining Second Quarter disputed fees, $57,057.25, which equal the difference between plaintiffs' 2011 rates and Judge Karlton 2008 rates for agreed-upon merits and fees on fees hours.

///
///
///
///
///
///
///
///

IT IS HEREBY ORDERED that plaintiffs' fees and costs of $229,139.76, plus interest, are due and collectable as of forty-five (45) days from the date of entry of this Order.  Interest on these fees and costs will run from August 22, 2011, accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated:  September 8, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

Dated:  September 6, 2011                                        HANSON BRIDGETT LLP


*/s/ Paul Mello*
Paul Mello
Attorneys for Defendants


Dated:  September 2, 2011                                        ROSEN, BIEN & GALVAN, LLP


*/s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld
Attorneys for Plaintiffs