UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        Plaintiffs,

  v.

EDMUND G. BROWN, JR.,
Governor, State of
California, et al,

        Defendants.
                                /

NO. CIV. S-06-2042 LKK/GGH

O R D E R

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of August, 2011. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Collaboration Specialists
    39 Allyn Avenue
    San Anselmo, CA  94960

////

1

the amount of $18,079.26 in accordance with the attached statement; and

    2.  A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: September 8, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2