GEOFFREY HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

MICHAEL W. BIEN – 96891
GAY CROSTHWAIT GRUNFELD – 121944
SHIRLEY HUEY – 224114
LESLIE C. MEHTA – 258512
SUMANA COOPPAN – 267967
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

DONALD SPECTER – 83925
SARA NORMAN – 189536
CORENE KENDRICK – 226642
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

SUSAN L. BURRELL – 74204
CAROLE SHAUFFER – 100226
YOUTH LAW CENTER
200 Pine Street, 3rd Floor
San Francisco, California 94104-2704
Telephone: (415) 543-3379

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br>　　　　Plaintiffs,<br>　　v.<br>EDMUND G. BROWN, JR., Governor, State of California; MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; RACHEL RIOS, Acting Chief Deputy Secretary of the Division of Juvenile Justice; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br>　　　　Defendants.[1] | Case No. 2:06-cv-02042-LKK-GGH<br><br>**STIPULATION AND ORDER SETTING CERTAIN STANDARDS AND CRITERIA FOR THE STIPULATED ORDER FOR INJUNCTIVE RELIEF** |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

1  WHEREAS, Defendants requested that the parties engage in the process of drafting
2  certain Standards and Criteria to help measure Defendants' compliance with various
3  requirements of the *L.H.* Stipulated Injunction ("Injunction"); and

4  WHEREAS, the parties met and conferred, exchanged drafts over a period of
5  twelve months, and devised a process whereby areas of disagreement are documented in
6  footnotes that appear in body of the Standards and Criteria documents; and

7  WHEREAS, over the past twelve months, the parties have finalized Standards and
8  Criteria for the following stages of the revocation process:  Probable Cause Determination,
9  Notice of Rights, Attorney Appointment, Attorney Access, Return To Custody
10 Assessment, Waiver/Continuance, Expedited Probable Cause Hearing, Probable Cause
11 Hearing, Revocation Hearing, Revocation Extension Hearing, Appeals, ADA Grievances,
12 and Sustainability; and

13 WHEREAS, true and correct copies of these Standards and Criteria are attached
14 hereto as **Exhibit A**; and

15 WHEREAS, there are currently no Standards and Criteria for the Hold and
16 Violation Report stages, but Plaintiffs contend these stages would benefit from future
17 development of Standards and Criteria; and

18 WHEREAS, Plaintiffs reserve all objections that appear in the footnotes of the
19 Standards and Criteria documents, and do not waive any of those objections in this
20 Stipulation; and

21 WHEREAS, the parties agree that compliance with these Standards and Criteria is
22 not and may not be used as the sole measure of Defendants' compliance with the *L.H.*
23 Stipulated Injunction;
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

IT IS HEREBY STIPULATED that the Standards and Criteria attached hereto as Exhibit A may be adopted by the Court and will be used by the parties as a key method of measurement of Defendants' compliance with this Court's orders, consistent with this Stipulation.

Respectfully submitted,

DATED: September 2, 2011         ROSEN, BIEN & GALVAN, LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs

DATED: September 2, 2011         HANSON BRIDGETT LLP

By: */s/ Paul Mello*
Paul Mello

Attorneys for Defendants

The Court, having reviewed the parties' Stipulation, and good cause appearing, adopts the parties' stipulation as an order.

IT IS SO ORDERED.

DATED:  September 13, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[545101-2]

2
STIPULATION AND [PROPOSED] ORDER SETTING CERTAIN STANDARDS AND CRITERIA FOR THE STIPULATED ORDER FOR INJUNCTIVE RELIEF