UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

 v.                                     O R D E R

EDMUND G. BROWN, JR.,
Governor, State of
California, et al,

    Defendants.
                                /

     Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of September, 2011.  Good cause appearing, it is ORDERED that:

     1.  The Clerk is directed to pay to:

     Collaboration Specialists
     39 Allyn Avenue
     San Anselmo, CA  94960

////

1

```
 1  the amount of $8,688.52 in accordance with the attached statement;
 2  and
 3       2.   A copy of this order shall be served on the financial
 4  department of this court.
 5       IT IS SO ORDERED.
 6       DATED: October 3, 2011.
```

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2