1  BINGHAM McCUTCHEN LLP
   GEOFFREY HOLTZ – 191370
2  Three Embarcadero Center
   San Francisco, California 94111-4067
3  Telephone:  (415) 393-2000

4

5

6  PRISON LAW OFFICE
   DONALD SPECTER – 83925
7  SARA NORMAN – 189536
   CORENE KENDRICK - 226642
8  1917 Fifth Street
   Berkeley, California 94710-1916
9  Telephone:  (510) 280-2621
   Facsimile:  (510) 280-2704

10

11  Attorneys for Plaintiffs

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
SHIRLEY HUEY – 224114
LESLIE MEHTA – 258512
SUMANA COOPPAN -- 267967
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830

YOUTH LAW CENTER
SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
200 Pine Street, 3rd Floor
San Francisco, California  94104
Telephone:  (415) 543-3379

12  IN THE UNITED STATES DISTRICT COURT

13  FOR THE EASTERN DISTRICT OF CALIFORNIA

14  L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of
    themselves and all other similarly situated juvenile parolees
15  in California,

16            Plaintiffs,

17       v.

18  EDMUND G. BROWN, JR., Governor, State of California,
    MATTHEW CATE, Secretary, California Department of
19  Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN,
    Undersecretary of Operations, CDCR; RACHEL RIOS, Acting
20  Chief Deputy Secretary of the Division of Juvenile Justice;
    MARTIN HOSHINO, Executive Officer of the Board of
21  Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the
    BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA
22  ABDULMAJEED, JOSEPH COMPTON, ROBERT
    CAMERON, JOYCE ARREDONDO, MARY SCHAMER,
23  and TRACEY ST. JULIEN, Commissioners and Board
    Representatives; CHUCK SUPPLE, Executive Officer of the
24  Juvenile Parole Board; CDCR; DIVISION OF JUVENILE
    JUSTICE; BOARD OF PAROLE HEARINGS; and the
25  JUVENILE PAROLE BOARD,

26            Defendants.[1]

Case No. 2:06-CV-02042-LKK-GGH

**STIPULATION AND ORDER FOR
PAYMENT OF ATTORNEYS' FEES
FOR 2010 AND THE FIRST AND
SECOND QUARTERS OF 2011,
PURSUANT TO THE COURT'S
SEPTEMBER 14, 2011 ORDER**

27

28  [1] The names of Defendants currently serving and their CDCR capacities have been substituted pursuant
    to Fed. R. Civ. P. 25.

550661-1

1   On September 14, 2011, the Court granted Plaintiffs' motion to compel compensation at

2   their counsel's reasonable 2010 hourly rates (Docket No. 653).

3   THE PARTIES THEREFORE STIPULATE:

4   Pursuant to the Court's September 14, 2011 Order, Defendants agree to pay the following

5   amounts, based on the difference between plaintiffs' counsel's 2010 and Judge Karlton's 2008

6   rates on hours incurred:

7   • $279,110.33 in principal for fees incurred during 2010 and the First and Second

8   Quarters of 2011, for monitoring and fee collection activities in this matter, plus interest accrued

9   through the date of this order pursuant to the procedure set forth in this Court's February 11,

10   2009 Order.  Attached hereto as **Exhibit A** is a chart setting forth the fees payable to Plaintiffs

11   for the hours incurred in these six quarters.

12   • Remaining in dispute is the difference between Plaintiffs' 2010 and 2011 rates for

13   the hours incurred in Quarter 1 and Quarter 2 of 2011, which will be resolved consistent with the

14   order of June 16, 2011 (Docket No. 634).

15   IT IS FURTHER STIPULATED that the amounts set forth above are due and collectable

16   as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will

17   continue to run from the dates set forth in the chart attached as **Exhibit A** hereto, accruing at the

18   rate provided by 28 U.S.C. § 1961.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

STIPULATION AND [PROPOSED] ORDER FOR PAYMENT OF ATTORNEYS' FEES
CASE NO. 2:06-CV-02042-LKK-GGH

1    IT IS SO STIPULATED:

2

3    Dated:  September 30, 2011                    HANSON BRIDGETT LLP

4
                                                   _/s/ Megan Oliver Thompson_
5                                                  Megan Oliver Thompson
6                                                  Attorneys for Defendants

7

8    Dated:  September 30, 2011                    ROSEN, BIEN & GALVAN, LLP

9
                                                   _/s/ Gay Crosthwait Grunfeld_
10                                                 Gay Crosthwait Grunfeld
11                                                 Attorneys for Plaintiffs

12

13            **IT IS SO ORDERED.**

14

15

16    Dated:  October 3, 2011

17

18

19    LAWRENCE K. KARLTON
20    SENIOR JUDGE
      UNITED STATES DISTRICT COURT
21

22

23

24

25

26

27

28

---

2

STIPULATION AND [PROPOSED] ORDER FOR PAYMENT OF ATTORNEYS' FEES
CASE NO. 2:06-CV-02042-LKK-GGH

550661-1