1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   L.H., A.Z., D.K., and D.R.,
     on behalf of themselves and
11   all other similarly
     situated juvenile parolees
12   in California,
                                        NO. CIV. S-06-2042 LKK/GGH
13            Plaintiffs,

14       v.                                    O R D E R

15   EDMUND G. BROWN, JR.,
     Governor, State of
16   California, et al,

17            Defendants.
     _____/
18

19       The court is in receipt of a letter from the special master

20   in the above captioned case, introducing Chris Toombs as her new

21   Deputy Special Master. The letter was apparently prompted by her

22   understanding that Defendants' object to the hiring of any

23   candidate on economic grounds.

24       While the Special Master concedes that the class has been

25   reduced and will continue to be reduced, she informs the court of

26   her continued need for a deputy.  It appears to the court that the

                                    1

1   Special Master is in the best position to determine her needs

2   and, accordingly, the court approves of the appointment of Ms.

3   Toombs.

4        IT IS SO ORDERED.

5        DATED: October 4, 2011.

6

7

8                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
9                              UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                2