UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

    NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                      O R D E R

EDMUND G. BROWN, JR.,
Governor, State of
California, et al,

    Defendants.
                             /

    Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of October, 2011.  Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Collaboration Specialists
    39 Allyn Avenue
    San Anselmo, CA  94960

////

1

1  the amount of $7,941.18 in accordance with the attached statement;
2  and
3      2.  A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED: November 10, 2011.
7
8
9                          /s/ Lawrence K. Karlton
                           LAWRENCE K. KARLTON
10                          SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26