GEOFFREY HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
SHIRLEY HUEY – 224114
LESLIE C. MEHTA – 258512
SUMANA COOPPAN – 267967
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
SARA NORMAN – 189536
CORENE KENDRICK – 226642
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
YOUTH LAW CENTER
200 Pine Street, 3rd Floor
San Francisco, California 94104-2704
Telephone: (415) 543-3379

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., Governor, State of California; MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br>　　　　Defendants.[1] | Case No. Civ. S-06-2042 LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR THE THIRD QUARTER OF 2011 AND RESOLVING DISPUTE RE 2011 RATES REGARDING Q1 AND Q2 2011 QUARTERLY FEES** |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[574163-2]

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES & COSTS FOR 3D QUARTER 2011 AND RESOLVING DISPUTE RE 2011 RATES RE Q1 & Q2 2011 QUARTERLY FEES

1  In a February 11, 2009 Order, this Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their post-judgment work, including for all fee and expense requests from June 5, 2008 forward.

Pursuant to these procedures and agreement between the parties, plaintiffs delivered by hand-delivery their Quarterly Statement for the Third Quarter of 2011 covering the period July 1, 2011 – September 30, 2011 to defendants on October 7, 2011.  Defendants submitted their objections to plaintiffs' statement on November 7, 2011.  The parties completed their meet and confer on November 29, 2011, and reached an agreement as to number of hours and costs incurred.  Defendants do not dispute plaintiffs' 2011 hourly rates.  The parties agree that $157,293.27 of fees and costs incurred during the Third Quarter of 2011 are undisputed.  Attached hereto as Exhibit A is a chart setting forth the balance currently due for the Third Quarter of 2011, which will become due and owing forty-five days from the entry of this Order.

The parties further agree to resolve their dispute regarding 2011 rates as to fees owing pursuant to the negotiated settlement on hours for Q1 and Q2 2011.  The parties previously resolved their dispute regarding 2010 rates.  Therefore, the outstanding fees due for Q1 and Q2 2011, which consist of the difference between 2011 and 2010 rates for the settled hours, are as follows:

Quarter 1, 2011:  $11,974.45

Quarter 2, 2011:  $18,848.62

The parties agree that the total payment of $188,116.34 will resolve all fee disputes for Quarters 1, 2 and 3 of 2011 in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

[574163-2]

1

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES & COSTS FOR 3D QUARTER 2011 AND RESOLVING DISPUTE RE 2011 RATES RE Q1 & Q2 2011 QUARTERLY FEES

IT IS HEREBY ORDERED that plaintiffs' fees and costs of $188,116.34, plus interest, are due and collectable as of forty-five (45) days from the date of entry of this Order. Interest on these fees and costs will run from November 7, 2011, accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED.

DATED:  December 2, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

DATED: December 1, 2011                HANSON BRIDGETT, LLP


                                       By:  */s/ Samantha Wolff*
                                            Samantha Wolff

                                       Attorneys for Defendants


DATED: November 29, 2011               ROSEN, BIEN & GALVAN, LLP


                                       By:  */s/ Gay Crosthwait Grunfeld*
                                            Gay Crosthwait Grunfeld

                                       Attorneys for Plaintiffs

[574163-2]