1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   L.H., A.Z., D.K., and D.R.,
     on behalf of themselves and
11   all other similarly
     situated juvenile parolees
12   in California,
                                        NO. CIV. S-06-2042 LKK/GGH
13            Plaintiffs,

14      v.                                       O R D E R

15   EDMUND G. BROWN, JR.,
     Governor, State of
16   California, et al,

17            Defendants.
     _____/
18

19        Pursuant to the court's May 22, 2008 Order of Reference, the

20   Special Master has submitted for payment a bill for services

21   provided through the month of November, 2011. Good cause

22   appearing, it is ORDERED that:

23        1.  The Clerk is directed to pay to:

24        Collaboration Specialists
          39 Allyn Avenue
25        San Anselmo, CA  94960

26   ////

                                    1

1 the amount of $11,040.06 in accordance with the attached statement;

2 and

3     2. A copy of this order shall be served on the financial

4 department of this court.

5     IT IS SO ORDERED.

6     DATED: December 9, 2011.

7

8

9                        _____

10                        LAWRENCE K. KARLTON
                       SENIOR JUDGE

11                        UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26