UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.                            O R D E R

EDMUND G. BROWN, JR.,
Governor, State of
California, et al,

    Defendants.
                               /

    Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of December, 2011. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Collaboration Specialists
    39 Allyn Avenue
    San Anselmo, CA  94960

////

1

1  the amount of $16,679.76 in accordance with the attached statement;
2  and
3      2.  A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED: January 9, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2