| | |
|---|---|
| GEOFFREY HOLTZ – 191370 | MICHAEL W. BIEN – 096891 |
| BINGHAM McCUTCHEN LLP | GAY CROSTHWAIT GRUNFELD – 121944 |
| Three Embarcadero Center | SHIRLEY HUEY – 224114 |
| San Francisco, California  94111-4067 | LESLIE C. MEHTA – 258512 |
| Telephone:    (415) 393-2000 | SUMANA COOPPAN – 267967 |
| | ROSEN, BIEN & GALVAN, LLP |
| | 315 Montgomery Street, Tenth Floor |
| | San Francisco, California  94104-1823 |
| | Telephone:    (415) 433-6830 |
| DONALD SPECTER – 083925 | SUSAN L. BURRELL – 074204 |
| SARA NORMAN – 189536 | CAROLE SHAUFFER – 100226 |
| CORENE KENDRICK – 226642 | YOUTH LAW CENTER |
| PRISON LAW OFFICE | 200 Pine Street, 3rd Floor |
| 1917 Fifth Street | San Francisco, California  94104-2704 |
| Berkeley, California  94710-1916 | Telephone:    (415) 543-3379 |
| Telephone:    (510) 280-2621 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., Governor, State of California; MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>　　　　　Defendants.[1] | Case No. Civ. S-06-2042 LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR THE FOURTH QUARTER OF 2011** |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

1   In a February 11, 2009 Order, this Court established procedures by which plaintiffs
2   are to collect periodic attorneys' fees and costs in this case in connection with their post-
3   judgment work, including for all fee and expense requests from June 5, 2008 forward.
4   Pursuant to these procedures and agreement between the parties, plaintiffs delivered
5   by hand-delivery their Quarterly Statement for the Fourth Quarter of 2011 covering the
6   period October 1, 2011 – December 31, 2011 to defendants on January 18, 2012.
7   Defendants submitted their objections to plaintiffs' statement on February 7, 2012.  The
8   parties completed their meet and confer on March 13, 2012, and reached an agreement as
9   to number of hours and costs incurred.  Defendants do not dispute plaintiffs' 2011 hourly
10  rates.  The parties agree that $124,405.36 of fees and costs incurred during the Fourth
11  Quarter of 2011 are undisputed.  Attached hereto as Exhibit A is a chart setting forth the
12  balance currently due for the Fourth Quarter of 2011, which will become due and owing
13  forty-five days from the entry of this Order.

14
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27
28

[608959-1]

1
[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES & COSTS FOR 4th QUARTER 2011

1  IT IS HEREBY ORDERED that plaintiffs' fees and costs of $124,405.36, plus
2  interest, are due and collectable as of forty-five (45) days from the date of entry of this
3  Order.  Interest on these fees and costs will run from February 17, 2012, accruing at the
4  rate provided by 28 U.S.C. § 1961.

6  IT IS SO ORDERED.

8  DATED: March 16, 2012

                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

DATED: March 15, 2012                  HANSON BRIDGETT, LLP

                                         By:  */s/ Samantha Wolff*
                                               Samantha Wolff

                                             Attorneys for Defendants

DATED: March 15, 2012                  ROSEN, BIEN & GALVAN, LLP

                                         By:  */s/ Gay Crosthwait Grunfeld*
                                             Gay Crosthwait Grunfeld

                                             Attorneys for Plaintiffs

[608959-1]