1  GEOFFREY HOLTZ – 191370              MICHAEL W. BIEN – 096891
   BINGHAM McCUTCHEN LLP                GAY CROSTHWAIT GRUNFELD – 121944
2  Three Embarcadero Center            SHIRLEY HUEY – 224114
   San Francisco, California  94111-4067   LESLIE C. MEHTA – 258512
3  Telephone:     (415) 393-2000       SUMANA COOPPAN – 267967
                                       ROSEN, BIEN & GALVAN, LLP
4                                      315 Montgomery Street, Tenth Floor
                                       San Francisco, California  94104-1823
5                                      Telephone:     (415) 433-6830

6  DONALD SPECTER – 083925             SUSAN L. BURRELL – 074204
   SARA NORMAN – 189536                CAROLE SHAUFFER – 100226
7  CORENE KENDRICK – 226642            YOUTH LAW CENTER
   PRISON LAW OFFICE                   200 Pine Street, 3rd Floor
8  1917 Fifth Street                   San Francisco, California  94104-2704
   Berkeley, California  94710-1916    Telephone:     (415) 543-3379
9  Telephone:     (510) 280-2621

10 Attorneys for Plaintiffs

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13 L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of      Case No. Civ. S-06-2042 LKK-GGH
   themselves and all other similarly situated juvenile
14 parolees in California,                                    **ORDER CONFIRMING
                                                             UNDISPUTED FEES AND
15           Plaintiffs,                                     COSTS FOR THE FOURTH
                                                             QUARTER OF 2011**
           v.
16
   EDMUND G. BROWN, JR., Governor, State of
17 California; MATTHEW CATE, Secretary, California
   Department of Corrections and Rehabilitation ("CDCR");
18 SCOTT KERNAN, Undersecretary of Operations, CDCR;
   BERNARD WARNER, Chief Deputy Secretary of the
19 Division of Juvenile Justice; RACHEL RIOS, Director,
   Division of Juvenile Parole Operations; MARTIN
20 HOSHINO, Executive Officer of the Board of Parole
   Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH;
21 SUSAN MELANSON, HENRY AGUILAR, ASKIA
   ABDULMAJEED, JOSEPH COMPTON, ROBERT
22 CAMERON, JOYCE ARREDONDO, MARY
   SCHAMER, and TRACEY ST. JULIEN, Commissioners
23 and Board Representatives; CHUCK SUPPLE, Executive
   Officer of the Juvenile Parole Board; CDCR; DIVISION
24 OF JUVENILE JUSTICE; BOARD OF PAROLE
   HEARINGS; and the JUVENILE PAROLE BOARD,
25           Defendants.[1]
26 _____

27 [1] The names of Defendants currently serving and their official capacities have been substituted
   pursuant to Fed. R. Civ. P. 25.
28

[608959-1]

In a February 11, 2009 Order, this Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their post-judgment work, including for all fee and expense requests from June 5, 2008 forward.

Pursuant to these procedures and agreement between the parties, plaintiffs delivered by hand-delivery their Quarterly Statement for the Fourth Quarter of 2011 covering the period October 1, 2011 – December 31, 2011 to defendants on January 18, 2012. Defendants submitted their objections to plaintiffs' statement on February 7, 2012.  The parties completed their meet and confer on March 13, 2012, and reached an agreement as to number of hours and costs incurred.  Defendants do not dispute plaintiffs' 2011 hourly rates.  The parties agree that $124,405.36 of fees and costs incurred during the Fourth Quarter of 2011 are undisputed.  Attached hereto as Exhibit A is a chart setting forth the balance currently due for the Fourth Quarter of 2011, which will become due and owing forty-five days from the entry of this Order.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

[608959-1]

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES & COSTS FOR 4th QUARTER 2011

IT IS HEREBY ORDERED that plaintiffs' fees and costs of $124,405.36, plus interest, are due and collectable as of forty-five (45) days from the date of entry of this Order.  Interest on these fees and costs will run from February 17, 2012, accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED.

DATED: March 16, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

DATED: March 15, 2012          HANSON BRIDGETT, LLP

                               By:  */s/ Samantha Wolff*
                                    Samantha Wolff

                               Attorneys for Defendants


DATED: March 15, 2012          ROSEN, BIEN & GALVAN, LLP

                               By:  */s/ Gay Crosthwait Grunfeld*
                                    Gay Crosthwait Grunfeld

                               Attorneys for Plaintiffs

[608959-1]