UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

    NO. CIV. S-06-2042 LKK/GGH

  Plaintiffs,

 v.          O R D E R

EDMUND G. BROWN, JR.,
Governor, State of
California, et al,

  Defendants.
_____/

   The court is in receipt of the Special Master's Seventh Report, the defendants' objections thereto and the plaintiffs' reply. The court must admit to some uncertainty as what appears to be much ado about very little. The court wishes to be clear that various failures to advance the parole process should be viewed with concern. Nevertheless, what is in issue appears to be in most cases, no more than objections to tone and phrasing. It appears to the court that the report is on the whole quite complimentary to

1

1 the defendants' effort and progress.  The negative comments, such
2 as they are, with the possible exception of the concern about the
3 hearing rooms, are taken as not significant failures on defendants'
4 part. It is the court's view that no meaningful purpose would be
5 served by a hearing to resolve the present dispute. Accordingly,
6 in order to insure that the record is complete,  the court will
7 order the report, defendants' objections, and the plaintiffs' reply
8 filed, without further action.
9     IT IS SO ORDERED.
10     DATED: April 6, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT