```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,
                                      NO. CIV. S-06-2042 LKK/GGH
         Plaintiffs,

    v.                                     O R D E R

EDMUND G. BROWN, JR.,
Governor, State of
California, et al,

         Defendants.
                                    /
```

Pursuant to the court's May 22, 2008 Order of Reference, the Special Master has submitted for payment a bill for services provided through the month of April, 2012.  Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Collaboration Specialists
    39 Allyn Avenue
    San Anselmo, CA  94960

////

1

1  the amount of $13,928.52 in accordance with the attached statement;
2  and
3      2.  A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED: May 7, 2012.

```
                         /s/ Lawrence K. Karlton
                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```

2