1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   L.H., A.Z., D.K., and D.R.,
     on behalf of themselves and
11   all other similarly
     situated juvenile parolees
12   in California,
                                      NO. CIV. S-06-2042 LKK/GGH
13             Plaintiffs,

14        v.                                    O R D E R

15   EDMUND G. BROWN, JR.,
     Governor, State of
16   California, et al,

17             Defendants.
     _____/
18

19        Pursuant to the court's May 22, 2008 Order of Reference, the

20   Special Master has submitted for payment a bill for services

21   provided through the month of May, 2012.  Good cause appearing, it

22   is ORDERED that:

23        1.  The Clerk is directed to pay to:

24        Collaboration Specialists
          39 Allyn Avenue
25        San Anselmo, CA  94960

26   ////

                                  1

1    the amount of $18,005.15 in accordance with the attached statement;

2    and

3         2.   A copy of this order shall be served on the financial

4    department of this court.

5         IT IS SO ORDERED.

6         DATED: June 7, 2012.

9    _____
     LAWRENCE K. KARLTON
10   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

2