GEOFFREY HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:     (415) 393-2000

MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
SHIRLEY HUEY – 224114
LESLIE C. MEHTA – 258512
SUMANA COOPPAN – 267967
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:     (415) 433-6830

DONALD SPECTER – 083925
SARA NORMAN – 189536
CORENE KENDRICK – 226642
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:     (510) 280-2621

SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
YOUTH LAW CENTER
200 Pine Street, 3rd Floor
San Francisco, California  94104-2704
Telephone:     (415) 543-3379

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>                    Plaintiffs,<br><br>          v.<br><br>EDMUND G. BROWN, JR., Governor, State of California; MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>                    Defendants. | Case No. Civ. S-06-2042 LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR THE FIRST QUARTER OF 2012** |

[641967-1]

1    In a February 11, 2009 Order, this Court established procedures by which plaintiffs

2 are to collect periodic attorneys' fees and costs in this case in connection with their post-

3 judgment work, including for all fee and expense requests from June 5, 2008 forward.

4    Pursuant to these procedures and agreement between the parties, plaintiffs delivered

5 by hand-delivery their Quarterly Statement for the First Quarter of 2012 covering the

6 period January 1, 2012 – March 31, 2012 to defendants on April 18, 2012.  Defendants

7 submitted their objections to plaintiffs' statement on May 15, 2012.  The parties completed

8 their meet and confer on June 13, 2012, and reached an agreement as to number of hours

9 and costs incurred.  Defendants do not dispute plaintiffs' 2012 hourly rates.  The parties

10 settled Plaintiffs' First Quarter 2012 fees and costs for $154,743.32.  Attached hereto as

11 Exhibit A is a chart setting forth the balance currently due for the First Quarter of 2012,

12 which will become due and owing forty-five days from the entry of this Order.

13

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26

27

28

[641967-1]

1    IT IS HEREBY ORDERED that plaintiffs' fees and costs of $154,743.32, plus

2   interest, are due and collectable as of forty-five (45) days from the date of entry of this

3   Order.  Interest on these fees and costs will run from May 18, 2012, accruing at the rate

4   provided by 28 U.S.C. § 1961.

5

6   IT IS SO ORDERED.

7

8   DATED: June 18, 2012

9

10                                                    LAWRENCE K. KARLTON
                                                      SENIOR JUDGE
11                                                    UNITED STATES DISTRICT COURT

12

13   APPROVED AS TO FORM:

14   DATED: June 15, 2012              HANSON BRIDGETT, LLP

15

16                                     By:  */s/ Samantha Wolff*

17                                          Samantha Wolff

18                                     Attorneys for Defendants

19

20   DATED: June 14, 2012              ROSEN, BIEN & GALVAN, LLP

21

22                                     By:  */s/ Gay Crosthwait Grunfeld*

23                                          Gay Crosthwait Grunfeld

24                                     Attorneys for Plaintiffs

25

26

27

28