| | |
|---|---|
| GEOFFREY HOLTZ – 191370<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | MICHAEL W. BIEN – 096891<br>GAY CROSTHWAIT GRUNFELD – 121944<br>SHIRLEY HUEY – 224114<br>LESLIE C. MEHTA – 258512<br>SUMANA COOPPAN – 267967<br>ROSEN, BIEN & GALVAN, LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| DONALD SPECTER – 083925<br>SARA NORMAN – 189536<br>CORENE KENDRICK – 226642<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>YOUTH LAW CENTER<br>200 Pine Street, 3rd Floor<br>San Francisco, California 94104-2704<br>Telephone: (415) 543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br>　　　　　Plaintiffs,<br>　　v.<br>EDMUND G. BROWN, JR., Governor, State of California; MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br>　　　　　Defendants. | Case No. Civ. S-06-2042 LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR THE FIRST QUARTER OF 2012** |

[641967-1]

1    In a February 11, 2009 Order, this Court established procedures by which plaintiffs
2 are to collect periodic attorneys' fees and costs in this case in connection with their post-
3 judgment work, including for all fee and expense requests from June 5, 2008 forward.
4    Pursuant to these procedures and agreement between the parties, plaintiffs delivered
5 by hand-delivery their Quarterly Statement for the First Quarter of 2012 covering the
6 period January 1, 2012 – March 31, 2012 to defendants on April 18, 2012.  Defendants
7 submitted their objections to plaintiffs' statement on May 15, 2012.  The parties completed
8 their meet and confer on June 13, 2012, and reached an agreement as to number of hours
9 and costs incurred.  Defendants do not dispute plaintiffs' 2012 hourly rates.  The parties
10 settled Plaintiffs' First Quarter 2012 fees and costs for $154,743.32.  Attached hereto as
11 Exhibit A is a chart setting forth the balance currently due for the First Quarter of 2012,
12 which will become due and owing forty-five days from the entry of this Order.
13
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26
27
28

[641967-1]

1

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES & COSTS FOR 1ST QUARTER 2012

1   IT IS HEREBY ORDERED that plaintiffs' fees and costs of $154,743.32, plus
2 interest, are due and collectable as of forty-five (45) days from the date of entry of this
3 Order.  Interest on these fees and costs will run from May 18, 2012, accruing at the rate
4 provided by 28 U.S.C. § 1961.

6 IT IS SO ORDERED.

8 DATED: June 18, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

DATED: June 15, 2012                HANSON BRIDGETT, LLP


                                    By:  */s/ Samantha Wolff*
                                         Samantha Wolff

                                    Attorneys for Defendants


DATED: June 14, 2012                ROSEN, BIEN & GALVAN, LLP


                                    By:  */s/ Gay Crosthwait Grunfeld*
                                         Gay Crosthwait Grunfeld

                                    Attorneys for Plaintiffs