UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.

        O R D E R

EDMUND G. BROWN, JR.,
Governor, State of
California, et al,

    Defendants.
_____/

    The court's order dated August 3, 2012 (Dkt. No. 681), is hereby amended to reflect the month of **July**, 2012 and the special master's statement for fees and disbursements for the period of July 1 through 31, 2012 is attached.

    IT IS SO ORDERED.

    DATED: September 5, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1