1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10   L.H., A.Z., D.K., and D.R.,
     on behalf of themselves and
11   all other similarly
     situated juvenile parolees
12   in California,
                                         NO. CIV. S-06-2042 LKK/GGH
13            Plaintiffs,

14       v.
                                              O R D E R
15   EDMUND G. BROWN, JR.,
     Governor, State of
16   California, et al,

17            Defendants.
     _____/
18

19        Pursuant to the court's May 22, 2008 Order of Reference, the

20   Special Master has submitted for payment a bill for services

21   provided through the month of August, 2012.  Good cause appearing,

22   it is ORDERED that:

23        1.  The Clerk is directed to pay to:

24        Collaboration Specialists
          39 Allyn Avenue
25        San Anselmo, CA  94960

26   ////

                                     1

1   the amount of $3,642.20 in accordance with the attached statement;

2   and

3          2.   A copy of this order shall be served on the financial

4   department of this court.

5          IT IS SO ORDERED.

6          DATED: September 5, 2012.

7

8

9   _____
    LAWRENCE K. KARLTON
10  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2