UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

    NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.

    O R D E R

EDMUND G. BROWN, JR.,
Governor, State of
California, et al,

    Defendants.
_____/

The Special Master filed her Eighth Report on August 6, 2012. Dkt. No. 682. No objections were filed. The court has considered the report and **ADOPTS** its findings and recommendations in full.

Further, the court **HEREBY FINDS** (as recommended in the Report at pp.44-45), that defendants have demonstrated substantial compliance with the following requirements:

- Parole Agent and Supervising Parole Agent conference within two business days.

1

- Not accepting written admissions to a violation of parole made prior to the juvenile parolee meeting with counsel.
- Violation report within six business days.
- Supervising Parole Agent review of violation report within seven business days.
- At the time of attorney appointment, provision of relevant educational, mental health and disability identification and source documents.
- Return to custody assessment within nine business days.
- System for expedited probable cause hearings.
- Hearing officers shall provide the factual basis for their findings.
- Definition of good cause for delay, remedy for timeframe violation.
- Charges may not be split and known charges must be brought at a reasonable time prior to hearing.
- Elimination of "temporary detentions."
- Alternatives to incarceration considered at agent-supervisor conference, probable cause hearing and revocation hearing.
- Defendants shall make available reasonable accommodations for attorney-client interviews and accommodations shall include additional hours of representation.
- A parolee's requested accommodation will be given primary consideration and granted unless unreasonable.
- Defendants shall ensure that effective communication equipment is available at revocation proceedings.
- Develop an ADA grievance procedure.
- Comprehensive annual training on ADA and effective communication, the Stipulated Injunction's requirements, policies and procedures, due process.
- Self-monitoring process.

These requirements will therefore no longer be a primary focus of Plaintiffs' or the Special Master's monitoring unless and until

2

1 | it comes to the parties' or the Special Master's attention that
2 | there has been a significant decline in compliance.
3 |     IT IS SO ORDERED.
4 |     DATED: September 7, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3