GEOFFREY HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
LESLIE C. MEHTA – 258512
SUMANA COOPPAN WOLF – 267967
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
SARA NORMAN – 189536
CORENE KENDRICK – 226642
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
YOUTH LAW CENTER
200 Pine Street, 3rd Floor
San Francisco, California 94104-2704
Telephone: (415) 543-3379

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>　　　　Plaintiffs,<br>　　v.<br>EDMUND G. BROWN, JR., Governor, State of California; MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br>　　　　Defendants.[1] | Case No. Civ. S-06-2042 LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR SECOND QUARTER 2012**<br><br>Judge: Hon. Lawrence K. Karlton |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

1  In a February 11, 2009 Order, this Court established procedures by which plaintiffs
2 are to collect periodic attorneys' fees and costs in this case in connection with their post-
3 judgment work, including for all fee and expense requests from June 5, 2008 forward.
4  Pursuant to these procedures and agreement between the parties, plaintiffs delivered
5 by hand-delivery their Quarterly Statement for the Second Quarter of 2012 covering the
6 period April 1, 2012 – June 30, 2012 to defendants on July 10, 2012.  Defendants
7 submitted their objections to plaintiffs' statement on August 8, 2012.  The parties
8 completed their meet and confer on October 17, 2012, and reached an agreement as to
9 number of hours and costs incurred.  Defendants do not dispute plaintiffs' 2012 hourly
10 rates.  The parties settled Plaintiffs' Second Quarter 2012 fees and costs for $151,993.32.
11 Attached hereto as Exhibit A is a chart setting forth the balance currently due for the
12 Second Quarter of 2012, which will become due and owing forty-five days from the entry
13 of this Order.
14
15     / / /
16     / / /
17     / / /
18     / / /
19     / / /
20     / / /
21     / / /
22     / / /
23     / / /
24     / / /
25     / / /
26     / / /
27
28

[687302-1]

1    IT IS HEREBY ORDERED that plaintiffs' fees and costs of $151,993.32, plus
2 interest, are due and collectable as of forty-five (45) days from the date of entry of this
3 Order. Interest on these fees and costs will run from August 9, 2012, accruing at the rate
4 provided by 28 U.S.C. § 1961.

6    IT IS SO ORDERED.

8    DATED: October 31, 2012

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

13   APPROVED AS TO FORM:
14   DATED: October 19, 2012       HANSON BRIDGETT, LLP

16                                 By: */s/ Samantha Wolff*
17                                     Samantha Wolff
18                                     Attorneys for Defendants
19   DATED: October 18, 2012       ROSEN BIEN GALVAN & GRUNFELD LLP

21                                 By: */s/ Gay Crosthwait Grunfeld*
22                                     Gay Crosthwait Grunfeld
23                                     Attorneys for Plaintiffs