1

2

3

4

5

6

7                 UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10   L.H., A.Z., D.K., and D.R.,
     on behalf of themselves and
11   all other similarly
     situated juvenile parolees
12   in California,
                                    NO. CIV. S-06-2042 LKK/GGH
13            Plaintiffs,

14       v.
                                           O R D E R
15   EDMUND G. BROWN, JR.,
     Governor, State of
16   California, et al,

17            Defendants.
     _____/
18

19        Pursuant to the court's May 22, 2008 Order of Reference, the

20   Special Master has submitted for payment a bill for services

21   provided through the months of September, October and November

22   2012.  Good cause appearing, it is ORDERED that:

23        1.  The Clerk is directed to pay to:

24        Collaboration Specialists
          39 Allyn Avenue
25        San Anselmo, CA  94960

26   ////

                                   1

the amount of $1,272.29 in accordance with the attached statement; and

    2.  A copy of this order shall be served on the financial department of this court.

    IT IS SO ORDERED.

    DATED: December 3, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT