GEOFFREY HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
LESLIE C. MEHTA – 258512
SUMANA COOPPAN WOLF – 267967
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
SARA NORMAN – 189536
CORENE KENDRICK – 226642
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
YOUTH LAW CENTER
200 Pine Street, 3rd Floor
San Francisco, California 94104-2704
Telephone: (415) 543-3379

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., Governor, State of California; MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>          Defendants.[1] | Case No. Civ. S-06-2042 LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR THIRD QUARTER 2012**<br><br>Judge:   Hon. Lawrence K. Karlton |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[699820-1]

1  In a February 11, 2009 Order, this Court established procedures by which plaintiffs
2  are to collect periodic attorneys' fees and costs in this case in connection with their post-
3  judgment work, including for all fee and expense requests from June 5, 2008 forward.
4  Pursuant to these procedures and agreement between the parties, plaintiffs delivered
5  by hand-delivery their Quarterly Statement for the Third Quarter of 2012 covering the
6  period July 1, 2012 – September 30, 2012 to defendants on October 24, 2012.  The parties
7  completed their meet and confer on November 27, 2012, and reached an agreement as to
8  fees and costs incurred.  Defendants do not dispute plaintiffs' 2012 hourly rates.  The
9  parties settled Plaintiffs' Third Quarter 2012 fees and costs for $187,587.37.  Attached
10 hereto as Exhibit A is a chart setting forth the balance currently due for the Third Quarter
11 of 2012, which will become due and owing forty-five days from the entry of this Order.

13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /

1  IT IS HEREBY ORDERED that plaintiffs' fees and costs of $187,587.37, plus
2  interest, are due and collectable as of forty-five (45) days from the date of entry of this
3  Order.  Interest on these fees and costs will run from November 25, 2012, accruing at the
4  rate provided by 28 U.S.C. § 1961.

6  IT IS SO ORDERED.

8  DATED: December 3, 2012

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

DATED: November 29, 2012          HANSON BRIDGETT, LLP


                                  By:      */s/ Samantha Wolff*
                                           Samantha Wolff

                                  Attorneys for Defendants

DATED:  November 27, 2012         ROSEN BIEN GALVAN & GRUNFELD LLP


                                  By:  */s/ Gay Crosthwait Grunfeld*
                                       Gay Crosthwait Grunfeld

                                  Attorneys for Plaintiffs

[699820-1]

2
[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR THIRD QUARTER 2012