| | |
|---|---|
| GEOFFREY HOLTZ – 191370<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | MICHAEL W. BIEN – 096891<br>GAY CROSTHWAIT GRUNFELD – 121944<br>LESLIE C. MEHTA – 258512<br>SUMANA COOPPAN WOLF – 267967<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| DONALD SPECTER – 083925<br>SARA NORMAN – 189536<br>CORENE KENDRICK – 226642<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>YOUTH LAW CENTER<br>200 Pine Street, 3rd Floor<br>San Francisco, California 94104-2704<br>Telephone: (415) 543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>        Plaintiffs,<br>  v.<br>EDMUND G. BROWN, JR., Governor, State of California; MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br>        Defendants. | Case No. Civ. S-06-2042 LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR FOURTH QUARTER 2012**<br><br>Judge: Hon. Lawrence K. Karlton |

[753541-1]

1    In a February 11, 2009 Order, this Court established procedures by which plaintiffs
2 are to collect periodic attorneys' fees and costs in this case in connection with their post-
3 judgment work, including for all fee and expense requests from June 5, 2008 forward.
4    Pursuant to these procedures and agreement between the parties, plaintiffs delivered
5 by hand-delivery their Quarterly Statement for the Fourth Quarter of 2012 covering the
6 period October 1, 2012 – December 31, 2012 to defendants on January 29, 2013.  The
7 parties completed their meet and confer on March 7, 2013, and reached an agreement as to
8 fees and costs incurred.  Defendants do not dispute plaintiffs' 2012 hourly rates.  The
9 parties settled Plaintiffs' Fourth Quarter 2012 fees and costs for $112,431.98.  Attached
10 hereto as Exhibit A is a chart setting forth the balance currently due for the Fourth Quarter
11 of 2012, which will become due and owing forty-five days from the entry of this Order.
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[753541-1]

1

STIPULATED [PROPOSED] ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR SECOND QUARTER 2012

1    IT IS HEREBY ORDERED that plaintiffs' fees and costs of $112,431.98, plus
2 interest, are due and collectable as of forty-five (45) days from the date of entry of this
3 Order.  Interest on these fees and costs will run from February 28, 2013, accruing at the
4 rate provided by 28 U.S.C. § 1961.

6    **IT IS SO ORDERED**.

8 DATED: March 19, 2013

10                                    _____
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
11                                    UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

13 DATED: March 13, 2013            HANSON BRIDGETT, LLP

15                                    By: */s/ Samantha Wolff*
16                                        Samantha Wolff

17                                    Attorneys for Defendants

19 DATED: March 13, 2013            ROSEN BIEN GALVAN & GRUNFELD LLP

21                                    By: */s/ Gay Crosthwait Grunfeld*
22                                        Gay Crosthwait Grunfeld

23                                    Attorneys for Plaintiffs