1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   L.H., A.Z., D.K., and D.R.,
     on behalf of themselves and
11   all other similarly
     situated juvenile parolees
12   in California,
                                         NO. CIV. S-06-2042 LKK/GGH
13            Plaintiffs,

14       v.
                                                  O R D E R
15   EDMUND G. BROWN, JR.,
     Governor, State of
16   California, et al,

17            Defendants.
     _____/
18

19       Pursuant to the court's May 22, 2008 Order of Reference, the

20   Special Master has submitted for payment a bill for services

21   provided through the months of December 2012, and January, February

22   and March of 2013.  Good cause appearing, it is ORDERED that:

23       1.  The Clerk is directed to pay to:

24       Collaboration Specialists
         39 Allyn Avenue
25       San Anselmo, CA  94960

26   ////

                                      1

the amount of $9,262.31 in accordance with the attached statement; and

    2.  A copy of this order shall be served on the financial department of this court.

    IT IS SO ORDERED.

    DATED: April 1, 2013.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT