| | |
|---|---|
| GEOFFREY HOLTZ – 191370<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 | MICHAEL W. BIEN – 096891<br>GAY CROSTHWAIT GRUNFELD – 121944<br>LESLIE C. MEHTA – 258512<br>SUMANA COOPPAN WOLF – 267967<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| DONALD SPECTER – 083925<br>SARA NORMAN – 189536<br>CORENE KENDRICK – 226642<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>YOUTH LAW CENTER<br>200 Pine Street, 3rd Floor<br>San Francisco, California 94104-2704<br>Telephone: (415) 543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>　　　　Plaintiffs,<br>　　v.<br>EDMUND G. BROWN, JR., Governor, State of California; MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br>　　　　Defendants. | Case No. Civ. S-06-2042 LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR FIRST QUARTER 2013**<br><br>Judge: Hon. Lawrence K. Karlton |

1    In a February 11, 2009 Order, this Court established procedures by which plaintiffs
2 are to collect periodic attorneys' fees and costs in this case in connection with their post-
3 judgment work, including for all fee and expense requests from June 5, 2008 forward.
4    Pursuant to these procedures and agreement between the parties, plaintiffs delivered
5 by hand-delivery their Quarterly Statement for the First Quarter of 2013 covering the
6 period January 1, 2013 – March 31, 2013 to defendants on April 11, 2013.  The parties
7 completed their meet and confer on June 3, 2013, and reached an agreement as to fees and
8 costs incurred.  Defendants do not dispute plaintiffs' 2013 hourly rates.  The parties settled
9 Plaintiffs' First Quarter 2013 fees and costs for $79,112.88.  Attached hereto as Exhibit A
10 is a chart setting forth the balance currently due for the First Quarter of 2013, which will
11 become due and owing forty-five days from the entry of this Order.
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[837297-1]

1  IT IS HEREBY ORDERED that plaintiffs' fees and costs of $79,112.88, plus
2 interest, are due and collectable as of forty-five (45) days from the date of entry of this
3 Order. Interest on these fees and costs will run from May 11, 2013, accruing at the rate
4 provided by 28 U.S.C. § 1961.

6  **IT IS SO ORDERED**.

8 DATED: June 11, 2013

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

APPROVED AS TO FORM:

DATED: June 4, 2013            HANSON BRIDGETT, LLP

                               By: */s/ Samantha Wolff*
                                   Samantha Wolff

                               Attorneys for Defendants

DATED: June 4, 2013            ROSEN BIEN GALVAN & GRUNFELD LLP

                               By: */s/ Gay Crosthwait Grunfeld*
                                   Gay Crosthwait Grunfeld

                               Attorneys for Plaintiffs