GEOFFREY HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
LESLIE C. MEHTA – 258512
SUMANA COOPPAN WOLF – 267967
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
SARA NORMAN – 189536
CORENE KENDRICK – 226642
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
YOUTH LAW CENTER
200 Pine Street, 3rd Floor
San Francisco, California 94104-2704
Telephone: (415) 543-3379

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., Governor, State of California; MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>Defendants. | Case No. Civ. S-06-2042 LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR FIRST QUARTER 2013**<br><br>Judge: Hon. Lawrence K. Karlton |

[837297-1]

1    In a February 11, 2009 Order, this Court established procedures by which plaintiffs
2 are to collect periodic attorneys' fees and costs in this case in connection with their post-
3 judgment work, including for all fee and expense requests from June 5, 2008 forward.
4    Pursuant to these procedures and agreement between the parties, plaintiffs delivered
5 by hand-delivery their Quarterly Statement for the First Quarter of 2013 covering the
6 period January 1, 2013 – March 31, 2013 to defendants on April 11, 2013.  The parties
7 completed their meet and confer on June 3, 2013, and reached an agreement as to fees and
8 costs incurred.  Defendants do not dispute plaintiffs' 2013 hourly rates.  The parties settled
9 Plaintiffs' First Quarter 2013 fees and costs for $79,112.88.  Attached hereto as Exhibit A
10 is a chart setting forth the balance currently due for the First Quarter of 2013, which will
11 become due and owing forty-five days from the entry of this Order.
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[837297-1]

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES AND COSTS FOR FIRST QUARTER 2013

IT IS HEREBY ORDERED that plaintiffs' fees and costs of $79,112.88, plus interest, are due and collectable as of forty-five (45) days from the date of entry of this Order. Interest on these fees and costs will run from May 11, 2013, accruing at the rate provided by 28 U.S.C. § 1961.

**IT IS SO ORDERED**.

DATED: June 11, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

DATED: June 4, 2013          HANSON BRIDGETT, LLP


                             By:  */s/ Samantha Wolff*
                                  Samantha Wolff

                             Attorneys for Defendants


DATED: June 4, 2013          ROSEN BIEN GALVAN & GRUNFELD LLP


                             By:  */s/ Gay Crosthwait Grunfeld*
                                  Gay Crosthwait Grunfeld

                             Attorneys for Plaintiffs