UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

        NO. CIV. S-06-2042 LKK/GGH

    Plaintiffs,

  v.

        O R D E R

EDMUND G. BROWN, JR.,
Governor, State of
California, et al,

    Defendants.
_____/

On February 19, 2013, the parties filed a Joint Motion to Terminate The Stipulated Order for Permanent Injunctive Relief ("Joint Motion"). ECF No. 695. This court issued an Order on April 1, 2013 finding that termination would be appropriate and proper upon notification that the last class member had been released from juvenile parole, and after resolution of any remaining fee requests from the Special Master. ECF No. 701. On June 28, 2013, defendant notified the court that the last class

1

1   member had been released from juvenile parole.  ECF No. 707.  The
2   Special Master notified the court by email on June 29, 2013 that
3   she would not be requesting any more fees.  ECF No. 710.
4       Accordingly,
5       1.   The Stipulated Order for Permanent Injunctive Relief (ECF
6   No. 438), is hereby **TERMINATED**;
7       2.   The Clerk of the Court is directed to close this case.
8       IT IS SO ORDERED.
9       DATED: July 9, 2013.

```
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```

2