1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  L.H., A.Z., D.K., and D.R.,
    on behalf of themselves and
11  all other similarly
    situated juvenile parolees
12  in California,
                                    NO. CIV. S-06-2042 LKK/GGH
13            Plaintiffs,

14       v.
                                    O R D E R
15  EDMUND G. BROWN, JR.,
    Governor, State of
16  California, et al,

17            Defendants.
    _____/
18

19       On February 19, 2013, the parties filed a Joint Motion to

20  Terminate The Stipulated Order for Permanent Injunctive Relief

21  ("Joint Motion").  ECF No. 695.  This court issued an Order on

22  April 1, 2013 finding that termination would be appropriate and

23  proper upon notification that the last class member had been

24  released from juvenile parole, and after resolution of any

25  remaining fee requests from the Special Master.  ECF No. 701.  On

26  June 28, 2013, defendant notified the court that the last class

                                    1

1  member had been released from juvenile parole.  ECF No. 707.  The

2  Special Master notified the court by email on June 29, 2013 that

3  she would not be requesting any more fees.  ECF No. 710.

4       Accordingly,

5       1.   The Stipulated Order for Permanent Injunctive Relief (ECF

6  No. 438), is hereby **TERMINATED**;

7       2.   The Clerk of the Court is directed to close this case.

8       IT IS SO ORDERED.

9       DATED: July 9, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2