| | |
|---|---|
| GEOFFREY HOLTZ – 191370<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California  94111-4067<br>Telephone:     (415) 393-2000 | MICHAEL W. BIEN – 096891<br>GAY CROSTHWAIT GRUNFELD – 121944<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:     (415) 433-6830 |
| DONALD SPECTER – 083925<br>SARA NORMAN – 189536<br>CORENE KENDRICK – 226642<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:     (510) 280-2621 | SUSAN L. BURRELL – 074204<br>CAROLE SHAUFFER – 100226<br>YOUTH LAW CENTER<br>200 Pine Street, 3rd Floor<br>San Francisco, California  94104-2704<br>Telephone:     (415) 543-3379 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br>            Plaintiffs,<br>      v.<br>EDMUND G. BROWN, JR., Governor, State of California; MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br>            Defendants. | Case No. Civ. S-06-2042 LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS**<br><br>Judge:    Hon. Lawrence K. Karlton |

1    In a February 11, 2009 Order, this Court established procedures by which Plaintiffs
2 are to collect periodic attorneys' fees and costs in this case in connection with their post-
3 judgment work, including for all fee and expense requests from June 5, 2008 forward.  On
4 March 29, 2013, this Court issued an order stating, *inter alia*, that "[u]pon Defendants'
5 notification that the final class member has been released, the parties shall, within twenty
6 (20) days, file their motions, if any, for attorneys' fees ….  Docket No. 701 at 8.  On
7 June 28, 2013, Defendants notified the Court that the final class member had been
8 released.  Docket No. 707 at 1.
9    Pursuant to these orders and agreement between the parties, Plaintiffs delivered by
10 hand-delivery their Quarterly Statement for the Second Quarter and part of the Third
11 Quarter of 2013 covering the period April 1, 2013 – July 3, 2013 (the "Final Quarterly
12 Statement") to Defendants on July 3, 2013.  The parties completed their meet and confer
13 on July 10, 2013, and reached an agreement as to fees and costs incurred.  Defendants do
14 not dispute Plaintiffs' 2013 hourly rates.  The parties settled the Final Quarterly Statement
15 for $5,000.00.  Attached hereto as Exhibit A is a chart setting forth the balance currently
16 due for the Final Quarterly Statement, which will become due and owing forty-five days
17 from the entry of this Order.
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[878037-1]

1
[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES AND COSTS

1  IT IS HEREBY ORDERED that Plaintiffs' fees and costs of $5,000.00, plus
2 interest, are due and collectable as of forty-five (45) days from the date of entry of this
3 Order. Interest on these fees and costs will run from August 3, 2013, accruing at the rate
4 provided by 28 U.S.C. § 1961.

6  **IT IS SO ORDERED**.

8 DATED: July 19, 2013

```
                               _____
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
```

12 APPROVED AS TO FORM:

14 DATED: July 12, 2013        HANSON BRIDGETT, LLP

                               By: */s/ Samantha Wolff*
                                   Samantha Wolff

                               Attorneys for Defendants

19 DATED: July 11, 2013        ROSEN BIEN GALVAN & GRUNFELD LLP

                               By: */s/ Gay Crosthwait Grunfeld*
                                   Gay Crosthwait Grunfeld

                               Attorneys for Plaintiffs