GEOFFREY HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
SARA NORMAN – 189536
CORENE KENDRICK – 226642
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

SUSAN L. BURRELL – 074204
CAROLE SHAUFFER – 100226
YOUTH LAW CENTER
200 Pine Street, 3rd Floor
San Francisco, California 94104-2704
Telephone: (415) 543-3379

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., D.R., M.N., and R.C., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., Governor, State of California; MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation ("CDCR"); SCOTT KERNAN, Undersecretary of Operations, CDCR; BERNARD WARNER, Chief Deputy Secretary of the Division of Juvenile Justice; RACHEL RIOS, Director, Division of Juvenile Parole Operations; MARTIN HOSHINO, Executive Officer of the Board of Parole Hearings ("BPH"); ROBERT DOYLE, Chair of the BPH; SUSAN MELANSON, HENRY AGUILAR, ASKIA ABDULMAJEED, JOSEPH COMPTON, ROBERT CAMERON, JOYCE ARREDONDO, MARY SCHAMER, and TRACEY ST. JULIEN, Commissioners and Board Representatives; CHUCK SUPPLE, Executive Officer of the Juvenile Parole Board; CDCR; DIVISION OF JUVENILE JUSTICE; BOARD OF PAROLE HEARINGS; and the JUVENILE PAROLE BOARD,<br><br>　　　　Defendants. | Case No. Civ. S-06-2042 LKK-GGH<br><br>**ORDER CONFIRMING UNDISPUTED FEES AND COSTS**<br><br>Judge:　Hon. Lawrence K. Karlton |

[878037-1]

[PROPOSED] ORDER CONFIRMING UNDISPUTED FEES AND COSTS

1    In a February 11, 2009 Order, this Court established procedures by which Plaintiffs
2 are to collect periodic attorneys' fees and costs in this case in connection with their post-
3 judgment work, including for all fee and expense requests from June 5, 2008 forward.  On
4 March 29, 2013, this Court issued an order stating, *inter alia*, that "[u]pon Defendants'
5 notification that the final class member has been released, the parties shall, within twenty
6 (20) days, file their motions, if any, for attorneys' fees ….  Docket No. 701 at 8.  On
7 June 28, 2013, Defendants notified the Court that the final class member had been
8 released.  Docket No. 707 at 1.
9    Pursuant to these orders and agreement between the parties, Plaintiffs delivered by
10 hand-delivery their Quarterly Statement for the Second Quarter and part of the Third
11 Quarter of 2013 covering the period April 1, 2013 – July 3, 2013 (the "Final Quarterly
12 Statement") to Defendants on July 3, 2013.  The parties completed their meet and confer
13 on July 10, 2013, and reached an agreement as to fees and costs incurred.  Defendants do
14 not dispute Plaintiffs' 2013 hourly rates.  The parties settled the Final Quarterly Statement
15 for $5,000.00.  Attached hereto as Exhibit A is a chart setting forth the balance currently
16 due for the Final Quarterly Statement, which will become due and owing forty-five days
17 from the entry of this Order.
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[878037-1]

1   IT IS HEREBY ORDERED that Plaintiffs' fees and costs of $5,000.00, plus
2   interest, are due and collectable as of forty-five (45) days from the date of entry of this
3   Order.  Interest on these fees and costs will run from August 3, 2013, accruing at the rate
4   provided by 28 U.S.C. § 1961.

6   **IT IS SO ORDERED**.

8   DATED: July 19, 2013

10  _____
    LAWRENCE K. KARLTON
11  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

12  APPROVED AS TO FORM:

14  DATED: July 12, 2013                    HANSON BRIDGETT, LLP

15                                          By: */s/ Samantha Wolff*
16                                               Samantha Wolff

17                                          Attorneys for Defendants

19  DATED: July 11, 2013                    ROSEN BIEN GALVAN & GRUNFELD LLP

20                                          By: */s/ Gay Crosthwait Grunfeld*
21                                               Gay Crosthwait Grunfeld

22                                          Attorneys for Plaintiffs