UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., A.Z., D.K., and D.R., on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., Governor, State of California, et al.,<br><br>　　　　Defendant. | No.  CIV. S-06-2042 LKK/DAD<br><br>**ORDER** |

　　The Clerk of the Court has informed the court that $101,668.58, plus interest, remains in the special account established by order of this court on June 20, 2008 (ECF No. 416).  That account was funded by defendants, and established solely for the payment of the Special Master's fees and expenses, with all interest accruing in favor of defendants.

　　The Special Master has notified the court that she will not be requesting any more payments of fees or expenses, and has requested that the Office of the Special Master be terminated.

1

Accordingly, the court orders as follows:

1. The Office of the Special Master is hereby **TERMINATED**;

2. The Clerk of the Court shall return all funds remaining in the special account, plus interest, to defendants. As requested by defendants' counsel, the Clerk shall make the check payable to "California Department of Corrections and Rehabilitation," and send it to:

```
California Department of Corrections and Rehabilitation
Attn:   JAIME CORVERA, Associate Director (A)
Accounting Services - CDCR
10000 Goethe Road  Building C-1
Sacramento, CA  95827
```

IT IS SO ORDERED.

DATED: January 15, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2